## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

—————————————————————  :
                                                      :
**UNITED STATES OF AMERICA**        :
                                                      :
            **v.**                                    :      **Case No. 2:20-cr-01028-MCA-1**
                                                      :
**PURDUE PHARMA L.P.,**               :
            **Defendant**                       :
                                                      :
—————————————————————

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## PATRICK FITZGERALD

Please take notice that Patrick Fitzgerald of Skadden, Arps, Slate, Meagher &

Flom LLP, hereby withdraws his appearance as counsel for Defendant Purdue Pharma L.P.

Notices and pleadings given or filed in this case should continue to be given and served upon

each of the following:

Andrew Muscato
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001-8602
Email:  Andrew.Muscato@skadden.com

Jennifer L. Bragg
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Email:  Jennifer.Bragg@skadden.com

Maya P. Florence
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
Email:  Maya.Florence@skadden.com

William E. Ridgway
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606-1720
Email:  William.Ridgway@skadden.com


Dated: March 29, 2023

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: */s/ Patrick Fitzgerald*
Patrick Fitzgerald
155 N. Wacker Drive
Chicago, IL 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411
Email: Patrick.Fitzgerald@skadden.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 29, 2023, I caused a copy of the foregoing document to be served via the Court's ECF system, which will cause copies to be served on all counsel who have appeared in the case.


*/s/ Patrick Fitzgerald*
Patrick Fitzgerald