

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*R. DAVID WALK, JR.*  CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE   973.986.7101
*Deputy United States Attorney*  401 Market Street, 4th Floor
Post Office Box 2098
Camden New Jersey 08101-2098

February 27, 2026

**VIA ECF**

The Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal
 Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: United States v. Purdue Pharma L.P., Crim. No. 20-1028 (MCA)

Dear Judge Arleo:

  The Government respectfully requests that the Court schedule a conference with the parties to discuss the contours of the April 21, 2026 sentencing hearing.

  On November 24, 2020, Purdue Pharma L.P. entered a plea of guilty pursuant to a Rule 11(c)(1)(C) plea agreement stipulating a specific sentence, and the Court deferred acceptance of the plea agreement until sentencing. Transcript of Plea Hearing at 48. The scheduling of the sentencing hearing was held in abeyance pending the Purdue bankruptcy proceedings, which were completed in November 2025.

  The Government is aware of voluminous participation by individuals and families during Purdue's bankruptcy proceedings, and we want to ensure adequate pre-sentencing hearing coordination to plan for similar voluminous participation requests.

  To give the parties and the Court adequate time in advance of the sentencing hearing to fashion victim participation procedures that comply with the Crime Victims' Rights Act, 18 U.S.C. § 3771(a)(4), and any other applicable statutes, the Government respectfully requests that a conference be scheduled within the next two weeks.

            Respectfully,

            TODD BLANCHE
            United States Deputy Attorney General

            PHILIP LAMPARELLO
            Senior Counsel

            */s/ R. David Walk, Jr.*
            By: R. DAVID WALK, JR.
            Deputy United States Attorney

cc: All counsel (via ECF)