# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 20-1028 |
| v. | : | **APPEARANCE OF JOHN D. ADAMS** |
| PURDUE PHARMA L.P. | : | |

**To the Clerk of this Court and all parties of record:**

Enter my appearance as counsel in this case for Defendant Purdue Pharma L.P.

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Courts since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| **Court** | **Year of Admission** |
|---|---|
| Virginia | 2003 |
| U.S. District Court for the Eastern District of Virginia | 2004 |
| U.S. District Court for the Western District of Virginia | 2004 |

| **Court** | **Year of Admission** |
|---|---|
| U.S. Court of Appeals for the District of Columbia | 2004 |
| U.S. Court of Appeals for the 4th Circuit | 2004 |
| District of Columbia | 2006 |
| U.S. Court of Appeals for the 2nd Circuit | 2006 |
| U.S. Supreme Court | 2007 |
| U.S. Court of Appeals for the 7th Circuit | 2011 |
| U.S. Court of Appeals for the 6th Circuit | 2015 |

Date: March 3, 2026

*s/ John D. Adams*
John D. Adams
McGuireWoods LLP
800 E Canal Street
Richmond VA, 23219
Tel: (804) 775-4744
Fax: (804) 698-2061
jadams@mcguirewoods.com

*Counsel for Purdue Pharma L.P.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March 2026, I caused a copy of the foregoing Notice of Appearance to be served by the Court's electronic filing system and First Class United States Mail upon

>David Walk, Esq.
>Assistant United States Attorney
>U.S. Attorney's Office – District of New Jersey
>970 Broad Street, Suite 700
>Newark, NJ 07102

and that I served copies of these Notices of Appearance upon Mr. Walk by email on March 3, 2026, addressed to the following email address:

David.Walk@usdoj.gov

>s/ John D. Adams
>John D. Adams