# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                       :

UNITED STATES OF AMERICA     :    Criminal No. 20-1028

         v.            :

                      :    **APPEARANCE OF ELISSA N.**

PURDUE PHARMA L.P.        :    **BAUR** _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**To the Clerk of this Court and all parties of record:**

Enter my appearance as counsel in this case for Defendant Purdue Pharma L.P.

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Courts since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| **Court** | **Year of Admission** |
|---|---|
| Virginia | 2015 |
| District of Columbia | 2016 |
| U.S. District Court for the Eastern District of Virginia | 2023 |
| U.S. District Court for the Western District of Virginia | 2023 |

1

| **Court** | **Year of Admission** |
| --- | --- |
| U.S. Court of Appeals for the 4th Circuit | 2023 |
| U.S. Court of Appeals for the 5th Circuit | 2023 |

Date: March 3, 2026

_s/ Elissa N. Baur_____
Elissa N. Baur
McGuireWoods LLP
800 E Canal Street
Richmond VA, 23219
Tel: (804) 775-1140
Fax: (804) 698-2340
ebaur@mcguirewoods.com

_Counsel for Purdue Pharma L.P._

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March 2026, I caused a copy of the

foregoing Notice of Appearance to be served by the Court's electronic filing

system and First Class United States Mail upon

>David Walk, Esq.
>Assistant United States Attorney
>U.S. Attorney's Office – District of New Jersey
>970 Broad Street, Suite 700
>Newark, NJ 07102

and that I served copies of these Notices of Appearance upon Mr. Walk by email

on March 3, 2026, addressed to the following email address:

David.Walk@usdoj.gov

>s/ Elissa N. Baur
>Elissa N. Baur