This docket entry contains redacted statements with a corresponding public election in the case of *United States v. Purdue Pharma, L.P.*, 2:20-cr-01028 (MCA).