061

*UNITED STATES v.* _____

**COURT DOCKET NUMBER:** _____

VICTIM NAME: **Wesley E Sartor III** _____

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☒ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☒ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

**UNITED STATES v.** Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

**VICTIM NAME:** **Wesley E Sartor III**

### VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes   ☐ No

If yes, please explain:

# 180 DAY BEHAVIORAL MODIFICATION TREATMENT MARYVILLE MO

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Wesley E Sartor III

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

[ ] Yes [X] No

If yes, please explain:

MOTHER OVERDOSED ON YOUR PRODUCT

Do you believe the defendant began or contributed to you and/or your family member's addiction?

[X] Yes [ ] No

If yes, please explain:

started using your drug intervenously at 15 years old Never used before product

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

[X] Yes [ ] No

If yes, please explain:

mother over dosed September 18th 2010 from massive amounts of your drug

UNITED STATES *v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Wesley E Sartor III

**VICTIM IMPACT STATEMENT**

Do you believe the defendant failed to provide necessary care?

[X] Yes  [ ] No

If yes, please explain:

# DR prescribed 240 80 mg pills 4 30day

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

[ ] Yes  [X] No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

[X] Anger  [ ] Anxiety  [ ] Fear  [X] Grief  [ ] Guilt  [X] Chronic Fatigue

[X] Sleep Loss  [ ] Addiction  [ ] Appetite Change  [ ] Sickness

[ ] Trouble Concentrating  [X] Financial Stress  [X] Depression

Please describe any other reactions to the crime committed.

## Multiple drug and alcohol felonies related cases all stimming from the intro

of your drug

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Wesley E Sartor III

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

**X** Yes ☐ No,

If yes, please explain:

# YES THEY MURDERED MY MOTHER

What else would you like the Court to know about the defendant or your situation as a result of the crime? I LOST MY MOTHER DUE TO THE INTRODUCTION AND MISPRESCRIBED PRODUCT IT TOOK HER LIFE IN 2010

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain. NARCOTICS ANONYMOUS PROGRAM

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Wesley E Sartor III

**VICTIM IMPACT STATEMENT**

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

13.1 million dollars HHS monetary value of human life for mothers life.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain. No

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

No

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

13.1 million dollars for HHS monetary value for my mother's life who has 3 grandchildren ages 10 10 and 12 that never got her as their grandma or

**062**

Victim Impact Statement

To Whom It May Concern,

My name is Debbie Serrano and I am the mother of Kevin Tedesco.

It has been ten years since my son died, and not a single day has passed without me thinking of him. I still see his smile. I still hear his laugh. I still remember the sound of his voice. Those things live with me every day. So does the pain of losing him.

Time does not erase what happened. It does not soften the shock of losing a child. It does not take away the unanswered questions, the heartbreak, or the anger. It only teaches you how to carry grief that never leaves.

My son was not born an addict. He was a person. He was my child. He was loved. He mattered.

When Kevin was 16 years old, he was in a devastating skiing accident that changed the course of his life. He broke nearly every bone on the left side of his body. He endured surgeries, a replaced hip, screws and plates inside his body, and years of painful complications that followed him for the rest of his life. He lived with severe, around-the-clock pain. Because of that pain, he was prescribed powerful opioid medications. What began as medical treatment became the doorway to dependence, and that dependence eventually led him to the fentanyl-laced drug that took his life.

That is the reality families like mine have had to live with.

The opioid epidemic did not begin on the streets for many people. It began in doctors' offices, in prescriptions written for real pain, in medications that were presented as safe and necessary, and in a system that failed to fully protect patients and families from the deadly consequences of opioid exposure. Myself and Kevin, trusted that the people and institutions involved in his care would help him. Instead, he was pulled into a cycle that ended in his death.

Kevin had a heart of gold. He was kind, funny, and deeply loved. The people who knew him saw his goodness. They saw the person he was beneath the pain, beneath the struggle, beneath everything this epidemic stole from him. He was not disposable. He was not a statistic. He was my son.

What makes this loss even more unbearable are the circumstances surrounding his death. My son died alone in someone else's home from a fentanyl overdose, and the police were not told for days. His body was hidden. He was left there. He was not treated with dignity, compassion, or humanity. Because of those actions, I was denied things no mother should ever be denied.

I was denied knowing the exact date my son died.
I was denied the chance to be there for him.
I was denied the opportunity to identify him in a timely way.
I was denied the choice of how to properly lay my son to rest.
And I was denied the chance to kiss my son's face and say goodbye.

Those facts have haunted me for ten years. When people talk about the opioid crisis, they often focus on numbers, settlements, and corporate responsibility. But behind every case is a family like mine. A mother like me. A son like Kevin. A life that had value. A future that was stolen. A grief that never ends.

This epidemic has destroyed families across this country. It does not discriminate. It reaches into homes of every kind and leaves devastation behind. Parents have buried children. Children have buried parents. Brothers, sisters, husbands, wives, and friends have been left with a pain that cannot be measured.

Purdue and others who helped fuel this crisis must understand that the harm goes far beyond addiction itself. The damage ripples through every part of a family's life. It changes who you are forever. It leaves trauma, guilt, anger, and heartbreak that never fully heal. It steals peace. It steals trust. It steals the ordinary future you thought you would have with the person you loved.

For me, the loss of my son is not something in the past. I live with it every day. I live with the image of what happened to him. I live with the knowledge that his pain opened the door to opioid dependence. I live with the reality that a system built around profit, overprescribing, and disregard for human life helped create the conditions that led to his death.

No amount of money will bring Kevin back. No lawsuit can undo what happened. No settlement can return the years we have lost, the milestones he never reached, or the love that was taken from our family. But accountability matters. Truth matters. And recognizing the human cost of this epidemic matters.

I want Kevin to be remembered for who he was, not how he died. He was my son, a brother, a nephew, a cousin, a grandson, and a genuine friend to many. He was loved beyond words. He should still be here.

I share this statement for Kevin, for my family, and for every parent who has had to live through the nightmare of losing a child to opioids. We deserve to have our pain acknowledged. We deserve accountability. Our loved ones deserve to be remembered as human beings whose lives had dignity, meaning, and worth.

Sincerely Kevin's Mom.

Debbie Serrano

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Kevin Tedesco

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: _____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Have you and/or members of your family received counseling as a result of this crime?

☐ Yes ☐ No

If yes, please explain:

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: _____

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☐ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☐ Yes  ☐ No

If yes, please explain:

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☐ Yes  ☐ No

If yes, please explain:

*UNITED STATES v.* <u>Purdue Pharma L.P.</u>

**COURT DOCKET NUMBER:** <u>2:20-cr-01028-MCA</u>

VICTIM NAME: _____

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☐ Yes    ☐ No

If yes, please explain:

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes    ☐ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☐ Anger    ☐ Anxiety    ☐ Fear    ☐ Grief    ☐ Guilt    ☐ Chronic Fatigue

☐ Sleep Loss    ☐ Addiction    ☐ Appetite Change    ☐ Sickness

☐ Trouble Concentrating    ☐ Financial Stress    ☐ Depression

Please describe any other reactions to the crime committed.

*UNITED STATES v.* <u>Purdue Pharma L.P.</u>

**COURT DOCKET NUMBER:** <u>2:20-cr-01028-MCA</u>

VICTIM NAME: _____

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☐ Yes ☐ No,

If yes, please explain:

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: _____

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

**065**

| From: | Lisa Sokoloff |
|---|---|
| To: | Victimassistance Fraud (CRM) |
| Cc: | Lisa Sokoloff; Joel Sokoloff |
| Subject: | [EXTERNAL] Carfentanyl Poisoning |
| Date: | Monday, April 13, 2026 4:40:14 PM |

Hello,

My name is Lisa Sokoloff. My son, Gregory R Ballinger, was poisoned to immediate death at the hands of carfentanyl on July 18, 2018.  He was 27. I know he actually died on July 16th according to the autopsy and the manner in which his beautiful body was found.
Greg was my only son and youngest child of 2.  He graduated from Penn State University in 2014 with a degree in Internet Security.  He got his first job in Florida and headed south to start the next chapter in his life (we live in PA).

Greg began to experiment with opioids when he moved to Florida.  He was doing well in his job. Every time we saw him or spoke to him he seemed to be doing well. In June of 2016 our daughter told us she was worried about Greg.  That's all I needed to hear.  My husband and I headed to Florida and went right to Greg's apartment. We spent some time together and realized Greg needed some professional help.  We were sitting in his home office and he said to me with tears in his eyes…"the rush I got from the first Percocet I ever tried was so intense. I've been chasing that feeling ever since." Greg was addicted to opioids.

By the end of that night he was in treatment. He worked hard in treatment and seemed to give it 100%.
He was in sober living for 18 months. In March of 2018 he moved into an apartment with a coworker.  He was no longer safe.
By April he was searching out Percocet .  As we know the intensity of that  first high becomes unreachable.

On July 16th, 2018 at 4:00pm he texted someone on the street for a Percocet. They met at 4:30.  That was the last text Gregory ever sent.  He died a short time later in his bedroom sitting  in his computer chair. Alone.
The only substance in his toxicology report was carfentanyl.

It is very difficult to put into words the impact Greg's loss has had on me, my husband, Greg's only sibling (Liz), his 90 year old grandparents, as well as our health.  My daughter Liz was 8 months pregnant with her son when Greg died.  He now shares Greg's name (and personality!)

I  have not yet released my resentment of  the Margate Florida police department (but I will ). They found Greg in his bedroom deceased and beginning to decompose.  They called me at work to notify me. I am an anesthesia provider and I was in the operating room caring for a patient and they matter of factly told me Greg was found dead . It was awful.  They  were NO help in identifying the criminal who sold Greg this poison.  I could tell in all my future corresponce with them that they did not care about "another overdose". Talk about stigma.

I could go on and on but this is my statement about how my son lost his life to the addiction strangulation of opioids.

Thank you,

Lisa D Sokoloff, CRNA, MS
Pres of Sokoloff Anesthesia Assoc, PC

**066**

| | |
|---|---|
| **From:** | Julie Strickler |
| **To:** | Victimassistance Fraud (CRM) |
| **Subject:** | [EXTERNAL] U.S. v Purdue Pharma 2:20-cr-01028-MCA |
| **Date:** | Wednesday, April 15, 2026 2:04:43 PM |
| **Importance:** | High |

**Dear Sir or Madam,**

**My name is Julie Strickler, and I am the mother of Corporal Nicholas D. Hawkins, United States Marine Corps. I am submitting this Victim Impact Statement in connection with the above-referenced case, and I respectfully request the opportunity to provide an oral statement at the sentencing hearing scheduled for April 21, 2026.**

**My son, Corporal Nicholas Hawkins, honorably served our country and embodied the values of honor, courage, and commitment. During active duty at Camp Lejeune, he underwent multiple hand reconstructive surgeries due to injury. Following these procedures, he was prescribed OxyContin and took the medication exactly as directed.**

**In a short period of time, my son became severely addicted.**

**According to extensive Department of Defense medical records, after being prescribed OxyContin, he was repeatedly treated for serious psychological symptoms, including Acute Stress Disorder, Anxiety Disorder, and Akathisia. The addiction that followed was not the result of misuse, but of exposure.**

**The consequences have been devastating. I did not only lose my son—I lost the future he was building, the life he deserved, and the person he was before this drug changed him. The impact extends beyond myself to our entire family, who have endured years of profound grief, trauma, and loss that cannot be repaired. There is no financial measure that can account for this loss.**

**Corporal Hawkins was a highly respected Marine and an exceptional young man. In just under four years, he rose from Private to Corporal and was on track to become a Sergeant. He was recognized early in his career as a "Career Marine" and selected as a Squad Leader at boot camp, due to his leadership and performance. He earned multiple honors, including but not limited to, the Marine Corps Good Conduct Medal, the Global War on Terrorism Service Medal, and recognition for his marksmanship and leadership.**

**What happened to my son is part of a much larger national crisis that has impacted countless families. However, I want to be very clear: I do not believe this case should be resolved through settlement at this time.**

**No one in this country should be able to avoid full accountability because of wealth, status, or influence. <u>What happened to my son was not accidental—it was preventable.</u>**

**There is a fundamental principle at stake: equal accountability under the law. This case presents an opportunity to establish that no entity, regardless of its size or resources, is above the law.**

**Further, I believe it is critically important that this matter not be resolved until all corrupt aspects and all participants involved in this criminal conduct are fully identified**

and held accountable. This includes not only corporate entities, but also any individuals, officials, politicians (currently holding office positions or not) or other parties who knowingly contributed to or enabled these actions.

Until that full scope of accountability is established, proceeding with a settlement raises serious concern that funds intended for justice and restitution could ultimately be redirected or influenced by the very systems or individuals that contributed to this harm. For that reason, I do not support settlement at this time.

I have attached a poem written by my son in 2015, two years before his passing. The poem is included exactly as he wrote it and reflects his personal voice and experience.

I respectfully request that my statement and attachment be considered, and I again ask for the opportunity to speak at the sentencing hearing.

Thank you for your time and consideration.  (If possible, can you please confirm ability to open my son's poem attachment?)

Sincerely,
Julie Strickler
██████████



## Corporal Nicholas D. Hawkins, USMC
## 02/08/1993 to 09/05/2017
## Written in 2015

Honor, courage and commitment is what I used to live by
But those principles slowly faded away all for a temporary high

Because this disease alters what you stand for, it doesn't care if you are
Army, Navy, Air Force or Marine Corps

That's why it's so hard for me to keep my mouth shut the way Veterans
are medicated
When doctors know it's going to leave their lives completely devastated

When they send a vet home with a bottle of pills
Without a warning label that says this fancy Heroin kills

See, the true drug dealers are masters of disguise
They're not standing on street corners, this might catch you by surprise.

But it's the crooked politicians, old and wise.
It's so hard to depict when they're wearing suits and ties

You can take it or leave it, and turn a blind eye
I could care less what you think, cause I'm sick of the lies

What's on my chest now I can say proudly, "Semper Fi".

**069**

My name is Kara Trainor. I was prescribed OxyContin in 2002. I was twenty-one years old. Initially, I had went to the ER with back pain. I was prescribed Vicodin and told to follow up with my primary care. At that follow-up visit, my doctor said "There is a medication that you can take for pain. You take two times a day, instead of every four- six hour. It's called OxyContin." My provider never disclosed the fact that opioids could cause dependency, nor did my provider disclose the fact that OxyContin could potentially become habit-forming or lead me to develop Opioid Use Disorder. Instead, I filled that first prescription, then lost the next twenty years of my life being a slave to opioids. That first prescription morphed into Opioid Use Disorder by age twenty- three, which necessitated the utilization for a medication for opioid use disorder called methadone. I credit methadone for saving my life for the next fourteen years, but the cost of being opioid dependent for over a decade took a great toll on me and, in extension- my family. In those fourteen years, I gave birth to my youngest, Riley, who, due to methadone, was born opioid dependent. I was not prepared for the challenges that raising Riley would bring. He spent six weeks in NCIU and the NCIU pediatrician kept him on methadone for first year of life. Riley is now fifteen years old, diagnosed with level three autism, is non-verbal and struggles with behavioral challenges. Riley also has eye conditions that physicians attribute to the opioid dependency and is medically fragile due to co-morbidities. He will need 24/7 care for the rest of life.

For many years, I was filled with anger- borderline rage. Even though I had ceased illicit drug use in 2008, there were parts of me that were truly not healed. I hated Purdue, I hated the Sackler family. It was easier for me to project my anger on invisible strangers and a company, than actual look at my part in my own suffering and my child's suffering. I was allowed to ruminate in pain and feel righteous anger towards a family that prioritized greed over human lives, which in turn created a crisis that took the lives of ppl in my generation and left families forever damaged. Blinded with fury, I involved myself in litigation against the Sackler family and Purdue, with the hopes of somehow making them accountable to the amount pain they caused. I wanted my son's story to become visible, and his name known. Anyone that has witnessed a newborn child experiencing going through opioid withdrawal, screaming in agony and shaking, can understand why I was so furious. Not to mention, all the people that- like me- developed opioid use disorder after being prescribed Oxycontin suffered alone, invisible and anonymous. Some of us did not make it and lost their lives to an overdose, leaving their families shattered.  I thought if I could somehow bring my son's story out of the shadows, then company and the Sacklers could not ignore the suffering anymore and maybe they could recognize the damage that unchecked greed can bring. Naively,  I believed that acknowledgement meant responsibility- which, obviously, was not the case.

Not to mention the fact that my entire generation was severely affected by the Opioid Crisis brought on by Purdue Pharmaceuticals, as profits soared for the company and the Sackler family. As we were burying our peers, Purdue Pharmaceuticals was gaining billions of dollars. As parents grieved and infants suffered in NCIU bassinets, the Sackler family bought art. As individuals with Opioid Use Disorder were stigmatized, shamed and marginalized, the Sackler family had their name etched on buildings on their honor. By joining the litigation, I wanted to turn the tables and shine a light on the harm the company inflicted.  For me, it was not about suing for dollars, it was suing for accountability and acknowledgment that their actions caused damage and destroyed people's lives.

In 2019, I got my chance when Purdue filed bankruptcy and the United States Trustee selected me to be a victim representative on the Official Unsecured Creditors Committee. Not only did I get a chance to tell my son's story, and in turn, my own. I had the opportunity to face the Sackler family directly and give testimony about his story. But the ironic part of all of that is- it did absolutely nothing to soothe the immense pain within me I felt every time I looked at my son and reflected on my life. It did nothing to absolve the quiet shame and guilt I held. It did nothing quiet the voice within me that screamed "you are terrible human being and mother".. The relief I thought I would feel in reaching the pinnacle of " make 'em accountable, make' em SEE us" ideology- was not there. It was all an illusion. I was still in pain ( and some days, I still am) . Then, it occurred to me- Do I really hate the Sacklers and Purdue? Or was I projecting my pain on a target that I can see. No matter where I go, no matter what happens to Purdue or the Sackler family- at the end of the day- I sit with my own pain. Yes, what the Sackler family did and how Purdue operated was deplorable. Yes, the company committed crimes. Yes, my son's life is irreparably altered. Yes, twenty years of my life is gone due to Opioid Use Disorder and affects. All true. But what am I going to do with this pain? There isn't a settlement, there isn't sentence, there isn't a judgement that could ever make the clocks backwards, bring people back from eternity, reverse suffering or remove the terrible aching in my heart. I started to look at how I could heal the parts within myself...and that meant looking at the situation with a different lens. It took another level of courage that I didn't think I possessed to confront the pain, sit with it and eventually let go. I had to make changes within myself and start the healing process. I learned how anger can camouflage grief and trauma. I learned that holding on to anger can be poisonous to my own mental and physical health. I learned to muddle through emotions and eventually land in a space of forgiveness. In forgiveness, I was able to let go. In forgiveness, I took my power back. It didn't excuse the Sacklers and Purdue's actions, but I was no longer beholden to a past where I allowed both entities to occupy my mind, feelings, thoughts and behaviors. I thought- for a long time- that when I ceased use of OxyContin, then later, when I achieve full abstinence of opioid medications in 2018, that I

would be "free' from Purdue and the Sacklers, but I wasn't. Not yet. My ultimate freedom is in the act of letting go and learning to navigate from victimhood to survivor.

Today, I am a Michigan Department of Health and Human Services Certified Peer Recovery Coach and Certified Peer Support Specialist. I work for two different Community Mental Health agencies. My full-time position is with a clinical team, in community-based program, where I spent my days helping individuals struggling with substance use disorder and/ or mental health challenges, in the capacity of a recovery coach and peer support specialist. In my other position, at another community mental health agency, in the evenings, weekends and holidays, I have worked for the past five years as part of an Opioid Overdose Response Program that operates through two local hospitals. In addition to that, I am a Content Developer/ Trainer and Peer Mentor contracted under a Peer Workforce development grant that Western Michigan University has, am a consultant with the Opioid Response Network and a member of a MDHHS work group. Riley, now fifteen, is doing extremely well. He loves spending time at Lake Michigan in the summer and attending community events. His favorite activity is playing on a special need's softball team in Spring and Fall. He laughs and smiles frequently and is passionate about overcoming challenges- he never quits when he wants to achieve something. I think often about what Riley would think about all this and what he would like to say in a Victim Impact statement. Knowing my son as well as I do, I honestly don't think his first reaction would be anger, as that is not who Riley is. Despite past behavioral issues, he is a gentle soul.  I would like to think, somehow, Riley sees a higher version of this world. A world where love, compassion and laughter reign and corporate profits, greed and power do not exist. Or maybe he knows all of this exists, but he chooses to ignore it because he internally knows that those things do not bring joy and in Riley's world- if something does not bring him happiness, he doesn't pursue it.

In another life, at twenty-one, my provider would have opted to prescribe me ibuprofen and physical therapy, instead of a schedule two controlled substance that sparked Opioid Use Disorder. In another life, my son was born opioid-free and would play baseball on his High School Junior Varsity Team, instead of a special needs league. But life rarely happens according to our plans. I took the prescription of OxyContin, my child was born opioid-dependent and both of our lives have been impacted negatively for the rest of our lives. But sometimes that real impact doesn't come from what happens TO us, the real impact is

what we DO after a devasting event happens. We can stay stuck, or we can transform. In transformation, beautiful things can emerge. We can go on to help others, inspire others (like my son does) and make something new from the wreckage.

Purdue is pleading guilty to charges. Accountability and acknowledgement from the company have been achieved.  A chapter is closing. Purdue Pharmaceuticals will no longer cease soon. In place of Purdue, Another Public Benefit Company will be born. A company dedicated to serving individuals with OUD and assisting in saving lives. Personally, I will be looking to the future to see what legacy that new company brings forth. We cannot erase the painful past of Purdue, but we can learn from it and do better collectively. The new company will be built on principles far stronger than Purdue ever had and a mission far more significant- restoring human life, instead of detracting from it. And for me-and maybe only me- that will be enough.

**070**

**From:** Steven Traughber
**To:** Victimassistance Fraud (CRM)
**Subject:** [EXTERNAL] Predue Rx statement
**Date:** Tuesday, April 14, 2026 6:36:02 PM

Hello my name is Steven Traughber,and I am asking to have my voice Heard after battling addiction for the past 25 years...

I have been clean for pain meds since June 4 2021
When I went to rehab.

In those 25 years I have O.D. been to Jail and countless detox programs. I have seen the damage not only in my life,but In countless other's.

I would like to make this clear fine do NOT equal justice...
I will happily trade the peanuts that will trickle down to the victims.To see The Heads of Perdue in jail jumpsuit picking up trash on the side of the road.


Thank you
Steven Traughber
Cell

**071**

*UNITED STATES v.* <u>Purdue Pharma L.P.</u>

**COURT DOCKET NUMBER:** <u>2:20-cr-01028-MCA</u>

VICTIM NAME: <u>Mary Jo Vanicky</u>

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☐ Yes

☑ No

> ➤ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Mary Jo Vanicky

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

My wife, Mary Jo Vanicky, was prescribed OxyContin for a herniated disc beginning in February 2000. Subsequently, her dosage was increased from 10mg to 40mg between February 2000, to July 2000. The Pain Management Doctor who was treating her, also prescribed Oxycodone 5mg, for "breakthrough pain." as well as anti-depressents. Opioids and bezodiazipines should never be taken together, as the combination is dangerous. He knew that, but prescribed them anyway. My wife died on July 27, 2000, from "Acute Oxycodone Intoxication."
Purdue Pharma knew all along that OxyContin was a flawed product, meaning that the 12 hour timed released feature did not work and that Oxycodone should also be prescribed for any "Breakthrough Pain." Although they knew this, they never included the truth in any packaging inserts, advertisements, warnings, etc. Because of this, patients ended up recieving very high levels of Oxycodone, contributing to the addiction and death tolls.
My wife left myself, her three children and one grandchild, due to trhe negligence of this criminal company. Her death has obviously left a great void in our lives.

Have you and/or members of your family received counseling as a result of this crime?

☑ Yes ☐ No

If yes, please explain:

I know her children, at one point or another, have recieved professional grief counseling due to her death. I did as well.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Mary Jo Vanicky**

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☒ Yes   ☐ No

If yes, please explain:

My wife expressed concerns to the Pain Management Doctor who prescribed. Those concerns were transcribed in her medical record at the Doctor's practice.

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes   ☐ No

If yes, please explain:

I cannot say that my wife was addicted, nor can I say that she wasn't. Eithr way, she died as a result of the criminal defendant's product and their deceit.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes   ☐ No

If yes, please explain:

The OxyContin was prescribed by a now known "Pill Mill" doctor, who was part of a Purdue Pharma program - he was enlisted by Purdue Pharma to prescribe OxyContin as a "First Choice" pain medication to any and all patients who presented with pain. He admitted to such, in a deposition to my Attorney's.

UNITED STATES *v.* __Purdue Pharma L.P.__

**COURT DOCKET NUMBER:** __2:20-cr-01028-MCA__

VICTIM NAME: __Mary Jo Vanicky__

### VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes    ☐ No

If yes, please explain:
Again, this falls on the Doctor as part of the Purdue Program.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

■ Yes    ☐ No

If yes, please explain:
Yes, this Doctor billed TriCare for her clinic visits. He even went as far, as to bill TriCare for services provided to her on dates after her death.

Have you experienced any of the following reactions to the crime:

■ Anger    ■ Anxiety    ☐ Fear    ■ Grief    ☐ Guilt    ■ Chronic Fatigue

■ Sleep Loss    ☐ Addiction    ■ Appetite Change    ■ Sickness

■ Trouble Concentrating    ■ Financial Stress    ■ Depression

Please describe any other reactions to the crime committed.
I think that everything checked, speaks for itself.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Mary Jo Vanicky**

### VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☑ Yes  ☐ No,

If yes, please explain:

If Purdue Pharma is allowed to continue to manufacture and distribute opioid products, they are indeed a threat.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

Purdue Pharma and those running the company, as well as the Sackler family, are criminals. What they did was run a cartel, which created the explosion of opioid misuse and abuse globally. We'll never know how many were affected by their illegal and immoral actions. They should be held accountable to the utmost of the law. I truly believe that this current action should be abandoned and greater investigation and harsher charges should be pursued.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Mary Jo Vanicky

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Too many to list.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

No

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

I filed suit against Purdue Pharma. That case was terminated by my Attorney's, after harrasment by Purdue's Attorney's.
I filed suit against the prescribing Doctor, which was settled out of court.
Both filed in state court in Muscogee County, Columbus, Georgia. I do not have the docket

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

Too many to list.

**072**

| | |
|---|---|
| **From:** | Michele Wagner |
| **To:** | Victimassistance Fraud (CRM) |
| **Subject:** | [EXTERNAL] Purdue victim impact statement-Public filing for April 21, 2026 |
| **Date:** | Wednesday, April 15, 2026 2:08:38 PM |

To the Court, the Department of Justice, and the Sackler family:

I want my statement to be made public. I want it publicly available on the court docket. I also request to be considered to provide an oral statement at the sentencing hearing on April 21, 2026.

My only child, Mitchell Harper, died the night before Thanksgiving 2014. He and his girlfriend went to Walmart to buy the dinner that I was going to make the next day.
The last words I said to my son were, "you look so handsome." That was after he hugged me and we told each other we loved each other.

About a half an hour after they left, his girlfriend contacted me to tell me she couldn't find Mitchell.

I immediately told her I would come up and help her find him because I thought maybe he had gotten some alcohol and gone into the parking lot to drink it.

When I was just a couple of minutes away from Walmart, something just popped into my head and said, oh my God, he's overdosed.

I parked right in front of the Walmart doors, I don't even know if I turned my car off, and ran into the front bathroom. He wasn't there. I knew public restrooms were places where he used drugs.

I ran to the back bathroom and as soon as I ran in, I saw his feet under the stall. He was sitting on the toilet.

I tried to kick the door down and I was screaming for help, screaming for somebody to help me save my son's life.
I couldn't break the door down, so I crawled underneath and unlocked it.

By then somebody was in the bathroom to help me put him on the floor so I could check for a pulse and do CPR.

He had a pulse, so he was still alive.

I kept screaming for somebody to call 911 that my son had overdosed.

The first people to arrive were the police department, and because Narcan was illegal to possess in Michigan the night my son died, nobody had it.

The fire department arrived next, then the ambulance.
Once the ambulance arrived, they immediately intubated him. Blood and vomit shot out the other end, and I knew he wasn't going to survive. Even though I knew he wouldn't survive, I prayed and prayed and prayed for God to spare him.

The police tried to make me leave the bathroom when my child was dying. I refused, and they were going to arrest me and charge me with a felony.

The police made the paramedics stop working on my son so I could step over his dying body as they dragged me out of the bathroom.

When they told me he was gone, my world turned black and I fell to the ground. The screams that came out of my mouth were not human. I sat on the ground in that Walmart bathroom for what seemed like an eternity, screaming.

The fire department came out of the bathroom afterward and handed me his new peacoat and the jeans that they had cut off of him.

There are no words in the human language to describe the pain felt by a mother when they tell her that her child is gone.

Can you imagine that scene playing over and over and over again in your head every time you think about the death of your child?

The pain I felt on the floor of that bathroom can only be described as this. After they told me he was gone and my world turned black, I felt as if my soul, through my screams, was trying to leave my body to chase after my child's soul.
My son was gone.

The pain is not something that can be described in ordinary words. It is not just emotional pain. It is everything. It is immediate, overwhelming, and total.

What happened in that bathroom is not something I've moved on from, it is something I live with every day and something I will live with for the rest of my life.

I was incapable of walking out of Walmart. I tried and fell on the floor. My legs wouldn't work. I had to be put in a wheelchair and wheeled out of Walmart.

For over a year after my son died, there was a throbbing pain in my heart.

I couldn't even sign a legal document for over six months, and two years later, I still had people asking me why my hands were always shaking.

No mother wants to live after her child dies. I don't want to be here. I have been living in hell since November 26, 2014.

I thought hell was watching my son struggle with substances for seven years. That hell was nothing compared to this. This is a different kind of hell. A permanent one.

There was always hope until there wasn't, and then every day since his death I have been surviving something I was never meant to survive.

 Nothing about it is peace. Nothing about it is normal life. It is just me, still here, after my child is gone.

What happened to my son did not happen in a vacuum.

It happened in a system built, expanded, and protected by decisions made knowingly and repeatedly over years.

The defendant in this case was the architect of the opioid epidemic. They were not part of the architecture, they were the architect of the opioid epidemic and directly contributed to my son's addiction.

His drug of choice was Dilaudid, a Purdue pharmaceutical. Purdue Pharma pushed these drugs while knowing they were highly addictive and that people were dying from them.

My son struggled with substance use disorder for over seven years. His addiction did not begin with heroin. It began with pills.

He was a good person with dreams of a future. He wanted to get married. He wanted children. He wanted a life beyond addiction. Those things were taken from him. He will never be a father. I will never be a grandmother. I do not have other children.

My son was off heroin for over 100 days before the night he died.

In the days before his death, he searched his name on OTIS, a criminal tracking system in Michigan for felonies. His face and name were publicly searchable there, including his drug-related charge. He was sobbing when he saw it. He said his future was gone, that everything he had worked for was erased, and he talked about not wanting to live anymore.

He had just registered for classes at the University of Michigan after transferring from Michigan State University. He was trying to move forward with his life.

He believed his life was ruined. He believed he would lose federal financial aid for college because of his record. After seven years of fighting addiction and trying to recover, he believed there was no future left for him.

That belief mattered. It is part of what led to his death.

Purdue Pharma's primary push was OxyContin. My son was treated in clinical records that reflect opioid use disorder involving OxyContin. My son told me his drug of choice was Dilaudid, which is also a Purdue pharmaceutical.

These are not separate stories. They are one path of opioid dependence that began with prescription pills and escalated over time.

If we are to believe street-level dealers and drug syndicates should be charged with drug-induced homicide, we must also confront the responsibility of those who designed, marketed, and profited from this epidemic.

The same standard of accountability must apply.
Purdue Pharma and those who directed and benefited from its conduct are not separate from this crisis. They are part of it. They are responsible for the conditions that made my son's addiction possible and sustained it.

I am asking this Court to reject the plea agreement reached in 2020. Justice is the court rejecting this plea.

It is hard to even put into words the financial Devastation this has caused. I had to file bankruptcy. I had to leave the profession I was in for over 35 years.

I have been hospitalized in a behavioral health unit because I was going to end my own life. I will forever suffer with complex post-traumatic stress disorder and a laundry list of other mental health conditions.

Financial penalties are not accountability. A fine is not justice for the scale of harm caused.

The Sackler family and Purdue Pharma must be held accountable in a way that reflects the devastation this crisis caused to families like mine, not resolved through financial settlement.

This was not a mistake. It was not an accident. It was the result of deliberate decisions made repeatedly with knowledge of the harm being caused.

My son's life was not collateral damage. He was a human being.

He was a complete hugger, not a back-patter hugger, but a bring-you-in, full-feel-it hugger. I will never feel that again.
My son is gone, and I am left with the fallout.

I am Mitchell Harper's mother. My name is Michele L Wagner and this is my public statement.

This email constitutes my official victim impact statement for the record.9

Michele L Wagner
President, Mitchell's Hope INC

**073**

I would like to explain how Oxycontin and the opioid epidemic have had an impact on my life and the lives of my children.

In 2005 I was prescribed and later became dependent on Oxycontin. It was during that time when I trusted that the medication was safe and appropriate for my condition. Over time I developed an addiction that I didn't understand at first. This addiction affected my physical health, mental well-being and the ability to function in my daily life.

The consequences of this dependency extended far beyond myself. During my pregnancies, I was struggling with an opioid addiction, and as a result, my children were born physically dependent on opioids. From the very beginning of their lives, they experienced withdrawal symptoms and required medical care to manage their condition. Watching my children suffer in this way was devastating and is something I carry with me everyday.

My children have faced ongoing challenges as a result of their early exposure. Their health, development, and overall well-being have been impacted, requiring additional care, attention and medical support.  As a parent it has been heartbreaking to know that they began life under these circumstances.

This experience has also taken an emotional toll on me. I have felt guilt, shame and grief over the effects of my addiction on my children. At the same time, I have worked to seek help, pursue recovery and provide the best life I can for them despite these challenges.

I believe that the widespread availability and promotion of Oxycontin contributed significantly to my addiction and the harm my family has endured. If I had been fully aware of the risk and potential for dependency, I would have made different choices regarding my treatment.

I respectfully ask the court to consider the profound and lasting impact this has had on me and my children, physically, emotionally and financially. No family should have to experience what we have gone through.

Thank you for your time and understanding.

*UNITED STATES v.* __Purdue__

**COURT DOCKET NUMBER:** _____

VICTIM NAME: __Shelly Whittaker__

**Please select one of the following as it relates to your statement that follows:**

I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

 Yes

No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

UNITED STATES v. _____

COURT DOCKET NUMBER: _____

VICTIM NAME: _____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

See attachments

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes  ☐ No

If yes, please explain:

*UNITED STATES v.* _____

COURT DOCKET NUMBER: _____

VICTIM NAME: _____

### VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☒ Yes ☐ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes ☐ No

If yes, please explain:

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes ☐ No

If yes, please explain:

Brain underdevelopement

*UNITED STATES v.* _____

**COURT DOCKET NUMBER:** _____

VICTIM NAME: _____

### VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☒ Yes  ☐ No

If yes, please explain:

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☒ Yes  ☐ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger  ☒ Anxiety  ☒ Fear  ☒ Grief  ☒ Guilt  ☒ Chronic Fatigue

☒ Sleep Loss  ☒ Addiction  ☒ Appetite Change  ☒ Sickness

☒ Trouble Concentrating  ☒ Financial Stress  ☒ Depression

Please describe any other reactions to the crime committed.

UNITED STATES v. _____

COURT DOCKET NUMBER: _____

VICTIM NAME: _____

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes ☐ No,

If yes, please explain:

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

**074**

**From:** Denise Williams
**To:**
**Subject:** [EXTERNAL] Predue VNS
**Date:** Tuesday, April 14, 2026 3:46:55 PM

Denise Williams

c/o Matthew Brien Williams

Case Number 2:20-cr-01028

April 14, 2026

The Honorable Madeline Cox Arleo

United States District Court

District Court of New Jersey

Court Docket {ECF No. 9021}

Your Honor:

I am writing this impact letter on behalf of my beloved son, Matthew Brien Williams. Matt lost his life to an opioid overdose on February 18th, 2018, at just 32 years old. Matt's addiction began after a devastating car accident on January 17th, 2007. His injuries required eight surgeries and intensive occupational therapy several days a week for more than two and a half years. From the beginning, I expressed my concerns to the surgeon about the opiates Matt would be prescribed. I was assured—wrongly and with false confidence—that addiction would not be a problem. I trusted the medical professionals, relying on their expertise and what I was told. That trust, built on assurances shaped by Purdue Pharma's campaign of misinformation, cost my son his future.

Before I share how Matt's death shattered our family, I want you to know who he truly was. Matt was my easiest child to raise—gentle, easy-going, and always carrying a positive outlook. He had the face of an angel and a smile that could melt anyone's heart. When he closed his eyes, his eyelashes fell halfway down his cheek. His eyes were the envy of every girl who met him. Matt was a twin to his brother Ryan and a big brother to his sister Katie. Ryan, Matt's twin, also lost his life to an opioid overdose on January 29, 2015. Matt was an uncle to four nephews, including Ryan's son. He grew up surrounded by a large, loving family, with countless aunts, uncles, and cousins.

Matt was a people pleaser—he always put others' needs above his own. He had more friends than I could count, and at school he was voted "everyone's best friend." Schoolwork came easily to Matt; he absorbed information effortlessly and was the perfect trivia partner. He loved sports—golf, snowboarding, gymnastics—and was drawn to adventure, especially daredevil activities like scuba diving and skydiving. But above all, Matt's greatest passion was music. He was naturally gifted on the violin, clarinet, piano, and especially his beloved

guitars.

Matt was never the type you had to remind to practice—in fact, we often had to ask him to take a break. The house was always filled with his music. He was our beloved "Matt the Musicman," and his absence has left a silence that will never be filled.

To Purdue Pharma and the executives who chose profit over truth: you knowingly lied and misled families like mine about the addictiveness of your products, putting greed above human life. Your actions stole more than just my sons—they stole my family's future. The pain you created cannot be measured in dollars or settlements.

My dinner table will never be full again. There will always be two empty chairs, special Christmas ornaments that remain in their boxes, and two stockings that will never be filled again. The music that once filled our home—Matt's guitar and piano—has fallen silent. I will never again be greeted at the end of the day by Matt's or Ryan's beautiful faces. The long, deep conversations, the laughter, the everyday moments—these are gone forever. April 28th, their birthday, was once a celebration. The day they were born, the Baltimore Sun's headline was "It's a beautiful day." Now, that day cuts like a knife in my broken heart.

My daughter, who once had siblings, now faces a future without them. She fears the day I am gone and she is left with no one from her past. Her brothers were supposed to be her "ride or die"—her lifelong companions. Now, her sons and Ryan's son will grow up without knowing the love and guidance Matt and Ryan could have given. Matt was in the process of gaining guardianship of Ryan's son before he died; my daughter Katie bravely finished what he started.

I recognize this lawsuit is only for those who were legally prescribed opioids, but I grieve for every family destroyed by the flood of overprescribed opiates—families who will never see justice or compensation. Ryan's son is among them. Since losing my sons, I have dedicated myself to prevention and education for youth, hoping to spare others this pain. The statistics are staggering: at least five children in every classroom have lost a parent or sibling to an opioid overdose. Shame on Purdue Pharma and all who enabled this devastation.

My family's story is just one among countless others devastated by the opioid crisis. I ask this court to recognize not only the magnitude of our loss, but the humanity and potential that was stolen from us. Let our pain serve as a catalyst for real change: for lasting accountability, for compassion, and for a future where no other family must endure what we have. This lawsuit feels like a little bit of justice, although it cannot bring my sons back, but it can help ensure that their lives—and the lives of so many others—were not lost in vain.


Thank you,


Denise M. Williams


--
Denise Williams,  Northern Lights & Western Anne Arundel Prevention Outreach Coordinator

Northern Lights Against Substance Misuse
Western Anne Arundel Substance Prevention

www.preventsubstancemisuse.org
www.facebook.com/NorthernLightsCoalition

*The Northern Lights Against Substance Abuse Coalition unites community members in Northern Anne Arundel County to reduce the misuse of alcohol and drugs among youth and young adults through collaborative efforts using evidence-based strategies.*

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Matthew Brien Williams**

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

> ➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

My name is Frederica Roberson, and I am the mother of Marquavies Bernard Broughton, who passed away at the age of 21 from a nitazene overdose.

Years before his passing, my son was prescribed opioid medication for football-related injuries. At the time, it did not appear to be a problem. We trusted the medical system and believed he was being given something safe to help manage pain.

However, over time, that early exposure led to a dependency. What started as a prescription eventually turned into him seeking out opioids on his own. As access to prescription medications became limited, he began obtaining substances from the street—where the drugs are far more dangerous and unpredictable. That path ultimately led to his exposure to synthetic substances like nitazenes, which took his life.

The loss of my son has changed every part of my life. No mother should ever have to bury her child. The pain is indescribable—it is a grief that does not go away, only something you learn to carry. My family has been deeply affected emotionally, mentally, and spiritually. Holidays, birthdays, and everyday moments are no longer the same.

Have you and/or members of your family received counseling as a result of this crime?

Yes

If yes, please explain:

After losing Matthew, I felt like my own life was over. I had now lost my twin baby boys because of someone so selfish and greedy; the Predue Family. I was beyond the point of angry, as a mother I felt I had nothing left to live for. I felt I had failed them. I felt my life was over. My daughter had to convience me I was not the one at fault and suggested we do greif counceling and therapy. I did therapy for five years. Family therapy, solo therapy and joined in therapy greif counceling group sessions with my peers and other parents who had lost childred because of opioid overdoses. It did help me find peace and my voice to help others suffering too and I realized I would be best in youth prevention work to help educate teenagers on the dangers of opioids. I now educate on what my son Matthew's doctor and predue pharma should have done from the start.

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

>Yes

If yes, please explain:

>Yes, I did ask about the dangers of Matthew being perscribed opioids after his surgery and was assured it was not dangerous or addictive. I asked again later after we found out Matthew would need additional, (eight to be excat) surgeries from his car accident, and again rest assured that Matthew needed this drug to be perscribed to him in order for the doctor to do his job and again they are not addictive.

Do you believe the defendant began or contributed to you and/or your family member's addiction?

>Yes

If yes, please explain:

>I believe that Predue Pharma and the executives who chose profit over truth: They knowingly lied and misled families like mine about the addictiveness of their products, putting greed above human life. They knowingly lied to doctors to better sell their product.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

>Yes

If yes, please explain:

>Yes, my son Matthew Brien Williams was perscribed opioids by his doctors due to a horrible car accident, leaving him needing eight surgeries and physical therapy over two and a half years, and he was absoutely over perscribed, then when the doctor could not do any more for him, he was left disabled with only the use of one arm and a full blown addict left with zero resources. after many tried attempts in rehab and recovery, Matthew died from an accidental overdose from street fentanyl and cocaine.

Do you believe the defendant failed to provide necessary care?

>Yes

If yes, please explain:

After matthew was released from the care of University of Maryland Trauma Unit and Orthopedics, we asked for help in getting Matthew off the opioids, but we were denied and told "Sorry, thats the price some pay from situations like this, 9 out of 10 of my paients becomes addicts.'

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

No

Have you experienced any of the following reactions to the crime:

**Anger Anxiety Fear Grief Guilt Chronic Fatigue**

**Sleep Loss** Addiction Appetite Change Sickness

Trouble Concentrating **Financial Stress Depression**

Please describe any other reactions to the crime committed.

Above is just how I as a mother have been effected, but my son Matthew, you can check all the above. He suffered grately at the hands of the Predue Families lies and knowingly misinformation.

Do you feel the defendant is or will be a threat to you, your family, or the community?

Yes

If yes, please explain:

Only if they continue to share lies and misinformation about their products and continue to allows their products on the market without rules and proper regulations.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

I recognize this lawsuit is only for those who were legally prescribed opioids, but I grieve for every family destroyed by the flood of overprescribed opiates—families who will never see justice or compensation. Ryan's son is among them. Since losing my sons, I have dedicated myself to prevention and education for youth, hoping to spare others this pain. The statistics are staggering: at least five children in every classroom have lost a parent or sibling to an opioid overdose. Shame on Purdue Pharma and all who enabled this devastation.

My family's story is just one among countless others devastated by the opioid crisis. I ask this court to recognize not only the magnitude of our loss, but the humanity and potential that was stolen from us. Let our pain serve as a catalyst for real change: for lasting accountability, for compassion, and for a future where no other family must endure what we have. This lawsuit feels like a little bit of justice, although it cannot bring my sons back, but it can help ensure that their lives—and the lives of so many others—were not lost in vain.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

no

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

I do not have a number or total receipts for losses, but I can say between funeral costs, rehab stays, treatment centers (IOP, OP, 260 wrap around services etc.) family therapy, and Pawn shops. Thousands and thousands of dollars, but nothing compares to the heart break.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

No

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

No

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

no, only what was listed above.

**075**

| | |
|---|---|
| **From:** | Jeanne Zimmerman |
| **To:** | Victimassistance Fraud (CRM) |
| **Subject:** | [EXTERNAL] My son is and Oxycontin victim |
| **Date:** | Tuesday, April 14, 2026 10:21:44 AM |

My son was prescribed Oxycontin as a teenager for wisdom teeth removal and a broken nose from a snowboarding accident. He became addicted to this drug as a teenager, unbeknownst to us - his parents - but still managed to make it into a University where he spiraled down into buying this drug on the street and then into heroin addiction. He has spent more than 20 years mostly homeless and living on the streets. Rehab attempts have been unsuccessful. He is currently incarcerated. Several of his also middle class friends from childhood have died from the same addiction. In his mid-40's now, his life has been an absolute nightmare and we, his family, have been devastated by the loss of our son who planned to be a doctor and has instead become a homeless street person addicted to drugs. We DO NOT excuse the Sacklers for DELIBERATELY ruining the lives of so many individuals and families. They must be punished according to the laws that govern those of us who are not protected from crimes by such wealth.

Jeanne Zimmerman

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Chapman Young Smith

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➤ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: **Chapman Young Smith**

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Our son was prescribed Oxycontin as a teenager for wisdom teeth removal and a broken nose from a snowboarding accident. Unbeknownst to us - his parents - he became addicted to this drug as a teenager, but still managed to make it into a University where he majored in Chemistry and Biology before spiraling down into buying this drug on the street and then into heroin addiction. Instead of graduating from college and pursuing his plans of becoming a doctor he has spent more than 20 years mostly homeless and living on the streets. Multiple rehab attempts have been unsuccessful. He is currently incarcerated. Several of his also-middle class friends from childhood have died from the same addiction. Now in his mid-40's, his life has been an absolute nightmare and we, his family, have been devastated by the loss of our gifted son who's lived his life as a homeless street person addicted to drugs. We DO NOT excuse the Sacklers for DELIBERATELY ruining the lives of so many individuals and families. They must be punished according to the laws that govern those of us who are not protected from crimes by such wealth.

Have you and/or members of your family received counseling as a result of this crime?

■ Yes  ☐ No

If yes, please explain:

Chapman's father and I have both spent many years in counseling as has Chapman through the clinic where he receives treatments. Nothing can mitigate our ongoing grief and horror as we watch this continue to play out and nothing has mitigated our son's daily horrors as his life continues to unfold.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: _____

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes   ☐ No

If yes, please explain:

Our son is the victim of the medical community who, at the behest of the Sackler's marketing campaign's prescribed this drug to him when he was a child. We have expressed our concern to many doctor's over the years.

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☑ Yes   ☐ No

If yes, please explain:

Our son is the victim of the medical community who, at the behest of the Sackler's marketing campaign's prescribed this drug to him when he was a child.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☑ Yes   ☐ No

If yes, please explain:

The medical community that prescribed these drugs to our son at the behest of the marketing of the Sackler's has resulted in irreparable damage to our son.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Chapman Young Smith**

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes ☐ No

If yes, please explain:

They knew these drugs were dangerously addictive and deliberately withheld that information from both medical prescribers and the public, and in fact, not only withheld that information but actively promoted these drugs as safe and non-addicting.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes ■ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger  ■ Anxiety  ■ Fear  ■ Grief  ☐ Guilt  ☐ Chronic Fatigue

■ Sleep Loss  ☐ Addiction  ■ Appetite Change  ■ Sickness

■ Trouble Concentrating  ■ Financial Stress  ■ Depression

Please describe any other reactions to the crime committed.

The ongoing decades of grief that our family experiences and the ongoing traumas experienced by our son must be accounted for.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Chapman Young Smith**

### VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☑ Yes  ☐ No,

If yes, please explain:

They have already been and continue to be a threat given the hundreds of thousands of addicts they have created, the deaths they have caused, and the grief, trauma, and loss of loved ones they in millions of families.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

We are interested in restitution in the form of rehabilitation at a facility that will last several years, not just a few weeks, housing and medical care upon successful rehabilitation, and vocational training or education once our son has been rehabilitated. This should be made available to every addict. The money should be spent assisting them in recovery. They are the ones still suffering.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Chapman Young Smith

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Our family has spent more than $200,000 these last 20 years in attempting to rehabilitate Chapman and keep him from starving or freezing to death as a street person.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

No.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

No.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

My husband and I have paid for years of counseling.

**077**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Creighton Bloyd

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

> ➤ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

*UNITED STATES v.* Purdue Pharma L.P.
_____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: **Creighton Bloyd**
_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

I was a college student at Maryville College in East Tennessee when I began using OxyContin.   It's hard, maybe even impossible, to overstate how easy it was to buy OxyContin, Percocet, and other opioids in East Tennessee. The drugs were everywhere.  I eventually learned that these drugs came to East Tennessee to from Florida.  An article published in Rolling Stone magazine in 2015 tells the story of how that happened. The title of the article is "The Dukes of Oxy: How a Band of Teen Wrestlers Built a Smuggling Empire." One of the young men mentioned in that story actually sold drugs to me while I was in college in Tennessee. According to the government in this case, the DEA would have caught them, if Purdue Pharma had not defrauded the government into believing that Purdue had a real program to detect what was going on in Florida (and a lot of other places, I'm sure). As it was, in Florida, in East Tennesee, and across the Nation, opioids were diverted to young men and women who, like me, had no idea what they were getting into. Today, I take sublingual buprenorphine (brand name suboxone) to help manage my illness.  I am also in weekly therapy. I have been sober and free from drugs for nearly five years now.

Have you and/or members of your family received counseling as a result of this crime?

■ Yes ☐ No

If yes, please explain:

You have to have counseling to maintain a prescription for buprenorphine, the medicine used to treat opioid use disorder. I have found counseling to be very helpful.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Creighton Bloyd

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

■ Yes   ☐ No

If yes, please explain:

I have filed objections in the Purdue Pharma bankruptcy to object to the defendant's paying the United States money that should subsidize medical care for victims.

Do you believe the defendant began or contributed to you and/or your family member's addiction?

■ Yes   ☐ No

If yes, please explain:

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

■ Yes   ☐ No

If yes, please explain:

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: **Creighton Bloyd**

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

**■** Yes   ☐ No

If yes, please explain:

Yes. Instead of providing restitution in the form of subsidized medical care to defray at least part of the costs associated with treating opioid use disorder, the defendant decided to pay that money to the United Staes, whose lax oversight made the whole opioid crisis possible.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes   **■** No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

**■** Anger   **■** Anxiety   **■** Fear   **■** Grief   **■** Guilt   ☐ Chronic Fatigue

**■** Sleep Loss   **■** Addiction   ☐ Appetite Change   **■** Sickness

☐ Trouble Concentrating   **■** Financial Stress   **■** Depression

Please describe any other reactions to the crime committed.

I have been very disappointed in how the Justice Department has ignored restitution.

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Creighton Bloyd

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes  ☐ No,

If yes, please explain:
The defendant should not be allowed to avoid its restitution obligations.

What else would you like the Court to know about the defendant or your situation as a result of the crime?
The defendant can make restitution to its victims in the form of subsidies to medical care. I have retained counsel to demonstrate how this is done and have asked to confer with U.S. Attorney Alina Habba last year, but she did not respond. This restitution is possible using the technology employed by pharmacies, merchants, and pharmacy benefit managers every day.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.
Federal law requires the defendant to make restitution in the form of subsidies to medical care made necessary by defendant's wrongs. Currently the defendant plans to pay $225 million to the United States Treasury. If the money were paid to one of the trusts in the Purdue Pharma bankruptcy pending in New Jersey, or if the money were paid into a trust independent of the bankruptcy, the money could be made available to defendant's victims for the purpose of treating their opiod use disorder and related conditions. This money could be made available by payment devices whose technology made diversion of the money to other purposes practically if not literally impossible. I will be happy to introduce the defendant and the United States to service providers who make these services available every day.

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Creighton Bloyd

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

I have incurred losses in the form of payments for medical treatment, including rehabilitation and medicine. I am currently out of the country on vacation and do not have ready access to those totals. However, I am most concerned about my future losses, which are the amounts that I (and others like me) have to spend on co-payments for medication, etc. in the future.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

No.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

I filed Adversary Proceeding Adv. Pro. No. 21-07088 (RDD) in In Re Purdue Pharma, in the Bankruptcy Court for the Southern District of New York, White Plains, Case No. 19-23649 (RDD). I complained that the United States should not be able to take victim's restitution.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

See above.

Also, please note that I am presently in Japan for vacation. Therefore, I have instructed my attorney to sign my name below. I have subscribed to international cell phone service but coverage has not been good. I would like to appear by zoom at the sentencing hearing on April 21, 2026, if my mobile service works by then.

**079**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Kimball Bruckner

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

*UNITED STATES v.*  Purdue Pharma L.P.
_____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: **Kimball Bruckner**
_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

My whole life changed at first when I had a MVA 12-13-2000. My back got really hurt as to no fault of my own. Doctors that I went to see during the lawsuit that I had against the guy that pulled in front of me (I hit him like a TBone wreck and his body was thrown threw his driver window and he landed on the hood of my vehicle) gave me Lortab for a couple years and then my doctorstold me that they wanted me to start on a brand new drug, OxyContin. I really did pretty well using the medication for probably 6 years and then the doctors started sying that they could not keep prescribing the same dose. The down fall of the doses over the next 3-4 years made me have to start buying the OxyConton to hold me up. Then it got worse and worse. My withdrawls were awful. I had friends that took their own life because of the short supply that the doctors were now awllowing because of the Government controling it. I looked for recovery in 2017 and have been on Suboxon ever since. It cost a fortune in the beginning $350 a month but it beat buying stuff off the street. I know I got fake OxyConton 30mg once because I could not feel my body and started vomiting. Suboxon saved me. Most of my life got messed up (2 Divorces) because of the Sackler family and I am asking for $250,000.00 and really should get more but I will be thankful if I get something from the "HELL" drug.

Have you and/or members of your family received counseling as a result of this crime?

■ Yes   ☐ No

If yes, please explain:
I have since 2017

*UNITED STATES v.* <u>Purdue Pharma L.P.</u>

**COURT DOCKET NUMBER:** <u>2:20-cr-01028-MCA</u>

VICTIM NAME: _____

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:
Already explained

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☐ Yes  ☒ No

If yes, please explain:

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Kimball Bruckner

**VICTIM IMPACT STATEMENT**

Do you believe the defendant failed to provide necessary care?

☒ Yes    ☐ No

If yes, please explain:
They offered no concern

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes    ☒ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger    ☒ Anxiety    ☒ Fear    ☒ Grief    ☒ Guilt    ☒ Chronic Fatigue

☒ Sleep Loss    ☒ Addiction    ☐ Appetite Change    ☒ Sickness

☐ Trouble Concentrating    ☒ Financial Stress    ☒ Depression

Please describe any other reactions to the crime committed.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Kimball Bruckner

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☐ Yes  ☒ No,

If yes, please explain:

What else would you like the Court to know about the defendant or your situation as a result of the crime?

Greed hurts small people that sucumb under their umbrella of greed of the Rich.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Please let me know all and any information in regards to this Lawsuit.

UNITED STATES *v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: KimballBruckner

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

**080**

# Fax

**Date:**  Apr 15, 2026
**Number of pages including cover sheet:** 8

**To:**      (202) 514-3708
             Fax: +12025143708

**From:**    Staff Line
             Truth Pharm Inc

             Phone:
             Fax: +1

**Notes:**
Victim Impact Statement

---
Sent Via Ooma Office

*UNITED STATES v.* Purdue Pharma L.P.
_____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: **Dorothea Clark**
_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

The Sackler family created a marketing plan that said that opioids are not addictive and should be used to treat all pain. Anyone who became addicted was labeled as a moral failure and degenerate.
My son was hurt at work, he was doing what he should have to provide for himself and his children. He had to have two neck surgeries, having cadaver bone placed in his neck. He was prescribed OxyContin and Johnny became addicted. He passed from an overdose in 2015, leaving behind myself and his children. I was left to raise my granddaughter, his daughter. When I saw the videos that came out, the lack or remorse for what they did, they knew what they did was wrong. They tore apart our family, I will never see my son dance at his daughter's wedding or meet us at her graduation.

My family is forever changed, for the amount of money that the Sackler family could make from one more person being prescribed OxyContin. I kept the bottles for years, knowing that that was what took my son from me. Johnny was my first born, the oldest brother and always my champion. I don't wish the Sackler family the same fate I have, to spend the rest of my days without my son. The impact to myself and my family can not be placed in words, but sits

Have you and/or members of your family received counseling as a result of this crime?

■ Yes ☐ No

If yes, please explain:

Myself and his daughter have both attended grief counseling.

*UNITED STATES v.* **Purdue Pharma L.P.**

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: **Dorothea Clark**

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☐ Yes

☑ No

➤ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Dorothea Clark**

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes ☒ No

If yes, please explain:

My son was prescribed OxyContin from a doctor, he has passed away.

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes ☐ No

If yes, please explain:

They said it was not addictive.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes ☐ No

If yes, please explain:

The marketing strategy in place from the Sackler Family are what impacted our lives still today.

*UNITED STATES v.* **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Dorothea Clark**

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes ☐ No

If yes, please explain:
They knew it was addictive.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes ■ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger ■ Anxiety ■ Fear ■ Grief ■ Guilt ■ Chronic Fatigue

■ Sleep Loss ■ Addiction ■ Appetite Change ■ Sickness

■ Trouble Concentrating ■ Financial Stress ■ Depression

Please describe any other reactions to the crime committed.
I struggle with anxiety as a result, still today.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: **Dorothea Clark**

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

■ Yes  ☐ No,

If yes, please explain:
If they decided to place money over profits once, they will do it again.

What else would you like the Court to know about the defendant or your situation as a result of the crime?
If this family is allowed to get away with this then every company in the country will know that they can trade money for people's lives.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

I would like Truth Pharm to benefit from this, they saved my life after I lost my son. It gave me purpose. It offers education to families.

*UNITED STATES v.* **Purdue Pharma L.P.**

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: **Dorothea Clark**

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Celebration of life, urn, raising his daughter and providing her with housing and food. No amount of money can cover this lose.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

No

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

No

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

I did not keep an accounting of each loss in my life, each thing that I paid to take care of for my family.

**083**

| From: | Kimberly Douglas |
|---|---|
| To: | Victimassistance Fraud (CRM) |
| Subject: | [EXTERNAL] United States v Purdue Pharma -- Victim Impact Statement |
| Date: | Thursday, April 16, 2026 1:37:54 PM |

April 15, 2026

To the Honorable Madeline Cox Arleo and the United States Attorney's Office:

My name is Kimberly Douglas. I am submitting this statement as the mother of Bryce Jackson, a victim harmed by Purdue Pharma's criminal conduct.

I urge the Court to reject the plea agreement. I also urge prosecutors to pursue a resolution that reflects real accountability rather than administrative closure.

My son Bryce Jackson died on June 23, 2023, at just 17 years old. I found him unresponsive in his bed that Friday afternoon, resting at home. No parent should ever experience that moment. Bryce was loved, full of life, and deserved a future that was taken from him far too soon.

Bryce's story began long before the day we lost him. He was diagnosed with ADHD in the third grade and was prescribed medications to help him focus. From a young age, he was introduced to the idea that pills could help manage how he felt and functioned.

At 14 years old, after having his wisdom teeth removed, Bryce was prescribed Percocet. We filled the prescription but never gave it to him. Still, those pills entered our home—legally prescribed and easily accessible.

During the COVID-19 pandemic, Bryce's mental health was deeply impacted. Like so many young people, he struggled with isolation and emotional stress. In an effort to cope and "feel normal," he began experimenting with over-the-counter substances and marijuana.

When school reopened his junior year of high school, Bryce connected with peers who introduced him to prescription drugs used recreationally. At some point, without my knowledge, he found the Percocet that had originally been prescribed to him. When those pills ran out, he turned to what he believed were the same drugs on the street.

They were not. They were counterfeit pills.

The individual who sold them to Bryce was a 14-year-old boy—another child navigating a crisis he did not create. He even warned Bryce before he took them. That detail alone speaks to how normalized and widespread this epidemic has become among our youth.

Bryce's death is not an isolated tragedy. It is part of a larger chain of events that began with the aggressive marketing and widespread distribution of opioid medications by Purdue Pharma. Their actions created a culture where these drugs were normalized, trusted, and readily available in homes like mine. That normalization laid the foundation for the dangerous and deadly landscape our children face today with counterfeit pills and fentanyl.

What happened to my family cannot be repaired by money alone. A fine paid by billionaires is not accountability. Nor is it justice. This crisis was created by greed, and it will not be resolved by money alone.

Purdue pleaded guilty to felony charges, yet this plea still does not reflect the magnitude of the harm caused. For families like mine, this is not justice. A financial agreement paid out over years does not account for the lives lost, the trauma endured, or the ongoing devastation in our communities. Victims and grieving families have been sidelined throughout this process. We have not been adequately heard.

Across this country, individuals struggling with addiction—many of them first exposed through legally prescribed medications—have been criminalized, while the corporate actors who helped fuel this crisis continue to negotiate outcomes measured in dollars. That contrast is devastating.

If this plea is accepted, it will send the message that catastrophic corporate harm can be resolved through fines and legal process without meaningful accountability. That is not justice. It undermines public trust and fails families like mine.

I ask this Court to reject the plea agreement. I ask prosecutors not to mistake convenience for justice. And I ask those in power to truly listen to the voices of the families who have been directly harmed.

Real solutions must center bereaved families and impacted individuals. They must include transparency, accountability, and investments in

meaningful treatment, mental health support, and long-term care. They must reflect the lived experiences of those of us who are left to carry this loss every single day.

I do not want my son's life reduced to a line item in a settlement. Bryce mattered. His life mattered. Our loss matters.

I ask this Court to stand on the right side of history and affirm that justice cannot be bought, negotiated away, or buried in process.


Sincerely,

Kimberly Douglas

Mother of Bryce Jackson
Bryce's Treehouse, Inc.
Black Moms Against Overdoes
[Bryce's Treehouse | Promote Equity in Care—Join Us Now](#)
Bowie, Maryland
███████████

**086**

*UNITED STATES v.* **Purdue Pharma L.P.**

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: **John Frankenfield**

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

*UNITED STATES v.* _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: **John Frankenfield**
_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

My son's mother, Betsy Jane Robertson, passed away on March 28, 2015 after a long battle with addiction to opiates/opioids after being prescribed excessive amounts of Purdue Pharma products. We lived as domestic partners and shared custody of ▮▮▮▮▮ before the effects of her addiction limited her ability to have unsupervised time with him shortly before her death.

▮▮▮▮▮ was born in February, 2013, addicted and suffering withdrawal with a diagnosis of NAS. He spent more than a week in the NICU before his release. After Betsy passed, I no longer had anyone to watch ▮▮▮▮▮ while I worked. I have paid child care expenses over the past ten years as reported on my annual income tax filings, listed by year below in this statement.

▮▮▮▮▮ has suffered intense grief and depression as the result of the loss of his mother and has participated in peer grief groups through the Center for Grieving Children and individual ⊞

Have you and/or members of your family received counseling as a result of this crime?

◼ Yes ☐ No

If yes, please explain:

As mentioned above and in my son's victim impact statement.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **John Frankenfield**

### VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:

Betsy began receiving Purdue Pharma opioids in excess as part of her prescribed pain managment.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes  ☐ No

If yes, please explain:

Once she became addicted to the product, they were easily obtained due to the flooding of the market to boost profits without regard to the consequential damage.

*UNITED STATES v.* **Purdue Pharma L.P.**

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: **John Frankenfield**

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes   ☐ No

If yes, please explain:
The addictive nature of the drug was not accurately communicated by the company.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes   ■ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger   ☐ Anxiety   ☐ Fear   ■ Grief   ■ Guilt   ☐ Chronic Fatigue

■ Sleep Loss   ☐ Addiction   ☐ Appetite Change   ☐ Sickness

☐ Trouble Concentrating   ■ Financial Stress   ■ Depression

Please describe any other reactions to the crime committed.

*UNITED STATES v.* **Purdue Pharma L.P.**

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: **John Frankenfield**

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

■ Yes ☐ No,

If yes, please explain:
Lack of regard for public harm in the pursuit for profit.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

**UNITED STATES v.** Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

**VICTIM NAME:** John Frankenfield

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Child care expenses for all times that ▮▮▮▮▮▮ needed it while I worked after the death of his mother who would have been able to assist with at least 50% of that financial burden by direct care or contribution

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.
no

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.
Claim in Purdue Pharma bankruptcy.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

lost income for travel and attending two years of weekly counseling for ▮▮▮▮▮▮ average of 20 miles per week and an hour of lost pay, averaging approximately $30/week, ongoing.

50% of child care expenses from 2015 to the end of 2025, including: (from form 2441 of federal income tax returns:) 2025 - $540; 2024-$3,770; 2023- $4,670; 2022-$4,927; 2021-$4,092; 2020-$2,641; 2019- _____ all to ▮▮▮▮▮▮▮▮▮▮ #60-0001275; and 2018$-_____; 2017-$_____; to ▮▮▮▮▮▮▮▮▮▮▮ The exact numbers for 2017,2018, and 2019 have not yet been unearthed but will be in line with all years except the Covid year in 2020, and his move to the Teen Center in 2025. Assuming an average of $4,000 for each of those years, the total would be: $27,790.

**087**

*UNITED STATES v.* <u>Purdue Pharma L.P.</u>

**COURT DOCKET NUMBER:** <u>2:20-cr-01028-MCA</u>

VICTIM NAME: M▮▮▮▮▮▮ F▮▮▮▮▮▮▮▮▮

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

*UNITED STATES v.* _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA _____

VICTIM NAME: M█████ F████████ _____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Hello, your Honor. My name is M████ F████████ and my mother's name was Betsy Jane Robertson. This company provided painkillers to my Mom and when I was born I had them in my system too.

The doctors helped me through withdrawal symptoms after birth and also tried to help my mother but the trouble continued. It was a difficult way to begin life and because of the addiction affecting my Mom, she had seizures and I was still very sensitive to loud noises. My Mom passed away on March 28, 2015. I believe that if my Mom had not been given these pills she would be alive today and I would have a Mom.

I have been struggling for more than ten years now and I see a counselor to help me with my feelings.

Have you and/or members of your family received counseling as a result of this crime?

■ Yes ☐ No

If yes, please explain:

I have an individual counselor to help me with sad thoughts. I have seen her for more than two years when I feel overwhelmed by my feelings. I also participated in peer groups for grieving children for more than a year.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: M███████ F███████

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes   ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes   ☐ No

If yes, please explain:

The pills were prescribed to her and made so easy to obtain that she overused them and could not beat her addiction.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes   ☐ No

If yes, please explain:

She was found dead with an empty bottle of pills next to her.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: M███████ F████████

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes ☐ No

If yes, please explain:
The dangers of addiction to these drugs were ignored by the company.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes ■ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger ■ Anxiety ■ Fear ■ Grief ☐ Guilt ☐ Chronic Fatigue

☐ Sleep Loss ■ Addiction ☐ Appetite Change ☐ Sickness

■ Trouble Concentrating ■ Financial Stress ■ Depression

Please describe any other reactions to the crime committed.

*UNITED STATES v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: M███████ F█████████

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

■ Yes  ☐ No.

If yes, please explain:

They did not care about the harm they were doing, only making money.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

I'm angry at the way the company pushed the pills that hurt me and my mother but I am not angry at the employees of the company.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: M███████ F███████████

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

I lost the support of my mother since 2015, making financial situation for me and my Dad very hard some times with no second income.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

no

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

claim in Purdue Pharma bankruptcy case

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

**089**

| From: | Suzanne Harrison |
|---|---|
| To: | Victimassistance Fraud (CRM) |
| Subject: | [EXTERNAL] United States vs. Purdue Pharma |
| Date: | Thursday, April 16, 2026 2:46:49 PM |
| Attachments: | ATT55600.png |

Hello,

I am the sister of King Shaffer Jr who lost his life to a fentanyl overdose on October 29, 2016. My brother was prescribed oxyContin for a broken back the year it came onto the scene in 1996.

The rest is history.

My brother was at one time training to be a Navy Seal in the US Navy in sand Diego, Ca.

www.kingscrusade.org

I have since co-founded King's Crusade in his honor where thousands of lives have been touched, countless provided with donations to assist with sober living move in fees, costs provided for transportation to treatment, weekly grief support for moms who have lost children to the epidemic, families have been provided resources and support.

My life and my mother's and sister's lives have been altered forever. Surviving this loss was one of the darkest periods of our lives but King's name lives on as a household name for so many.

I host annual events for the recovery community, sit on several boards within my county of Burlington, testify annually in front of the senate budget appropriations committee and more. I have letters of written testimony from several individuals in regards to how I have helped them whether it be with their recovery, family support or grief support.

I have also been featured on 6abc news and other media outlets for my tireless efforts ran solely on donations and volunteers. It is a lot to type so maybe you will visit my site or read a little of what I do.

I appreciate your consideration.



South Jersey woman runs 'King's Crusade' for those who struggle with addiction
6abc.com



Sue Harrison
Co-founder
www.KingsCrusade.org
#Advocate #Educate #EliminateTheStigma

c-
P-



090

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Dana Kassin

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

*UNITED STATES v.* Purdue Pharma L.P.
_____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: Dana Kassin
_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

I am writing this impact statement on behalf of my brother, Michael Farley. He lost his life to a fentanyl overdose on January 27, 2024. He was found unresponsive on a riverbank under a bridge.

Michael was never prescribed an opioid in his 40 years of life. And yet, the actions of Purdue Pharma and the Sackler family helped create the conditions and environment that led to the opioid epidemic.

The defendants' misleading information about the addictive nature of their drugs, their financial incentives to prescribers, and their disregard for the long-term consequences were the match that lit the fire of what is now a nationwide public health crisis. They fueled this epidemic by expanding dependence on opioids across the United States.

Have you and/or members of your family received counseling as a result of this crime?

☐ Yes  ☒ No

If yes, please explain:

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Dana Kassin

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

$4300 for a funeral I wasn't planning on...

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Dana Kassin

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☐ Yes  ☑ No,

If yes, please explain:

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

If restitution is awarded, I would ask that it be directed toward organizations that provide harm reduction, overdose prevention, and support for families impacted by substance use

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Dana Kassin

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☒ Yes   ☐ No

If yes, please explain:
Misleading information to the public about the drugs, and kick backs.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes   ☒ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger   ☒ Anxiety   ☐ Fear   ☒ Grief   ☐ Guilt   ☒ Chronic Fatigue

☒ Sleep Loss   ☐ Addiction   ☐ Appetite Change   ☐ Sickness

☐ Trouble Concentrating   ☐ Financial Stress   ☒ Depression

Please describe any other reactions to the crime committed.

By age 38, both my parents and only sibling had died. I do not have much extended family. Mikes death hit me in a very different way than any other death I have been through. My grief feels different, I am angrier about his death.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Dana Kassin

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:

The over prescribing of their drug, and down playing of its addictive nature led to current Fentynal Crisis.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☐ Yes  ☒ No

If yes, please explain:

**094**

# Jonathan C. Lipson

April 16, 2026

Hon. Madeline Cox Arleo
United States District Judge, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
c/o victimassistance.fraud@usdoj.gov

Re: United States of America v. Purdue Pharma, LP, 2:20-cr-01028-MCA

Your Honor:

I submit this statement as both a grieving family member and a scholar of bankruptcy law with direct involvement in the chapter 11 reorganization of Purdue Pharma, L.P. I respectfully request that this statement be made part of the public record, and I would welcome the opportunity to provide an oral statement at the April 21, 2026 sentencing hearing.

My brother-in-law died after overdosing on fentanyl in May 2020. His death devastated our family. Like so many others, we live with the permanent consequences of the opioid crisis. There can be little doubt that Purdue's criminal conduct contributed substantially to the addiction and overdose crisis that has harmed families across the country, including mine.

I also participated in the Purdue bankruptcy proceedings. I represented a claimant seeking the appointment of an independent examiner to investigate issues of accountability and transparency, and I later helped lead an academic amicus effort opposing the plan's nonconsensual releases for the Sackler family before the Supreme Court of the United States. I mention this not to center my role, but to explain that my concerns arise from both personal loss and firsthand observation of the legal process.

What I observed was deeply troubling. In my view, bankruptcy was used here less as a forum for fair resolution based on a full factual record than as a mechanism to limit exposure, control information, and protect insiders from the fuller scrutiny that ordinary litigation can provide. That concern is especially serious because Purdue was a repeat offender. The company's 2007 criminal plea did not prevent further catastrophe.

I am also troubled by a central tension in the positions advanced throughout these proceedings. Purdue's representatives repeatedly defended bankruptcy as the path to comprehensive or "global" peace. At the same time, they have maintained that the Department of Justice settlement and this corporate plea do not insulate insiders, including the Sackler family, from criminal exposure. Those positions warrant careful scrutiny. If comprehensive peace was the practical objective, insiders were among its principal beneficiaries. If meaningful individual accountability truly remained available, then the promise of finality was overstated.

To date, no individual appears to have been held criminally accountable for Purdue's recidivism. Meanwhile, the Sacklers retain vast resources accumulated through their ownership of the company. Even if individual prosecutions remain theoretically possible, they appear increasingly remote. That reality should inform the Court's assessment of whether this plea meaningfully advances justice and deterrence.

Purdue's plea has been presented as one component of a broader resolution that promises compensation, closure, and reform. Those are serious goals. But compensation cannot substitute for accountability, and administrative efficiency cannot substitute for truth. The Court should carefully consider whether this criminal resolution reflects genuine justice or merely ratifies a broader strategy of managed finality.

I respectfully urge the Court not to treat this plea as routine. If this resolution reflects genuine accountability, it should withstand careful examination. If it does not, the Court should reject it or require a fuller and more candid justification. Justice requires more than closure. It requires truth, responsibility, and consequences proportionate to the harm.

Respectfully submitted,

Best,

Jonat

Jonathan C. Lipson
Philadelphia, Pennsylvania

**095**

**UNITED STATES v. Purdue Pharma L.P.**

**COURT DOCKET NUMBER 2:20-cr-01028-MCA**

**MY NAME IS FAY MARTIN AND I AM SPEAKING ON BEHALF OF MY SON RYAN MALCOLM**

I would like my statement to be PUBLIC and I understand it will be made publicly available on the court docket.

I would like to be considered to provide an oral statement at the sentencing hearing on April 21, 2026.

The death of Ryan Malcolm—my only son and my daughter Shannon's only sibling—has changed us forever. His father, Paul Malcolm must live with the endless trauma of discovering Ryan's body and doing CPR on his corpse while begging him to hang in there when he was already long gone. Nothing feels normal anymore. We all live with a constant emptiness that never fades. We feel off balance, out of focus, and unable to experience joy the way we once did, because Ryan is no longer here to share it with us.

Ryan died on May 8, 2021—just one day after his 29th birthday. Each year, as that date approaches, our anxiety begins to build. For the past five years, I have felt the same overwhelming anguish, the same nervousness, and the urge to sleep just to escape the pain. But no matter how much I try to avoid it, the reality remains: every day of my life feels like May 8. Every day is another day without him.

Ryan was a hardworking commercial electrician until a serious job injury led to back surgery. Afterward, he was prescribed OxyContin and Percocet—and he became dependent quickly.

I raised concerns to his surgeon, but we were told that once he healed, his care would be managed. By then, the damage was already done.

When the prescriptions ended, he turned to pills on the street. When those became too expensive, he turned to heroin.

Ryan didn't stop working. He loved his job and he figured out how to use just enough heroin before, during, and after work to avoid withdrawal and make it through each day. From the outside, he looked like he was holding it together. In reality, addiction was taking over his life.

Ryan's addiction didn't begin with reckless behavior. He was injured and needed help—but instead, Purdue Pharma gave him what became a death sentence that took five years to carry out.

What makes this loss even more unbearable is knowing it was preventable.

1

Ryan's death was the direct result of Purdue Pharma, a pharmaceutical company that chose profit over people. The defendants did not value my son, a young man full of promise, hope, and dreams that will now never be realized. They don't value anyone! While their pursuit of wealth continues to be fulfilled, my son's modest and humble dreams ended with him in a body bag.

We have sought counseling, and while some of it has helped, nothing can truly ease this pain. Knowing that Ryan's death was caused by greed—by a company that knew the risks and misrepresented them—has devastated not only our family, but our friends and Ryan's young friends as well. The damage is permanent. The loss is immeasurable. It is unconscionable.

If Purdue Pharma had been honest and forthright about the high risk of addiction, these drugs would have never been FDA approved because of the danger. The exploitation, deception and manipulation used by the defendants to get these drugs on the market is what killed my son and countless others.

Ryan would have never been prescribed these drugs for an outpatient surgery if the real risks were not concealed by Purdue Pharma. He might have lived those next five years to his full potential instead of suffering through addiction and dying young under the weight of stigma.

Purdue Pharma didn't just contribute to Ryan's addiction, they were the very genesis of it. He needed pain relief, but instead he was given a pathway to addiction. Drugs that rewired his brain, destroyed his life, and tore apart his relationships—ultimately leading to his death from fentanyl.

Ryan was in and out of drug rehab facilities since 2016. We celebrated every moment of recovery and held our breath through every relapse. Ryan hated who he had become, and he wanted his old self back. He was honest about his struggle, and we did everything we could to help him.

While our insurance company paid for Ryan's medical care, as well as rehab facilities the defendant's deceptive practices continued to make them rich. They have Ryan's blood on their hands.

As Ryan's mother, I have lived with the aftermath: anger, anxiety, grief, guilt for not being able to save him, sleepless nights, illness, financial strain, depression and even sudden onset seizures. And beneath all of it, a deep, unrelenting rage—because my baby boy's death was preventable.

**UNITED STATES v. Purdue Pharma L.P.**
**COURT DOCKET NUMBER 2:20-cr-01028-MCA**

**MY NAME IS FAY MARTIN AND I AM SPEAKING ON BEHALF OF MY SON RYAN MALCOLM**

Purdue Pharma betrayed the most basic duty of care. They hid the truth, targeted the vulnerable, working class—people who had no choice but to keep working—and knew dependence would keep people coming back. They willfully and deliberately drove addiction.

They chose profit over human lives.

That decision destroyed Ryan's life, devastated our family, and left hundreds of thousands of Americans suffering in its wake.

Purdue Pharma is no longer a threat to my family as they have already destroyed us.

The young man who sold Ryan a counterfeit pill laced with fentanyl was feeding his own addiction. He went to jail for his crimes, but he too is a victim of Purdue Pharma,

I can't say I've forgiven that young man, perhaps someday I can. But as a mother, my heart breaks knowing he is living the same nightmare my son did.

Although our family has significant financial losses because of Purdue Pharma's actions—including Ryan's cremation, memorial services, traveling back and forth to California multiple times for hearings and to bring home his belongings, counseling, medical expenses and so much more—it has been five years, and we no longer have the emotional strength to calculate it all. That is a chapter we want to close forever.

Ryan's sister Shannon has struggled deeply since his death. She moved from California to Texas to be with us, but navigating life as an only child has been incredibly difficult. She and Ryan were just eighteen months apart and did everything together. They were inseparable—so close they seemed to have their own language. Losing him has left a void in her life that she will never fill. For five years, she has battled deep depression and is only now beginning to show signs of healing. She still grieves intensely for her little brother. She once said to me, "Mom, you and Dad will grow old together and die someday, but I will have no one because Ryan is gone."

Shannon is now an only child. Without Ryan, so much of the joy in her life is gone forever. Ryan would never have wanted her to suffer like this—but Shannon is deeply sensitive, and this loss has changed her forever.

We have both turned to advocacy in our grief. Shannon has spoken to groups about sibling loss—because siblings are so often the forgotten grievers.

**UNITED STATES v. Purdue Pharma L.P.**
**COURT DOCKET NUMBER 2:20-cr-01028-MCA**

**MY NAME IS FAY MARTIN AND I AM SPEAKING ON BEHALF OF MY SON RYAN MALCOLM**

I want the court to know who Ryan was. Had the defendants known him, I have no doubt they would have genuinely liked him. Ryan was an athlete, college-educated, hardworking, and kind. He loved animals, had a wicked sense of humor, and he brought light into every life he touched. Most of all, he loved his family and his friends deeply—and we loved him just as much.

The criminal acts of Purdue Pharma didn't just take Ryan's life—it stole our future with him, it robbed him of the wife and kids he wanted to have, the house he dreamed of, and it caused him years of suffering. The defendant's deliberate acts to drive addiction to enhance profit is not only disgusting, but it deprived the world of a good young man who had so much to give.

They may try to reduce Ryan to a statistic, but he is not a number.

Ryan is my son.

They cannot erase Ryan.

Ryan's memory—his bright, undeniable light—will continue to shine long after Purdue Pharma is gone.

Your Honor, I ask you to send a message:

**IN AMERICA YOU CAN NOT KILL PEOPLE AND WALK AWAY WITH JUST PAYING A FINE!!!**

My son's dealer went to prison for his crimes. Criminal acts have consequences for everyone, not just the working class.

Ryan received a death sentence. Our family is serving a life sentence without him.

The defendant's may have paid their fines, but they need to pay their debt to society now.

It's time.

**UNITED STATES v. Purdue Pharma L.P.**
**COURT DOCKET NUMBER 2:20-cr-01028-MCA**

**MY NAME IS FAY MARTIN AND I AM SPEAKING ON BEHALF OF MY SON RYAN MALCOLM**

### <u>MY NAME IS FAY MARTIN AND I AM SPEAKING ON BEHALF OF MY SON RYAN MALCOLM</u>

I do have a civil action case

Hilliard Law Case 2304250 Re: Endo International Bankruptcy

Fay Martin obo Ryan Malcolm v. International, Endo

---

Victim impact statement respectfully submitted,



Fay Martin

April 15, 2026

Confidential

**UNITED STATES v. Purdue Pharma L.P.**

**COURT DOCKET NUMBER 2:20-cr-01028-MCA**



Fay Martin



### <u>NOTE TO THE COURT:</u>

If any restitution is to be considered, I would ask that it be directed to Ryan's only sibling Shannon Malcolm so she can continue counseling and begin to heal while trying to regain some semblance of the life she had prior to Ryan's death.

**096**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Ryan Gritt

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➤ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

UNITED STATES v. _____Purdue Pharma L.P._____

COURT DOCKET NUMBER:_____2:20-cr-01028-MCA_____

VICTIM NAME: **Ryan Gritt** _____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

My son always helped me because I have Restrictive Lung Disease,Cancer (in remission), respiratory failure and heart failure he knew my illness better than me I went into shock after his death

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes ☐ No

If yes, please explain:

I couldnt accept he was dead

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Ryan Gritt

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes   ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes   ☐ No

If yes, please explain:

He had bad teeth that needed to be pulled, but Novacaine did not work on him. It had to be sent to the insurance company so they could OK. Him being put to sleep to have his teeth pulled one year later after he had been on opiate it was approved, but he had been arrested and Wood sent to jail the morning. It was approved. That was the beginning of his addiction.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes   ☐ No

If yes, please explain:

My sons dentist prescribed him opioids.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Ryan Gritt

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes  ☐ No

If yes, please explain:
They left him on opioids and when he couldnt get him, he went to street drugs.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes  ■ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger  ■ Anxiety  ■ Fear  ■ Grief  ■ Guilt  ■ Chronic Fatigue

■ Sleep Loss  ■ Addiction  ■ Appetite Change  ■ Sickness

■ Trouble Concentrating  ■ Financial Stress  ■ Depression

Please describe any other reactions to the crime committed.
I lost my memory.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Ryan Gritt

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☐ Yes  ☒ No,

If yes, please explain:

What else would you like the Court to know about the defendant or your situation as a result of the crime?

He was only 33

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Ryan Gritt

### VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

**098**

| | |
|---|---|
| **From:** | Karyn Orner |
| **To:** | Victimassistance Fraud (CRM) |
| **Subject:** | [EXTERNAL] Victim impact statement |
| **Date:** | Thursday, April 16, 2026 9:04:55 AM |

April 16, 2026

To Whom it May Concern,

I cannot afford to attend the hearing, but I pray you read my story.

I lost my son and only child, Michael Wayne Davies, at 37 years old, on December 6th, 2020 by fentanyl poisoning. While cleaning his room I found a small bin with medical records. This is when I discovered his addition started with OxyContin. He was prescribed this drug after a car accident. I also spoke to his girlfriend at the time who told me they would hospital hop and both would get a prescription for OxyContin.

Shortly after this the drug became hard to get a hold of. They were $30 a pill on the street and he found heroin was cheaper. For years he struggled with an addiction to opioids. In fact, his court ordered drug assessment showed he had an major opioid problem.

He was doing a 100 day jail sentence and was going to be going into an inpatient program for 6 months. Sadly, I found this out shortly after his death. See, he was released from jail on December 4th 2020 even though I begged the judge not to release him until his court date on December 8th 2020. He was poisoned 2 days after his release and 2 days before he would have gone to rehab.

This has caused me a lot of loneliness and sadness. I will never see my son get married, I will never be a grandmother, I will never see my son happy, and I will never see my son clean. He wanted to be a math teacher. He was the smartest person I knew. He was the best part of me and the Sacklers and Perdue Pharma took all that away from me.

No justice is good enough for them, but the harshes punishment may help. They took everything from me, my world. I loved my son with everything in me and there was nothing I wouldn't have done for him. He now hangs in the DEA Memorial wall in D.C.

Sincerely a lonely mother,

Karyn Mitchell

**099**

**From:**
**To:** Victimassistance Fraud (CRM)
**Subject:** [EXTERNAL] Ronald Stafford jr. Victim impact statement.
**Date:** Thursday, April 16, 2026 12:14:56 PM

I Ron Stafford want my statement to be public. I and my family  have been affected by Perdue Pharma lying to the doctors about the addictive drug OxyContin. My doctor told me that OxyContin wasn't addictive. I have chronic pain caused by a surgery on my face to remove cancer. Eventually I was prescribed 220 milligrams a day of OxyContin and Oxycodone. This turned me into a nodding out, non player character. I couldn't work or barely even get out of the house. I remember always feeling sick until around 3 in the afternoon. Then the OxyContin would finally mix with the food I ate and I would feel a little better until the next morning when the whole process would begin again. I couldn't even take my son to school in the morning because of this. I missed out on so much of his childhood and teenage years. It makes me so sad when I think about it. I feel it still affects our relationship to this day. My ex wife who was my wife at that time focused on her career and moved high up the ladder in her career of accounting. Our relationship was distant because I was so distant and not present from high daily doses of OxyContin. Eventually I realized that the medication wasn't helping my pain level or my life. My doctor eventually lost her license to practice because several of her patients died from drug overdose . I decided to quit all opioids including oxycodone and OxyContin. I figured I would feel better in a couple of weeks but I had no idea what I was about to go through. I was so sick like I had never experienced. Like the flu times one thousand and a mental psychosis that had me on the verge of insanity. My heart was pounding like crazy for at least a year and still does to this day after I do too much physically. My wife couldn't handle my new mental and physical condition. She even said she liked me better when I was on the OxyContin. She told me that she wanted a divorce. Now she is doing so well financially that she owns 2 giant houses. I barely have enough strength to work as an Uber driver 3 days a week and 5 hours a day. I'm in so much pain after this it takes me 4 days to recover. I'm barely surviving at this point. My stomach has hurt ever since the day I quit OxyContin in may of 2014. I can't take any pharmaceuticals or over the counter pain medication because I'm too afraid of the side effects after my experience with OxyContin. I also have a very hard time trusting doctors because of lie I was told about OxyContin being non addictive. It's hard to calculate the financial loss I have suffered from OxyContin but I can estimate that it is at least 3 million dollars.
I and my family have never received counseling for this. I can't afford health insurance. I feel lucky to be alive after what I have been through. Thank you for reading this. Sincerely,from Ron Stafford.Sent from my iPhone

**From:**
**To:** Victimassistance Fraud (CRM)
**Subject:** [EXTERNAL] Ronald Stafford Jr victim impact statement.
**Date:** Thursday, April 16, 2026 12:32:39 PM

---

I forgot to answer more questions on the vis form. I do believe the defendant contributed to my addiction by lying to the doctors about the addictive nature of OxyContin. This made me not worry about the amount of OxyContin I was taking and this is why I became so addicted being prescribed 220 milligrams of OxyContin and oxycodone every day. This damaged me physically and mentally, with permanent damage resulting. And I check all the boxes on how this affected me. Anger, anxiety, depression,fear, grief, guilt,chronic fatigue, sleep loss, addiction, appetite change, sickness,trouble concentrating. Financial stress. Sadness. I do worry that Perdue Pharma would want me dead instead of paying me anything. I've been watching my back lately. Thank you reading this. Sincerely, from Ron Stafford.
Sent from my iPhone

**100**

**From:**     JoAnna Vance
**To:**       Victimassistance Fraud (CRM)
**Subject:**  [EXTERNAL] Victim Impact Statement Opposing Acceptance of Purdue Pharma Plea Agreement
**Date:**     Thursday, April 16, 2026 2:38:33 PM

Victim Impact Statement

To the Honorable Madeline Cox Arleo and the United States Department of Justice:

My name is JoAnna Vance, and I am submitting this statement as someone whose life has been deeply shaped by the opioid crisis Purdue Pharma helped create and fuel.

I am from West Virginia. In my state, this crisis has never been distant or abstract. It has lived in our homes, our hospitals, our courtrooms, our communities, and our graveyards. It has shaped families for generations.

I grew up in addiction. The instability, pain, trauma, and loss that come with it were not things I learned about from a distance. They were part of my life. On Thanksgiving Day in 2004, I lost my father to a fatal overdose from prescribed fentanyl. That loss changed me forever. Grief like that does not stay in one moment. It follows you. It changes holidays, family, safety, and the way you move through the world.

Generational curses are hard to break and I also went through my own chaotic addiction before finding recovery. So when I say this crisis is personal, I mean that in every possible way. I have lived through the chaos of it. I have lived through the grief of losing someone I loved. And I have lived through the fight to survive it myself.

That is why I am asking this Court to reject Purdue Pharma's plea agreement.

What Purdue did was not abstract corporate misconduct. It was greed with devastating human consequences. They helped create and fuel a crisis that destroyed families, took lives, and hollowed out communities like mine while they profited. In West Virginia, we have paid for that greed with funerals, foster placements, incarceration, poverty, trauma, and generational loss.

West Virginia was not just harmed by this epidemic. We were targeted by it. Families like mine have had to carry the consequences for years, while powerful people and institutions continue to talk about resolution in terms of money, process, and procedure.

It is not justice.

Money is not accountability. Bankruptcy is not accountability. Administrative closure is not accountability. My father's life cannot be reduced to a claim, a formula, or a negotiated outcome. My family's suffering cannot be buried in process. My recovery does not erase what was done.

For years, ordinary people struggling with addiction have been punished, prosecuted, incarcerated, and shamed. Families have had to carry impossible grief with very little support and even less dignity. Meanwhile, Purdue gets negotiation. Purdue gets procedure. Purdue gets to treat catastrophic harm as something that can be managed instead of fully answered for.

If this plea is accepted, it sends the message that there is one system for ordinary people and another for corporations powerful enough to buy time, hide behind bankruptcy, and call it accountability. It tells families like mine that our losses matter less than convenience. It tells the public that mass suffering can be processed instead of truly confronted.

I am asking this Court not to let that happen.

Please reject this plea agreement. Please refuse to reduce this level of devastation to an administrative outcome. Please hear the victims, the families, and the people who have had to live with the consequences of Purdue's actions long after the profits were made.

My father deserved better. West Virginia deserved better. All of us, WE THE PEOPLE, deserve better.

Respectfully,

JoAnna Vance

Charleston, WV

**101**

Judge Madeline Cox Arleo
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

U.S. Department of Justice
Criminal Division, Fraud Section
10th & Constitution Avenue, NW
Bond Building, 4th Floor
Washington, DC 20530

Via email to: victimassistance.fraud@usdoj.gov

To the Honorable Madeline Cox Arleo and the United States Attorney's Office:

My name is Emily Walden, I am a mother from Kentucky that lost my dear son in 2012 due to the crimes committed by Purdue Pharma and their Executives.

I am asking that you PLEASE PLEASE REJECT Purdue Pharma's plea and pursue a more appropriate judgement.

In 2013 I joined a very large group of parents who had lost their children. We spent our own money, many with modest incomes traveling to Washington DC meeting with representatives every year for over a decade, praying, hoping for change.  The pharmaceutical industry had more money, more influence which caused feelings of defeat and leading to the only hope would be a court room and a Judge to see the truth not being influenced with money.

I listened to 95% of the Bankruptcy hearings and they continued to make "donations" to political figures, they continued to get bonuses, raises and in the end those impacted the most will never even get funeral costs covered.  We had hoped for fairness and the Judge presiding over the case went to work for the law firm that represented Purdue.

In another case I wrote a letter to a Judge and the attorney "representing the victims" (the same firm that "represented victims" in the Purdue case) actually called me yelling at me because I thought the settlement was bad for victims.

The victims have had ZERO representation to date.

I suspect that Purdue's attorneys will argue that with the bankruptcy case the company no longer exists, and they even had to sell their international company, which was using the same lies and tactics while the US Bankruptcy was in process.

We don't care if the Bankruptcy falls apart due to criminal penalties!

I have spoken with thousands of parents over the years and honestly we don't want their blood money.  We want to ensure these criminal acts will never occur again!  We want accountability, we want to know that future companies will not get away with knowingly killing people and walk away with minimal penalty compared to their profit driven acts.  We have paid the ultimate price for their actions, we had to bury our children!  I wake up every day missing my son, wishing he was here, praying my grandchildren will never be impacted by companies that are allowed to get away with murder.  Please do the right thing, please make this case a deterrent for all future companies who do not care about human life.  My son loved his country, he was in the National Guard, willing to do anything to support his country.  The failures of this country killed him, every opioid company has walked away from the criminal acts that Purdue Pharma paved the way to profit. Please your honor set precedence with this case.

Thank you for your consideration


Emily Walden

# 102

*UNITED STATES v.* <u>Purdue Pharma L.P.</u>

COURT DOCKET NUMBER: <u>2:20-cr-01028-MCA</u>

VICTIM NAME: <u>Rosemary Helen Ziziros Walker</u>

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☒ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☒ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

**UNITED STATES v.** _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

**VICTIM NAME:** - Rosemary Helen ziziros walker

### VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

I WAS DROPPED IN A MALFUNCTIONING ELEVATOR ON MY WAY TO WORK IN 1997. I WAS TOLD BY MY DOCTOR PURDUE PHARMA OXYCONTIN WAS SAFER FOR LONG TERM CHRONIC PAIN THAN OTHER PAIN MEDS THAT WAS A LIE TO BOTH THE GOVERNMENT & ME & NOW I HAVE A DISEASE.

Have you and/or members of your family received counseling as a result of this crime?

☐ Yes  ☒ No   WITH WHAT MONEY OR MEDICARE

If yes, please explain: THAT IS TAXATION WITH NO REPRESENTATION I DON'T EVEN HAVE A PCP. YET 7.4 B USO WILL GO TO NOT MY COUNSELLING OR CARE BUT 'GENERAL' NOT PURDUE BRAND ABATEMENT WHICH IS NOT FAIR AT ALL.

I was dropped in a malfunctioning elevator in 1997 & lied to by my government & doctors Purdue pharma brand OxyContin was safer than other opioids for long term chronic pain

UNITED STATES v. _Purdue Pharma L.P._

COURT DOCKET NUMBER: _2:20-cr-01028-MCA_

VICTIM NAME: _ROSEMARY HELEN ZIZIROS WALKER_

**VICTIM IMPACT STATEMENT**

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☐ No    N/A

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☐ Yes  ☐ No    NOT ALL 'PATIENTS VICTIMS

If yes, please explain:    BECAME ADDICTS OR CRIMINALS

THIS IS VICTIM BLAMING CONTINUED.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes  ☐ No    OR DID DISEASE

If yes, please explain:    THE COURTS TELL ME I NOW

HAVE.

I WAS HUMILIATED & DRUG TESTED BY MEDICARE WHEN I HAVE NEVER BEEN CONVICTED OF DRUG CRIMES EVER.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: ROSEMARY HELEN ZIZIROS WALKER

### VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☒ Yes ☐ No AS ARE THE COURTS. RIGHT NOW AMERICANS ARE BEING HARMED BY PURDUE PHARMA

If yes, please explain: * OVERDOSING ON PURDUE BRANDS DRUGS SO THOSE AMERICANS HAVE NO AMENDMENT 1 TO PETITION FOR DAMAGES WHEN PURDUE BECOMES KNDA?

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes ☐ No dont Know

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger ☒ Anxiety ☒ Fear ☐ Grief ☐ Guilt ☒ Chronic Fatigue

☒ Sleep Loss ☐ Addiction ☐ Appetite Change ☐ Sickness

☒ Trouble Concentrating ☒ Financial Stress ☒ Depression

Please describe any other reactions to the crime committed. ** THE SUPREME COURT HARRINGTON STATES THE SACKLERS DID ' MILKING PROGRAM' THE SACKLERS MUST BE SENTENCED FOR THIS CRIME.

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: ROSEMARY HELEN ZIZIROS WALKER

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes  ☐ No.

If yes, please explain: THE NEW COMPANY WILL SELL MANUFACTURE DISTRIBUTE THE SAME DRUGS : ANTI DRUG THAT IS ANTI TRUST. SHOULD NOT BECOME A PUBLIC BENEFIT THERE IS NOT $ 7.4B USD ? TO COVER FUTURE DAMAGES : WHO WILL PAY?

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

YES ONLY VICTIMS OF PURDUE PHARMA BRAND OPIODS SHOULD BE ELIGLE AS WE MUST PROVE NOT 'OPIOID' BUT PURDUE BRAND OPIOID USE. THAT IS NOT FAIR. ABATEMENT CASH SHOULD ONLY BE USED FOR PURDUE BRAND OPIOID ABATEMENT

UNITED STATES v. _Purdue Pharma L.P._

COURT DOCKET NUMBER: _2:20-cr-01028-MCA_

VICTIM NAME: ROSEMARY HAZEN 2121 ROS WALKER

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

I SIGNED LEGAL DOCUMENTS ON PURDUE BRAND ADDICTING DRUGS.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

YES MARION COUNTY OREGON 23CV 33935

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

TOO HIGH TO CALCULATE.