**103**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Dawn Sheehan

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

*UNITED STATES v.* _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA _____

VICTIM NAME: Dawn Sheehan
_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Purdue Pharma did not just sell pills. They sold addiction, devastation, and death—and my family paid the price.
Because these opioids were pushed into doctors' offices and prescribed as if they were safe, both my son and my brother were given medications that became the beginning of the end for them. What started as prescribed pain treatment turned into addiction. That addiction stole their lives.
I buried my brother.
Then I buried my son.
There are no words strong enough for the agony of placing two people you love into the ground because a corporation chose profit over human life.
My son should be here.
My brother should be here.
Instead, I live every day with the unbearable reality that they are gone—not because of some unavoidable tragedy, but because Purdue Pharma knowingly fueled an epidemic that destroyed families like mine.
They did not just take two lives.
They shattered an entire family.
There is an emptiness at every holiday table.
There is pain in every birthday that passes.
There is grief in every milestone they should have lived to see.
I carry the trauma of watching the people I loved become consumed by addiction—watching them fight a battle they never knowingly signed up for. I carry the horror of knowing the medications they trusted were the very thing that led them to their deaths.
No settlement, no apology, no amount of money will ever give me back my son.
Nothing will ever give me back my brother.
My family has been forced to live a life sentence of grief because Purdue Pharma made a decision that their profits mattered more than our loved ones.
To the world, this may be part of the opioid epidemic.
To me, it is my son's empty chair.
My brother's missing voice.
My family's permanent heartbreak.
Purdue Pharma helped create the addiction that killed the people I loved most.
And I will carry that pain for the rest of my life.

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes  ☐ No

If yes, please explain:

"

Yes. I have received counseling as a result of this crime and have been in counseling since 2017 following my brother's death. The trauma and grief caused by losing my brother—and later my son—to opioid addiction and overdose have had a profound impact on my emotional and mental health. The devastation of these losses has required ongoing counseling to help

*UNITED STATES v.* <u>Purdue Pharma L.P.</u>

**COURT DOCKET NUMBER:** <u>2:20-cr-01028-MCA</u>

VICTIM NAME: <u>Dawn Sheehan</u>

### VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

■ Yes ☐ No

If yes, please explain:

Both my brother and my son were prescribed opioids legally.

Do you believe the defendant began or contributed to you and/or your family member's addiction?

■ Yes ☐ No

If yes, please explain:

Purdue Pharma contributed to the deaths of my brother and my son. By aggressively marketing opioid medications while downplaying their addictive nature, Purdue Pharma helped create the pathway that led both of them into addiction. They trusted medications that were presented as safe and medically appropriate, never knowing those prescriptions would

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

■ Yes ☐ No

If yes, please explain:

I believe the companys deceptive marketing and misrepresentation of the risks of opioid medications directly contributed to the prescribing and widespread distribution of the drugs that led to my sons and brothers addictions and ultimately their deaths. By promoting these medications as safe and minimizing their addictive potential, Purdue Pharma influenced the medical communitys prescribing practices and helped place dangerous opioids into the hands of countless patients, including my loved ones. So while they may not have physically handed my son and brother the pills, their actions were a substantial contributing factor in the chain of

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Dawn Sheehan

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☒ Yes  ☐ No

If yes, please explain:

Purdue should have not pushed opioids without warning that they were highly addictive.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes  ☒ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger  ☒ Anxiety  ☒ Fear  ☒ Grief  ☒ Guilt  ☒ Chronic Fatigue

☒ Sleep Loss  ☐ Addiction  ☒ Appetite Change  ☒ Sickness

☒ Trouble Concentrating  ☒ Financial Stress  ☒ Depression

Please describe any other reactions to the crime committed.

I went into a deep depressive and was put on antidepression medication after the death of my brother and have had to take them ever since. There was my life before the loss of my brother and son and a completely different life after. I will never be the same, nor will my family.

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Dawn Sheehan

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☐ Yes   ☒ No,

If yes, please explain:

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

*UNITED STATES v.* <u>Purdue Pharma L.P.</u>

**COURT DOCKET NUMBER:**<u>2:20-cr-01028-MCA</u>

VICTIM NAME: <u>Dawn Sheehan</u>

**VICTIM IMPACT STATEMENT**

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

As a result of this crime, I have incurred substantial additional expenses, including:

* **Counseling Costs:** I have paid in excess of **$2,000.00** in counseling co-pays related to the grief, trauma, and emotional distress caused by the deaths of my son and brother.
* **Lost Income/Wages:** Due to severe grief, depression, and the emotional impact of these losses, I have missed multiple months of work. My estimated lost wages total approximately **$8,000.00**.

These expenses were directly caused by the emotional, psychological, and financial impact of losing my loved ones as a result of the opioid epidemic fueled by the defendant's conduct.

**104**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Edward Perkovic

**Please select one of the following as it relates to your statement that follows:**

[ ] I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

[✔] I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

[✔] Yes

[ ] No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

*UNITED STATES v.* _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA _____

VICTIM NAME: Edward Perkovic _____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

My son died of fentynal poisoning on 8/28/21. I died on that day also. It has destroyed my family and left my grandson without a father. I believe that his death just took my mother's will to live away. There is only me, my sister, my brother in law and my grandson. Eddie was my only son, my only child and my mother's only grandchild. It's been almost 5 years and I'm still destroyed. I have two therapists that I speak with every week. I have no will to live, I just want to be with my son. I go through life in a severe depression. I feel like someone just reached into my chest and ripped out my heart. I cry every day, I have PTSD and I'm still in disbelief that this has happened. No one, no one should ever find their child on the kitchen floor. I live with the pain and the blame because I fell asleep that morning. I just want to be with him. I'm so bombarded by thoughts of that morning and I can still remember his last words to me. Again, no one should ever have to think of those last words. My son was only 35 years old. This Sunday, April 19 is his 40th birthday. I pray that one day I can be free of this crushing pain and join my baby, my son, my only child. These people pushing this poison know exactly what they are selling and it doesn't phase them, they only care about the money. I hope that the person who sold this to my son spends eternity in the hottest fire in hell for all eternity.

Have you and/or members of your family received counseling as a result of this crime?

☑ Yes  ☐ No

If yes, please explain:

I speak to a behavioral health nurse every two weeks and I speak with a therapist every week. I have just started EMDR which is sometimes so hard I panic. I'm continuing with it because even though I know it won't take away my pain. I'm only hoping that at some point it makes it even an iota more bearable.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Edward Perkovic

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes   ☑ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☑ Yes   ☐ No

If yes, please explain:

He was given opioids when he got his wisdom teeth out and it just progressed from there

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☑ Yes   ☐ No

If yes, please explain:

Again, he was given opioids from extraction of wisdom teeth and it just progressed from that.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Edward Perkovic

### VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☑ Yes  ☐ No

If yes, please explain:

Opioids should not just be given to anyone who just had minor surgery done.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes  ☑ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☑ Anger  ☑ Anxiety  ☐ Fear  ☑ Grief  ☑ Guilt  ☑ Chronic Fatigue

☑ Sleep Loss  ☐ Addiction  ☐ Appetite Change  ☑ Sickness

☑ Trouble Concentrating  ☐ Financial Stress  ☑ Depression

Please describe any other reactions to the crime committed.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Edward Perkovic

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

■ Yes   ☐ No,

If yes, please explain:

Giving opioids to young people is 50-50, will it lead to addiction or will it not.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

It was a 13 year nightmare. It led to arrests, and involuntary stays at a psychiatric hospital.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Money doesn't take it away but restitition is saying my son's life was not worthless. That wasn't just a nothing.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Edward Perkovic

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

I can't even think again he had a miscarriage that was lent out and wrecked by whoever it was lent to. I don't know vehicles but my parents bought him a car for his birthday and the next day it was lent out and also wrecked.

**105**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Brianna Jaynes

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➤ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

*UNITED STATES v.* _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: Brianna Jaynes
_____

### VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

I am 30. I have been in recovery for 10 years from opioid addiction.. I lost my younger sister to opioid use, along with many others in my life. When I was young a lot of the adults in our lives we're consistently taking opioids and have little to know idea of what they were getting into or what the risks were. There were so many opioids available that when my sister and I became teenagers they were easily accessible. A lot of people believed they were not addictive. With little knowledge about the crisis itself, we believe these were just pills that helped take away pain. Both of us had had surgeries and were prescribed opioids. We watched the adults around our friends become shells of humans that they once were. Eventually a lot of those adults and ourselves turn to heroin in an attempt to regulate the price and the navigation of opioid use when doctors began trying to regulate the accessibility. Many people I knew were in constant pain and could not afford to keep up after their doctors cut them off with no warning. My sister consistently made numerous attempts to get multiple medications after her opioid addiction. Even while in recovery they would often cycle her on and off things like Suboxone, methadone, Gabapentin and opiates for pain. At the age of 20 years old she had not received the help she truly needed from anyone and passed away during a relapse where she had gotten plenty of opioid pills before going to heroin. Eventually she did end up using heroin and passed away. I have lost nearly everyone in my life to opiate use, the ones I have left we're either never addicted to opiates, or were stable on a medication with years of recovery under their belt. Even people who had no history of addiction and found themselves saying they were an addict because they had gone through dependency on opioids. I myself was never dependent on anything until I found myself taking opioids. I would go out, be a normal teenager and the moment I found opiates I became addicted independent. Just started at the age of 17. I feel like they were far too accessible, and no one had the right education to understand what they were getting into until it was too late. This crisis does not just affect the ones who are prescribed, it affects all the people closest to them. Even the man down the road with an oxycontin prescription altered the lives of his children, his children's friends and people he had never met by one of his kids getting into his medicine cabinet. Anything that causes that large of an impact should have been studied and recommended very sparingly. I believe if the opioid epidemic caused by Purdue Pharma had not been started into such a wildfire a lot of people would be here today in my life. I believe almost every single person in some way is a victim of Purdue pharma. For those that are not, they are very blessed and I hope they never have to face the reality of the world we live in now.

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes ☐ No

If yes, please explain:

Both my sister and I were in years of therapy for opioid use. We both had taken Oxycontin as well.

*UNITED STATES v.* <u>Purdue Pharma L.P.</u>

**COURT DOCKET NUMBER:** <u>2:20-cr-01028-MCA</u>

VICTIM NAME: <u>Brianna Jaynes</u>

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:

My sister was prescribed opiates multiple times and those around her were prescribed medications such as Oxycontin with little to no education.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes  ☐ No

If yes, please explain:

My sister's death was a connected result of the opiate epidemic.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Brianna Jaynes

### VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☒ Yes ☐ No

If yes, please explain:

There was never enough studies, safety protocols, moral or ethical care implemented in order to stop this from happening. This was a direct result of somebody's wish to make money.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☒ Yes ☐ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger ☒ Anxiety ☒ Fear ☒ Grief ☐ Guilt ☒ Chronic Fatigue

☐ Sleep Loss ☒ Addiction ☒ Appetite Change ☒ Sickness

☒ Trouble Concentrating ☒ Financial Stress ☒ Depression

Please describe any other reactions to the crime committed.

*UNITED STATES v.* <u>Purdue Pharma L.P.</u>

**COURT DOCKET NUMBER:** <u>2:20-cr-01028-MCA</u>

VICTIM NAME: <u>Brianna Jaynes</u>

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

■ Yes    ☐ No,

If yes, please explain:

If Purdue Pharma continues to have accessibility to the community they will continue exploiting the vulnerable and profiting off their illness. They will then continue to create non-viable solutions that only extend the illness further. We already have proof that they do not care about the welfare of those they serve. It would be an injustice to society to continue letting them operate in any manner.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

I have been a keynote speaker amongst White House individuals, advocacy panels, task force leaders and much more. One thing that really inherently causes me fear is the apprehension to truly address treatment trafficking linked to the opioid epidemic. After 10 years of speaking, protesting companies like Purdue pharma, and sharing my experience I still feel like there is a major blind spot when it comes to our systems ethical duty to protect the public.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Yes, I believe we have lost thousands of dollars due to therapy, insurance, losses relating to The Addictive patterns themselves and much more.

*UNITED STATES v.* Purdue Pharma L.P. _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA _____

VICTIM NAME: Brianna Jaynes _____

**VICTIM IMPACT STATEMENT**

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

I do not require any repayment, but the co-pays, false insurance claims, Rehabilitation treatment Cycles, and years spent in treatment programs should be repaid to those who deserve it. My sister lost her life there is nothing that can be repaid on her behalf as her life

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

I have lost so many things due to opioid addiction, incomes, transportation and far much more. It is affected my life in every aspect at one point in the past.

**106**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Kenneth Grace jr./ Susan jenkins

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

*UNITED STATES v.* Purdue Pharma L.P.
_____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: Kenneth Grace jr./ Susan jenkins
_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Due to being given narcotic pain meds in large quantities on and off for years I ended up severely addicted to them not only mentally but physically I had several hospitalizations due to complications of so called pain management I eventually had no choice but to go to a methadone clinic where I was a patient for approximately 5 years and the affects of the long term use caused more health issues do to my health they didn't recommend coming off of the methadone but I felt it was causing more issues than it was helping so I took myself off of it as slowly as I could at home but ended up with seizures which I still have til this day and refuse to take any narcotic pain meds even when they were needed and recommended due to fear of withdrawals not only that it cost me $70 per week for my meds and not only for the time in the clinic but numerous hospital stays and cost of prescriptions and other health issues including tooth decay and loss from side affects of the meds . Now not only did it negatively affect my life but my children's seeing their mother sick constantly from withdrawals or sleeping a lot to mental health issues due to use of pain meds but also it caused exposure to my nephew who unfortunately became addicted and to the point narcotic pain meds including morphine and Dilaudid did not seem to phase him even when he started to inject them he became addicted at a young age around 20 years old and by the time he was in his mid 20s he needed something more to keep the withdrawal symptoms at bay which he ended up being introduced to fentanyl which ultimately caused his death in 2022 which has caused unbearable pain to our family and especially to his beloved only child his daughter who lost her best friend at the age of 6 she has ended up adopted and we haven't been able to see her since his death which has broken our hearts to and to make the whole situation more devastating to the family is we were never allowed to see his body or give our final goodbyes due to the condition his body was found in we were hit financially with having to pay for his cremation which is nothing compared to the stigma and significant loss of his life to our family he was a kind and loving person who would help anyone he could always had a huge smile on his face even though he was so addicted to fentanyl and other substances he was extremely smart and could fix any small engine brought to him but unfortunately due to his addiction he never got the chance to raise his daughter or own a business which he was trying so hard to achieve he wanted to build racing engines beside his father unfortunately it will never happen

Have you and/or members of your family received counseling as a result of this crime?

■ Yes   ☐ No

If yes, please explain:

I have gone thru outpatient addiction services, counseling,and mental health services due to my addiction and due to the loss of my nephew due to his addiction

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Kenneth Grace jr./ Susan jenkins

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:

We both began being addicted to narcotic pain medicine due to being given prescriptions that this business supplied and it cost us money, time,and ultimately a life

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes  ☐ No

If yes, please explain:

Their drugs caused addiction, dental issues,and seizures for myself and addiction and loss of life to my nephew

*UNITED STATES v.* <ins>Purdue Pharma L.P.</ins>

**COURT DOCKET NUMBER:** <ins>2:20-cr-01028-MCA</ins>

VICTIM NAME: <ins>Kenneth Grace jr./ Susan jenkins</ins>

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☒ Yes  ☐ No

If yes, please explain:

They failed to explain the severity of what taking the prescriptions could cause not only the mental health issues ,but the physical addiction and side affects to your physical health

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes  ☒ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger  ☒ Anxiety  ☒ Fear  ☒ Grief  ☐ Guilt  ☐ Chronic Fatigue

☐ Sleep Loss  ☒ Addiction  ☐ Appetite Change  ☒ Sickness

☐ Trouble Concentrating  ☒ Financial Stress  ☒ Depression

Please describe any other reactions to the crime committed.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Kenneth Grace jr./ Susan jenkins

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☐ Yes  ☒ No,

If yes, please explain:

What else would you like the Court to know about the defendant or your situation as a result of the crime?

It has been one of the most devastating thing in my life and of our families life it has affected negatively not only myself as the addict but also my childrens lives by watching their mother go thru the struggles of addiction  and now the lose of a family member and the emotional effects of the stigma surrounding addiction and by dying from a overdose it has affected not only our generation but the upcoming generations of our family in such a negative and cruel way

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Yes I feel that they should have to reimburse me for 5 years worth of $70 per week I had to pay out of pocket to get treatment for meds they supplied without giving the full disclosure of the long term affects of them including addiction and to put money in a trust fund for my nephews daughter to help her with any counseling and financial matters she may need to better her chances at a addiction free and healthy productive life

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Kenneth Grace jr./ Susan jenkins

**VICTIM IMPACT STATEMENT**

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

5 years of $70 a week which was paid to a clinic in Clyde NC it has had its name changed but they should still have my records there that will show I paid cash weekly and at least pay for my nephews cremation which was $995 that we PD cash for

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

**107**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Troy Camiolo

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

> ➤ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

UNITED STATES v. <u>Purdue Pharma L.P.</u>

COURT DOCKET NUMBER: <u>2:20-cr-01028-MCA</u>

VICTIM NAME: <u>Troy Camiolo</u>

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Yes my sons were given pain pills Percocet's for tooth pain, and broken bones, they both got addicted to opiates.  My son Troy, could never break free from opiates no matter how matter rehabs he went to.  He received drugs from a dealer that had fentanyl in it and he didn't know I found him right after he used drugs. CPR and narcan did not bring him back from fentanyl poisoning. I went through sixteen years of worry and endless nights when my sons were looking for opiates and over.

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes ☐ No

If yes, please explain:

I have been in counseling since finding my son on 04/27/2018 and he was pronounced dead that morning.

UNITED STATES *v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Troy Camiolo

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes    ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes    ☐ No

If yes, please explain:
OxyContin started my son's drug use!

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes    ☐ No

If yes, please explain:
Both of my sons were taking OxyContin and Percocets.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Troy Camiolo**

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☒ Yes  ☐ No

If yes, please explain:
The defendant believed the drug was harmless.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes  ☒ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger  ☒ Anxiety  ☒ Fear  ☒ Grief  ☐ Guilt  ☒ Chronic Fatigue

☒ Sleep Loss  ☐ Addiction  ☒ Appetite Change  ☒ Sickness

☒ Trouble Concentrating  ☒ Financial Stress  ☒ Depression

Please describe any other reactions to the crime committed.

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Troy Camiolo

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

■ Yes ☐ No,

If yes, please explain:
Don't give kids opiates when there young for a tooth ache broken bones!

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

There won't be restitution because our government doesn't see giving my son's drugs when they were young as a crime!

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Troy Camiolo

### VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

According to the Court the defendant is innocent!  It's ok to give drugs to teenagers!

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

My whole life has suffered due to these drugs!

**108**

**Victim Impact Statement**

**Purdue failure to warn about OxyContin interactions with antidepressants in 2010 but changed label in 2016 wrongful death of my father**

My name is Amanda Morales and I'm a claimant in the Purdue pharma case. My father died in 2010 from taking OxyContin and antidepressants amitriptyline and citalopram. Purdue failed to warn that these specific medications interact with OxyContin and **cause serotonin syndrome** which was fatal for my father. In 2016 the black box warning label was changed and the FDA issued a safety announcement with a list of medications that interact with OxyContin and amitriptyline and citalopram are on that list. Purdue failed to warn and knew or should have known about this danger, my father's death could have been avoided. My father was 37 when he died and I was only 16 years old at the time of his death.

My mom and dad were young when they had me and I grew up poor but my parents worked hard and sacrificed a lot to send me to private school from kindergarten until high school. Giving me a good education was so important to them and the plan was for me to be the first in my family to get a college degree. I was on a bright path and was very focused and ambitious. I graduated high school a year early in May 2010 and my father died in January 2010. He was so proud of me and I was looking forward to going to college. His death changed the direction of the path I was on and I struggled so much financially and emotionally. I didn't have any academic achievements after he died, I was overwhelmed and unfortunately I didn't have the college experience I was planning on having. My dad was supposed to buy me a car and help with college expenses and without him I was struggling to survive financially and emotionally. I am an only child and only have my parents in my immediate family so I felt so alone without my dad to be my support system. I needed my dad for a lot of things and wasn't an independent adult when he died so I had a lot of anxiety and depression going into adulthood.

My mom went into labor with me on my dad's 21 birthday and the next day I was born. We shared a bond and birthdays were always special for us. Birthdays are difficult for me and celebrating isn't the same without my dad, it was something we shared.

I am my father's twin, I look so much like him so looking in the mirror was difficult for years after his death, the immense sadness overwhelmed me when looking in a mirror. I am an introvert and my dad would always encourage me when I would have bad days or bad experiences in group settings. My self esteem suffered without his guidance and love.

I clean houses for a living and my husband and I own our own cleaning business. It's hard work but I am content with what I do but I also know I could have had a much different life had my father not died. I would have graduated college.

I found out about Purdue Pharma changing the warning label about the danger of antidepressants interactions with OxyContin in 2021 and this was made me angry. It had

1

been 11 years at this point since he died and it made me very upset that I hadn't known the truth and it caused me to grieve in ways that broke me. Without the truth people can't have closure and Purdue has prolonged that process for me. I was 16 when he died and the assumption was that opioid deaths were overdoes so I had no reason to ask for an autopsy report but I was a minor anyways. In 2021 prior to voting on the plan I wanted to look into as much information as possible when deciding to vote on the confirmation plan. This was when I discovered the FDA safety announcement and learned about Purdue Pharma failure to warn once I saw the list of medications that interact with OxyContin and cause serotonin syndrome. I requested my father's autopsy report and it says the cause of death was "combined action" of the medications he was taking. It describes observed symptoms of serotonin syndrome before he died but our family didn't know it was as serious as it was and his sudden death shook me to my core. Sertonin syndrome effects the brain and mental health. My dad had GI issues so the stomach problems he had that morning wasn't a concern. My father was paranoid, anxious, confused, he appeared intoxicated and he seemed nervous and scared which was concerning. It was assumed he didn't get enough sleep and it was suggested he get more rest and was put back in bed and later found unresponsive. My father had only been taking OxyContin for about a week and a half, two weeks at most. My father's death was unexpected and he suffered when he died. Serotonin syndrome effects the brain and causes people to hallucinate, anxiety restlessness, or agitation and messes with their mental state. This isn't a fast death and my dad struggled mentally when he died and this lasted hours before it killed him. He was paranoid, anxious, restless, confused, nervous and scared. This was concerning but we didn't know it was as dangerous of a situation as it was and if Purdue would have warned about this danger at the time of his death then his death could have been prevented. This is an awful way to die that lasted hours and who knows the kinds of things that were making him feel visibly uncomfortable that he was experiencing. It wasn't a sudden painless death, it was torture and he didn't die peacefully, he was scared and confused. He was visibly uncomfortable and felt mental and physical pain when he died.

After my father died my mom put me in therapy and for about 2 years. Purdue's actions have been egregious  and I am worried about what they will do in the private suit that will be filed against Richard Sackler. They have done so much to prevent me from justice I don't know what to expect next. They put too much effort in trying to silence me than trying to reach a peaceful agreement with me. It's been a long journey and it's still not over and I can't wait until it's over so I can have closure and move on with my life. I really have a hard time with all the court proceedings I never know if my motions will be altered, if I'll get a hearing, or if the courts will wait almost a year to rule on the things I file. Most of the time they prevent me one way or another and that's why they won't admit or deny the claims and they don't have to, they make sure to keep it that way.

**PURDUE PHARMA KNEW OR SHOULD HAVE KNOW ABOUT OXYCONTIN INTERACTING**

2

**WITH ANTIDEPRESSNTS CAUSING <u>SEROTONIN SYNDROME</u> AND FAILED TO WARN ABOUT THIS DANGER IN 2010 BUT CHANGED WARNING LABEL IN 2016**

**ADDITIONAL PAIN AND SUFFERING CAUSED MY PURDUE PHARMA THAT HAS BEEN ONGOING THROUGHOUT THIS CASE**

I found out about the warning label change in 2021 prior to voting on the confirmation plan. I filed a motion for summary judgement and it was denied for being "premature on the merits"

**ACTING IN BAD FAITH PRETENDING TO WANT TO SETTLE TO PREVENT ME FROM FILING AN APPEAL**

After I filed my motion for summary judgment the hearing was scheduled for 8/16/2021. Purdue's lawyers emailed me on 8/31/2021 claiming they wanted to settle and wanted to discuss my settlement proposal so a meeting was scheduled for 9/02/2021. This was in bad faith to prevent me from filing an appeal. At the meeting they asked if I filed an appeal and I said no and they said "good you only had until tomorrow to have filed it anyway" and said they had no intention of wanting to settle with me. **Email proof attached acting in bad faith**

**MOTION TO TAKE JUDICAL NOTICE FILED IN APRIL 2024 AND THE COURT FAILED TO RULE ON IT AND DEFENANTS DIDN'T RESPOND UNTIL FEB 2025 ALMOST A YEAR LATER. DELAYED JUSTICE IS JUSTICE DENIED PURDUE INFLUENCE**

No response by defendants, no ruling from the court I had to bug them about it and it was only when I told the court I was going to inform the Supreme Court of what was going on then a hearing was scheduled in Feb 2025. Almost a year for a response, hearing and ruling which denied my motion to take judicial notice of the FDA safety announcement and OxyContin's warning label in 2010 and in 2016. I also requested a study from the university of South Carolina with new findings from new research they did about the danger of oxycodone and antidepressants it was new public information. Also I requested the plea agreement from the lawsuit in 2007 where Purdue agreed to a corporate integrity agreement that lasted 5 years from 2007-2012 promising they wouldn't false advertise, were required struck FDA regulations which they failed to uphold. The corporate integrity agreement was very detailed in the plea agreement and Purdue Pharma didn't follow any of what was in that agreement. My father died in 2010 when this agreement was in effect and was proof that they were liable and were committing additional fraud to enrich themselves. Judge Sean Lane denied my motion to take judicial notice and said the merits of my case would never be decided. My non-core claim was prevented from being transferred to district court.

3

COURT CLERK OMITTED POST MARK DATE ON APPEAL TO MAKE IT SEEM UNTIMELY WHEN IT WAS TIMELY

It was mailed overnight shipping and the clerk said he didn't know when or how it was filed. Overnight shipping envelopes are very distinct. I had to send the court the original receipt as proof. I no longer have original receipt, I only have the tracking info as proof it was sent on April 10, 2024 and was supposed to be delivered on April 11, 2024. This cost was $30 Then another time I filed online and screen recorded myself a filing a notice of appeal and it's a good thing I did that because the clerk altered the document and only filed 6 out of 72 pages. 2 minute video on YouTube

 https://youtu.be/rc0fRlK_ZGU?si=Owj-pYAJKvneIJ_H

Then the court clerk from Manhattan called me pretending to be the clerk from White Plains, NY

**LETTER TO COURT ABOUT CALL FROM MANHATTAN CLERK WAS EMAILED BACK TO ME REFUSAL TO FILE IT ON DOCKET PROOF ATTACHED**

There were too many "errors" to simply be mistakes and the amount of problems and corruption was not an accident. Purdue influenced and instructed the amount of calculated "court errors" to avoid accountability and no other claimant had the problems I had. This was done because Purdue couldn't deny my claims against them and instead refused to admit or deny the claims against them but used the many court "errors" as excuses to ignore and avoid me as much as possible. They know my claims aren't about addiction and can't shift blame so that's why so much time, money and energy has gone into undermining the law and having to face any consequences. They don't want to peacefully settle with me and don't regret their actions. I have been silenced and these "errors" were no mistake they were intentionally done to silence and avoid accountability. The actions against me throughout this case have been overwhelming to say the least, the unfairness and denial of due process have added insult to injury and caused me more pain and suffering. I never know what to expect they will have planned next against me so it's been very stressful to know they won't stop because they truly think they shouldn't be accountable. I get discouraged and feel hopeless and I just want the truth to be addressed and acknowledged. I have waited for just 16 years and I'll have waited for justice longer than I had my dad in my life.

I would like restitution for everything Purdue has put me through. My claims aren't related to addiction and have been denied due process throughout this whole case. Purdue has caused me a lot of pain and suffering  with the corruption and the influence is this case to alter things in their favor.

I want this private due to private information but I would like to speak at the hearing.

4



**Father: Ezzard Morales**

**Age at death 37**

**Years until retirement 28**

**Annual income $30,000**

**Funeral expenses $10,000**

**Dependents 1 I was 16 when he died and I am an only child**

## Comprehensive Damage Analysis

**Economic Damages**

## $900,680

Quantifiable financial losses

**Non-Economic Damages**

## $553,311

Pain, suffering, loss of companionship

**Lost Income**

$685,138

**Lost Benefits**

$205,542

**Medical Expenses**

$0

**Funeral Costs**

$10,000

**Funeral expenses**

My dad was cremated and I have his ashes. I couldn't afford to bury him and wanted to keep him with me. My dad deserves a proper burial after all this time.



April 12, 2024, 6:23 am

**Arrived at Post Office**
WHITE PLAINS, NY 10606
April 12, 2024, 6:12 am

**Scheduled Delivery by**

**THURSDAY**

**11** April 2024 ⓘ  by **6:00pm** ⓘ

Your item was delivered in or at the mailbox am on April 12, 2024 in WHITE PLAINS, N Waiver of signature was exercised at time

**Arrived at USPS Regional Destination Facility**
WHITE PLAINS NY DISTRIBUTION CENTER
April 11, 2024, 5:58 pm

**Departed USPS Facility**
ALBUQUERQUE, NM 87101
April 10, 2024, 7:28 pm

**Arrived at USPS Origin Facility**
ALBUQUERQUE, NM 87101
April 10, 2024, 6:07 pm



**Delivered**
Delivered, In/At Mailbox
WHITE PLAINS, NY 10601
April 12, 2024, 11:33 am

**Out for Delivery**
WHITE PLAINS, NY 10601
April 12, 2024, 6:23 am

Hide Tracking History

**Arrived at Post Office**
WHITE PLAINS, NY 10606
April 12, 2024, 6:12 am

**What Do USPS Tracking Statuses Mean?**

**Arrived at USPS Regional Destination |**
WHITE PLAINS NY DISTRIBUTION CENT
April 11, 2024, 5:58 pm

**Text & Email Updates** ⌄

**Departed USPS Facility**

**Proof of Delivery** ⌄

◀     ●

**overnight shipping $30**

7



**Labels (1)**  ‹ ›

| | Transaction Data | Ship Date ⌄ |
|---|---|---|
| 1 ⋮ | <span style="background:black">████████</span> GA-CP Delivered Refunded | $4.65 7/16/2025 |

Results per page  [ 20 ⌄ ]



# OXYCONTIN WARNING LABLE 2010 & CHANGED 2016

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
These highlights do not include all the information needed to use OXYCONTIN® safely and effectively. See full prescribing information for OXYCONTIN.

**2010**

OxyContin® (oxyco... ...ide controlled-release) Tablets  CII
Initial U.S. Approval: 1982

**WARNING: IMPORTANCE OF PROPER PATIENT SELECTION AND POTENTIAL FOR ABUSE**
*See full prescribing information for complete bo... ...arning.*
- OxyContin contains oxycodone which is an opioid agonist and a Schedule II controlled substance with an abuse liability similar to morphine. (9)
- OxyContin is indicated for the management of moderate to severe pain when a continuous, around-the-clock opioid analgesic is needed for an extended period of time. (1)

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
These highlights do not include all the information needed to use OXYCONTIN® safely and effectively.  See full prescribing information for OXYCONTIN.

**2016**

OXYCONTIN® (oxycodone hydrochloride) extended-release tablets, for oral use, CII
Initial U.S. Approval: 1950

**WARNING: ADDICTION, ABUSE AND MISUSE; LIFE-THREATENING RESPIRATORY DEPRESSION; ACCIDENTAL INGESTION; NEONATAL OPIOID WITHDRAWAL SYNDROME; CYTOCHROME P450 3A4 INTERACTION; and RISKS FROM CONCOMITANT USE WITH BENZODIAZEPINES AND OTHER CNS DEPRESSANTS**
*See full prescribing information for complete boxed warning.*
- OXYCONTIN exposes users to risks of addiction, abuse and misuse, which can lead to overdose and death. Assess patient's risk before prescribing and monitor regularly for these behaviors and conditions. (5.1)

9



## FDA Drug Safety Communication: FDA warns about several safety issues with opioid pain medicines; requires label changes

**Safety Announcement**

[3-22-2016] The U.S. Food and Drug Administration (FDA) is warning about several safety issues with the entire class of opioid pain medicines. These safety risks are potentially harmful interactions with numerous other medications, problems with the adrenal glands, and decreased sex hormone levels. We are requiring changes to the labels of all opioid drugs to warn about these risks.

More specifically, the labels will warn about the following:

- Opioids can interact with antidepressants and migraine medicines to cause a serious central nervous system reaction called serotonin syndrome, in which high levels of the chemical serotonin build up in the brain and cause toxicity (see List of Serotonergic Medicines).
- Taking opioids may lead to a rare, but serious condition in which the adrenal glands do not produce adequate amounts of the hormone cortisol. Cortisol helps the body respond to stress.
- Long-term use of opioids may be associated with decreased sex hormone levels and symptoms such as reduced interest in sex, impotence, or infertility.

Opioids are a class of powerful narcotic pain medicines that are used to treat moderate to severe pain that may not respond well to other pain medicines (see List of Opioids). They can help manage pain when other treatments and medicines are not able to provide enough pain relief, but they also have serious risks including misuse and abuse, addiction, overdose, and death.

### Recommendations and information for patients and health care professionals

#### Serotonin syndrome

**Patients** taking an opioid along with a serotonergic medicine (see List of Serotonergic Medicines) should seek medical attention immediately if they develop symptoms such as agitation; hallucinations; rapid heart rate; fever; excessive sweating; shivering or shaking; muscle twitching or stiffness; trouble with coordination; and/or nausea, vomiting, or diarrhea. Symptoms generally start within several hours to a few days of taking an opioid with another medicine that increases the effects of serotonin in the brain, but symptoms may occur later, particularly after a dose increase.

11

## List of Serotonergic Medicines

| Generic Name | Found in Brand Name(s) |
|---|---|
| **Selective Serotonin Reuptake Inhibitors (SSRIs)** | |
| paroxetine | Paxil, Paxil CR, Pexeva, Brisdelle |
| fluvoxamine | Luvox, Luvox CR |
| fluoxetine | Prozac, Prozac Weekly, Sarafem, Selfemra, Symbyax |
| sertraline | Zoloft |
| citalopram | Celexa |
| escitalopram | Lexapro |
| **Serotonin-Norepinephrine Reuptake Inhibitors (SNRIs)** | |
| venlafaxine | Effexor XR |
| desvenlafaxine | Pristiq, Khedezla |
| duloxetine | Cymbalta |
| milnacipran | Savella |
| **Tricyclic Antidepressants (TCAs)** | |
| amitriptyline | No brand name currently marketed |
| desipramine | Norpramin |
| clomipramine | Anafranil |
| imipramine | Tofranil, Tofranil PM |
| nortriptyline | Pamelor, Aventyl |
| protriptyline | Vivactil |
| doxepin | Zonalon, Silenor |
| trimipramine | Surmontil |
| **Monoamine Oxidase Inhibitors (MAOIs)** | |
| isocarboxazid | Marplan |
| phenelzine | Nardil |
| selegiline | Emsam, Eldepryl, Zelapar |
| tranylcypromine | Parnate |
| **Other Psychiatric Medicines** | |
| amoxapine | No brand name currently marketed |
| maprotiline | No brand name currently marketed |
| nefazodone | No brand name currently marketed |
| trazodone | Oleptro |
| buspirone | No brand name currently marketed |
| vilazodone | Viibryd |
| mirtazapine | Remeron, Remeron Soltab |
| lithium | Lithobid |
| **Migraine Medicines** | |
| almotriptan | Axert |
| frovatriptan | Frova |
| naratriptan | Amerge |

MORALES, EZZARD

2010-01029

**AUTOPSY REPORT**
THE UNIVERSITY OF NEW MEXICO ◊ HEALTH SCIENCES CENTER
**OFFICE OF THE MEDICAL INVESTIGATOR**
School of Medicine          Albuquerque, New Mexico 87131-5091

4



MORALES, EZZARD

2010-01029

**AUTOPSY REPORT**
THE UNIVERSITY OF NEW MEXICO ◊ HEALTH SCIENCES CENTER
**OFFICE OF THE MEDICAL INVESTIGATOR**
School of Medicine          Albuquerque, New Mexico 87131-5091

5

Chief Medical Investigator

# CORPORATE INTEGRITY AGREEMENT
### BETWEEN THE
### OFFICE OF INSPECTOR GENERAL
### OF THE
### DEPARTMENT OF HEALTH AND HUMAN SERVICES
### AND
### PURDUE PHARMA L.P.

## I.     PREAMBLE

Purdue Pharma L.P. (Purdue) hereby enters into this Corporate Integrity Agreement (CIA) with the Office of Inspector General (OIG) of the United States Department of Health and Human Services (HHS) to promote compliance with the statutes, regulations, and written directives of Medicare, Medicaid, and all other Federal health care programs (as defined in 42 U.S.C. § 1320a-7b(f)) (Federal health care program requirements) and with the statutes, regulations, and written directives of the Food and Drug Administration (FDA requirements). Contemporaneously with this CIA, Purdue is entering into a Settlement Agreement with the United States.

Prior to the Effective Date (as defined below), Purdue established a voluntary compliance program (Corporate Compliance Program), which includes a corporate Compliance Officer and Corporate Compliance Council, a Code of Business Conduct for all employees, written policies and procedures, educational and training initiatives, review and disciplinary procedures, a confidential disclosure program, and internal review procedures designed, as represented by Purdue, to promote compliance with applicable laws and the promotion of high ethical standards.

## II.     TERM AND SCOPE OF THE CIA

A. The period of the compliance obligations assumed by Purdue under this CIA shall be five years from the effective date of this CIA, unless otherwise specified. The effective date shall be the date on which Purdue becomes obligated to make payment to the United States of the Settlement Amount established pursuant to the Settlement Agreement between the United States and Purdue, signed on or about the date of signature of this CIA (Effective Date). Each one-year period, beginning with the one-year period following the Effective Date, shall be referred to as a "Reporting Period."

B. Sections VII, IX, X, and XI shall expire no later than 120 days after OIG's receipt of: (1) Purdue's final Annual Report; or (2) any additional materials submitted by Purdue pursuant to OIG's request, whichever is later.

C. The scope of this CIA shall be governed by the following definitions:

1. "Covered Persons" includes:

a. all owners, officers, directors, and employees of Purdue. Notwithstanding the prior sentence, the term Covered Persons shall not include those owners who: (i) are not involved in the business operations of Purdue Pharma L.P.; and (ii) are owners merely by virtue of their status as beneficiaries of a trust; and

b. all contractors, subcontractors, agents, and other persons who perform sales, marketing, promotional, pricing, government contract, or regulatory functions, or research and development activities (except preclinical researchers, clinical investigators, and clinical research organizations) on behalf of Purdue.

Notwithstanding the above, this term does not include part-time or per diem employees, contractors, subcontractors, agents, and other persons who are not reasonably expected to work more than 160 hours per year, except that any such individuals shall become "Covered Persons" at the point when they work more than 160 hours during the calendar year.

2. "Relevant Covered Persons" includes all Covered Persons whose job responsibilities relate to the dissemination of promotional or medical/scientific information about Purdue's products, the provision of services relating to Purdue's products, the development of Materials (as defined below), sales, marketing, pricing, or promotion of Purdue's products, research and development (except preclinical researchers, clinical investigators, and clinical research organizations), or to any government contract or regulatory functions (hereafter collectively referred to as "Product Services Related Functions.") To the extent not specified above, Relevant Covered Persons also includes those members of the Office of General Counsel who support Relevant Covered Persons and those individuals from Regulatory Affairs, Corporate Compliance,

Corporate Integrity Agreement
Purdue Pharma L.P.

2

15

Medical Services, Medical Research, Human Resources, Sales Operations, and Training Departments who support Relevant Covered Persons.[1]

3.  "Materials" shall mean all branded or non-branded, new or revised, non-individualized communications, whether printed or electronic, that are intended for, or have the potential for, external distribution to or consumption by HCPs or consumers. The term Materials shall also mean all new or revised internal training materials whether printed or electronic, concerning Purdue's products or disease states treated by Purdue's products, intended for Relevant Covered Persons involved in sales and marketing of Purdue's products.

4.  "Health Care Professionals" ("HCPs") shall mean physicians, nurses, pharmacists, dentists, physician assistants, nurse practitioners, physical therapists, managed care organization representatives, social workers, and students in training programs relating to the above-referenced professions.

5.  "Informational Activity" shall mean any program, meeting, or event, including, but not limited to, sponsorship of booths or activities at medical conferences or symposia that involves the promotion of a Purdue product.

6.  A "Non-Promotional Educational Activity" shall mean any accredited or non-accredited educational event for HCPs that is financially supported by Purdue, but otherwise independent from the promotional influence of Purdue, and that is not specific to a branded product, such as continuing medical education (CME), medical education, or disease awareness.

7.  For the first Reporting Period, the term "Covered Product" as used in Section III.J and Section III of Appendix B (relating to Transactions Reviews), shall mean OxyContin. At least 90 days prior to the start of the second Reporting Period and each subsequent Reporting Period, Purdue shall provide the OIG with a list of products that it currently

---

[1] If there are future changes in the organizational structure of Purdue relating to the groups and functions enumerated in the preceding sentence, individuals from other groups or functions who provide support to Relevant Covered Persons shall also be considered Relevant Covered Persons.

Corporate Integrity Agreement
Purdue Pharma L.P.

3

16

9.     Through its marketing and kickbacks, from 2010 through 2018, Purdue knowingly caused the submission of false and fraudulent claims to Federal healthcare programs for its opioid drugs that were: (1) prescribed for uses that were not for a medically accepted indication, were unsafe, ineffective, and medically unnecessary, and that were often diverted for uses that lacked a legitimate medical purpose; or (2) tainted by illegal kickbacks.

## II.     **Prior Resolution**

10.     In 2007, The Purdue Frederick Company, Inc. ("Purdue Frederick"), an affiliate of Purdue, pled guilty to misbranding OxyContin by falsely marketing it as less addictive, less subject to abuse and diversion, and less likely to cause dependence and withdrawal than other pain medications. Purdue and Purdue Frederick also agreed to pay more than $600 million, of which over $100 million was paid to settle civil False Claims Act liability for knowingly causing the submission of false claims to Federal healthcare programs for OxyContin. In conjunction with the resolution, Purdue entered into a five-year Corporate Integrity Agreement with the Department of Health and Human Services, Office of Inspector General (OIG-HHS). OIG-HHS closed the corporate integrity agreement in January 2013.

**Purdue pharma violated corporate integrity agreement 2007-2012 plea agreement failure to warn about interactions with antidepressants causing serotonin syndrome which was fatal for my father in 2010**

**never allowed to schedule hearings for motions I filed**



Good Afternoon Ms. Morales,

Chambers has received all of your filings. You will be notified if a hearing is scheduled regarding your filings. Thanks.

**Thanks,**

**Courtroom Deputy to the Honorable Sean H. Lane**
**United States Bankruptcy Court**

**Southern District of New York**

hearing for summary judgement motion 8/16/2021 deadline to appeal 9/03/2021

# ACTING IN BAD FAITH



# TO PREVENT APPEAL



**Phone call from Manhattan court clerk pretending to be clerk from White Plains NY**



**Notice of appeal filed as "letter for reconsideration" on docket #3994**

19-23649-rdd    Doc 3994    Filed 10/15/21    Entered 10/21/21 12:44:44    Main Document
Pg 2 of 4

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## COVER SHEET FOR DIRECT APPEAL OF A BANKRUPTCY COURT DECISION

| Case Caption [caption as described in Fed. R. Bankr. P. 7010 or 9004(b), as applicable]: | Bankruptcy Court Case No: | Bankruptcy Judge:<br>**Robert D Drain** |
|---|---|---|
| | Bankruptcy Adversary Proceeding No. [if applicable]: | District Judge [if applicable]: |
| Chapter 11 | District Court Civil No. [if applicable]: | |
| PURDUE PHARMA L.P., et al., : Case No. 19-23649 (RDD) | | |
| Debtors. : (Jointly Administered) | Date and Document Number of Notice of Appeal Filed in [  ] Adversary Proceeding or [  ] Bankruptcy Case: | Date and Document Number of Bankruptcy Court Judgment, Order or Decree in [  ] Adversary Proceeding or [  ] Bankruptcy Case: |
| Claimant Amanda Morales | | |

| | | |
|---|---|---|
| Docket # 3558 | **Document Name**<br>Response to defense (Purdue Pharma) objection to Claimant's motion (related document(s)3505) filed by Amanda Morales. with hearing to be held on 8/16/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) | **Date** Filed08/13/2021 |
| | Attachments: Related: 3505email | |
| Docket # 3505 | **Document Name**<br>Objection / Debtors Objection to Amanda Morales Motion for Summary Judgment (related document(s)3191) filed by James I. McClammy on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A - Proposed Order) | **Date** Filed08/09/2021 |
| | Attachments: 1 Related: 3191email | |
| Docket # 3191 | **Document Name** | **Date** Filed07/15/2021 |

21

| | |
|---|---|
| **Docket #** | 3994 |
| **Document Name** | Motion to Approve /Motion for Reconsideration of Judge Drain's Ruling on Ms. Morales' Motion for Summary Judgment (related document(s)3591, 3191) filed by Amanda Morales. (Attachments: # 1 Exhibit History # 2 Exhibit Purdue Pharma Modern Day Slavery)<br><br>Attachments: 1, 2<br>Related: 3591, 3191 |
| **Date Filed** | 10/21/2021 |

22

**Motion to take Judical notice filed April 2024 no response until I told the court I would go to supreme court. No hearing or response until Feb 2025**

Docket # 6309

Document Name

Motion to Allow/ Motion to Take Judicial Notice filed by Amanda Morales.

Date Filed 04/16/2024

Attachments:

Related:

Docket # 7178

Document Name

Letter Re: Copy of brief sent to the supreme court... Filed by Amanda Morales. with hearing to be held on 2/25/2025 at 11:00 AM at Videoconference (ZoomGov) (SHL)

Date Filed 02/10/2025

Attachments:

Related:

Docket # 7239

Document Name

Objection to Motion / Debtors' Omnibus Objection to Ms. Morales's Motions for (I) Judicial Notice; (II) for Stay Pending Appeal; and (III) other Miscellaneous Relief filed by James I. McClammy on behalf of Purdue Pharma L.P.. with hearing to be held on 2/25/2025 at 11:00 AM at Videoconference (ZoomGov) (SHL) Objections due by 2/18/2025, (Attachments: # 1 Appendix A- Chart of Amanda Morales Filings)

Date Filed 02/18/2025

Attachments: 1

Related:

Docket # 7260

Document Name

Notice of Agenda / Amended Agenda for February 25, 2025 Hearing (related document(s)7253) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 2/25/2025 at 11:00 AM at Videoconference (ZoomGov) (SHL)

Date Filed 02/24/2025

Attachments:

Related: 7253



23

**Modified Bench ruling confirmation hearing**

**"Distinctions do not meaningfully alter the priority or legal bases of these claims."**

**Distinctions matter because different types of claims different damages different crimes, different types of liability and fraud.**

19-23649-shl    Doc 8270    Filed 11/20/25    Entered 11/20/25 23:05:59    Main Document
Pg 57 of 64

releases offered in connection with a bankruptcy reorganization plan[.]" *Harrington*, 603 U.S. at 226. Moreover, a decision not to opt into the releases provided to the Sackler Parties is separate and apart—and does not prevent any claimant—from voting in favor of the Plan or receiving a distribution from the Purdue bankruptcy estates.

     D. Objections Related to Classification of Claims

     Other objections relate to classification of claims under the Plan. Certain *pro se* objectors oppose the Plan's classification scheme, arguing that their claims are fundamentally different from others based on the nature of the injury or the damages sought. *See, e.g.,* Morales *Obj.* [ECF. No. 7355 at 8-11]; *Redwood Obj.* [ECF Nos. 7865, 7944, 7945, 7947, 7997, 8078]. But these distinctions do not meaningfully alter the priority or legal bases of these claims. Moreover, any attempt to divide the creditor body in the granular way suggested by objectors would result in an unworkably complex classification scheme. Keith Redwood objects that the claim form

24

**Letter about phone call from Manhattan clerk pretending to be clerk from White plains sent back to me not filed on the docket pdf attached at bottom of email**



## FW: Files submitted online in 19-23649

1 message

**NYSBMID_CaseFiling** <CaseFiling@nysb.uscourts.gov>                                      Thu, Mar 13, 2025 at 1:13 PM
To: ███████████████████████████ >

Good afternoon Ms. Morales,

The court is in receipt of your letter submitted on 3/12/2025 regarding the filing of your Notice of Appeal.

Your Notice of Appeal was filed with the U.S. Bankruptcy Court SDNY on 12/24/2024 and transmitted in its entirety to the U.S. District Court SDNY.

As of today, your Notice of Appeal is still pending in District Court.

Your Notice of Appeal can be viewed in its entirety on the district court's CM/ECF system under case no. 25-cv-484-CS, [Doc. No. 1], using PACER.gov or in person at the Clerk's Office at the U.S. District Court Southern District of New York.

U.S. District Court, SDNY

300 Quarropas Street

White Plains, NY 10601.

███████████

Thank you,

Pro Se Case Filings

US Bankruptcy Court

Southern District of New York

\*\*\*

Receipt #: 1741822358

Name: Amanda Morales



Description: Letter regarding call from court clerk

Submitted: **03/12/2025 19:32:38**

Case number: 19-23649

Files: 1741822358_0.pdf

---

**1741822358_0 .pdf**
215 KB

**109**

*UNITED STATES v.* ___Purdue Pharma L.P.___

**COURT DOCKET NUMBER:**___2:20-cr-01028-MCA___

VICTIM NAME: ___Billy McCall___

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➤ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.
**UNITED STATES v.** _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: Billy McCall
_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

My son has various medical issues including Hep C and endocarditis. The addiction has been hard on the whole family. He suffers with PTSD and I as well. As the mother of a child who struggles with substance use disorder. It has been a long 16 years it began with pills, then heroin and now fentanyl among the other analogues that are out there killing our family and friends.

Have you and/or members of your family received counseling as a result of this crime?

☑ Yes  ☐ No

If yes, please explain:

Billy has been diagnosed with PTSD.

UNITED STATES *v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Billy McCall

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:

My son began by using opioid pills prescribed for tooth ache.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes  ☐ No

If yes, please explain:

His abuse of the opioids ended him on heroin and now fentanyl.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Billy McCall

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes  ☐ No

If yes, please explain:

They did not tell the truth about how addictive they are.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes  ■ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger  ■ Anxiety  ■ Fear  ■ Grief  ■ Guilt  ■ Chronic Fatigue

■ Sleep Loss  ■ Addiction  ☐ Appetite Change  ■ Sickness

■ Trouble Concentrating  ■ Financial Stress  ■ Depression

Please describe any other reactions to the crime committed.

My son went from being a wonderful father and provider to living on the streets at time. He has been hospitalized multiple times due to endocarditis and other medical issues. Due to substance use disorder, my son has been to prison multiple times for various crimes that were committed to feed his habit. Had there not been all of these opioids given out so freely years

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Billy McCall

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☐ Yes   ☒ No,

If yes, please explain:

What else would you like the Court to know about the defendant or your situation as a result of the crime?

They knew that they were pushing addictive pills and did not care. they are the reason so many of my friends' kids are dead.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Yes we would be interested in whatever you have available whether it be ongoing counseling or donated to a non-profit of his choice. Because of his struggle with substance use disorder and my work in trying to navigate the system for him all of these years. I currently operate a non-profit which is Newark homeless Outreach a project of Ohio change addiction now. We strive to educate our community as well as family members who have children who are struggling with substance use disorder and or mental health.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Billy McCall

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

How do you put a monetary loss on my mental health. All of his medical bills was covered under a Medicaid.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

# 110

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Trisha Sandblom

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

> ➤ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Trisha Sandblom

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Myself and my husband both were addicted to opiates. This has greatly impacted our family, we also lost my brother in law to an overdose.

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes  ☐ No

If yes, please explain:

I see a therapist, drug counselor as well as i am receiving MAT treatment .

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Trisha Sandblom

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes   ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes   ☐ No

If yes, please explain:

Through the systematic promotion to doctors to prescribe flooded the market and caused the drug to be readily available to us.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes   ☐ No

If yes, please explain:

My husband and I both overdosed many of times and had to be saved with narcan. We both experienced fever from infection by using the drug IV, we lost my brother in law due to an overdose while he was in a rehab facility. He would be alive today had Purdue been honest about OxyContin.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Trisha Sandblom

### VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☑ Yes  ☐ No

If yes, please explain:
They should have been honest about their drug and not push doctors to prescribe.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes  ☑ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☑ Anger  ☑ Anxiety  ☑ Fear  ☑ Grief  ☑ Guilt  ☑ Chronic Fatigue

☑ Sleep Loss  ☐ Addiction  ☑ Appetite Change  ☑ Sickness

☑ Trouble Concentrating  ☑ Financial Stress  ☑ Depression

Please describe any other reactions to the crime committed.

We lost our cars, home, jobs, all our belongings while in active addiction. Our families trust. My brother in law Matthew Sandblom is dead at the age of 28 years old, never coming back because of drugs. He left behind a young son & the hole of his absence hurts our family as he was the glue that held us together. We did what we could to prevent us from being sick from withdrawals.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Trisha Sandblom**

### VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes  ☐ No,

If yes, please explain:

They're just going to keep pumping out drugs to make money which is going to hurt the community.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

I'd like some money to pay back what I've spent on my own counseling and treatments.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Trisha Sandblom

### VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Car, home, job, credit card debt.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

We lost our car, our apartment, we had to pay for treatments in rehab.

# 112

| | |
|---|---|
| **From:** | Melissa Poole-Dolan |
| **To:** | Victimassistance Fraud (CRM) |
| **Subject:** | [EXTERNAL] Impact statement |
| **Date:** | Wednesday, April 15, 2026 9:55:11 PM |

PUBLIC IMPACT STATEMENT

Hello,

"I am writing this letter today because my brother Sean is not because because he was sold fentanyl and it poisoned him and caused his death "

My name is Melissa Poole Dolan. I am the sister of Sean Poole, and I am here to ask that there please be a strict penalty against Purdue Pharmacy.

Sean's death has devastated my family in ways that words can barely describe. Our parents are both in their late 80s and still alive today. No parent should ever have to bury their child,especially at this stage in life. My father didn't just lose a son, he lost his best friend. They shared a love for gardening and spent years comparing their gardens and arguing about who could grow the best vegetables. That part of my father's life is now gone forever

Sean was not just my brother, he was my best friend and my protector. We went through difficult times growing up, and he was always there for me. We spoke almost every day while we both were driving home from our jobs. . I still catch myself wanting to call him. I miss him in ways that will never go away.

Since his death, my life has changed completely. I have been in intensive therapy and hospitalization programs. Every day is still a struggle. The way that I looked at things and triggered by things made me resign from my job. This is all tied into the PTSD.

Now, I spend my time raising awareness about fentanyl and honoring Sean's memory. I will continue to be his voice, because he no longer has one. Last year we held the first annual memorial ride for addiction awareness and recovery and it was in Memory of Sean Now each year we will honor someone else who has either lost those life to drugs or is in recovery.

Sean was kind, intelligent, and full of life. He loved nature, reading, skiing, and helping others. He had so much life left to live, and it was taken from him. He had so many friend that he would go ice fishing , fishing or any other outdoor activity. His buddies even made their Ice fishing hut into a memorial to Sean. They miss him every day.

I fought for 4.5 years to put the dealer who sold him heroin laced with fentanyl in jail. He got eight years but only has to serve 2 which is nothing for taking a life.

.

The President of the United States ( President Donald Trump) has made Fentanyl a weapon of Mass destruction, this shows you how bad Fentanyl is. It has poisoned and killed thousand of people of all ages.It has been five years, and I still struggle every single day. I visit Sean's grave several timesa week. I talk to him as if he is still here, because that is the only connection I have left.

My life has been permanently changed. My family has been permanently changed. There is no "moving on" from

I would give anything to be able to hug my brother or have a conversation with him. But I will never get that.

My brother struggles with drugs over the years and he could get sober for years . He was at one time and he had knee surgery and was given OxyContin and Oxycodone and he got addicted to it and started buying it off the streets. Then it got too expensive so he turned to heroin.

So both played a roll In his death. Purdue Pharmacy needs to held accountable to every family that has had someone become addicted to their drugs.

I will tell Sean's story to anyone who will listen . His story should be told . Sean never wanted to DIE! He loves life.

Sincerely,

Melissa Poole-Dolan

Sean's sister and voice.

This impact statement is public .

**113**

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Betty Bates and Jessica Courtney**

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

> ➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

*UNITED STATES v.* Purdue Pharma L.P.
_____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: **Betty Bates and Jessica Courtney**
_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Yes, in 2020 my mother was given a lethal dose of Dilaudid in a hospital, which stopped her heart and killed her in 2022 my daughter. My only daughter was poisoned by fentanyl and xylazine and I could not get Roswell Police Department to make an arrest on the person who poisoned her. I am still looking for closure 3 1/2 years later her dad has now got stage four heart disease because of this. You were not supposed to bury your child.

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes  ☐ No

If yes, please explain:

We did group grief counseling, and we did one on one grief counseling

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Betty Bates and Jessica Courtney

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes    ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes    ☐ No

If yes, please explain:

My mom was forced dilaudid interveniously.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes    ☐ No

If yes, please explain:

Mother dilaudid

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Betty Bates and Jessica Courtney

### VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☒ Yes    ☐ No

If yes, please explain:

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☒ Yes    ☐ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger    ☒ Anxiety    ☒ Fear    ☒ Grief    ☒ Guilt    ☒ Chronic Fatigue

☒ Sleep Loss    ☐ Addiction    ☐ Appetite Change    ☒ Sickness

☒ Trouble Concentrating    ☒ Financial Stress    ☒ Depression

Please describe any other reactions to the crime committed.

No closure to our daughter's poisoning from fentanyl

UNITED STATES v. <u>Purdue Pharma L.P.</u>

COURT DOCKET NUMBER: <u>2:20-cr-01028-MCA</u>

VICTIM NAME: <u>Betty Bates and Jessica Courtney</u>

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes ☐ No,

If yes, please explain:
If they continue to pedal their poison.

What else would you like the Court to know about the defendant or your situation as a result of the crime?
That both my mother's death, and my daughter's death were preventable if it was not for the opioid or the fentanyl.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Betty Bates and Jessica Courtney

### VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

$20,000

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

No

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

No, the doctors had immunity during Covid.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

20,000 both funerals.

# 114

*UNITED STATES v.* __Purdue Pharma L.P.__

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: __Donna Smith__

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be _considered_ to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

> ➤ Please note the court has advised that anyone who wishes to make an oral statement _must_ elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

UNITED STATES v. Purdue Pharma L.P.
_____

COURT DOCKET NUMBER: 2:20-cr-01028-MCA
_____

VICTIM NAME: Donna Smith
_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

I am the mother of two sons who are dead. Trae Dominique Smith, my oldest, died on March 3, 2022 at 29 years old. Devin TaShan Smith, my second son, died on January 6, 2023 at 28 years old. Both died from fentanyl overdose. Both had struggled with opioid addiction that began during the era when opioids were normalized, aggressively marketed, and made widely available — including through emergency room prescriptions. Purdue Pharma was a primary architect of that era.

Trae was kind and generous and ambitious. Despite his addiction, he stayed employed and contributed to his community and to me financially almost every month. He was my son, a brother to his siblings, and a friend to more people than I can count.

Devin was charismatic, loyal, and extraordinarily gifted. He wrote music that reached people in his community — lyrics that made people feel seen and understood. He was a son, a brother, a nephew, an uncle, and a deeply loved friend. He also helped me financially, consistently, because that was the kind of man he was.

After Trae died, I could not work. The grief was total and consuming. I became severely depressed, fell behind on my rent, and was evicted from my home. I was so devastated that I could not pack most of my belongings — furniture, beds, dressers, appliances, a washer and dryer, my son Damian's bedroom set, clothes, and personal items — and I left nearly everything behind. I went to stay with family and tried to survive.

Then Devin died. Ten months after I buried his brother, I buried my second son. I ended up in a homeless shelter.

I have required ongoing psychiatric care, therapy, and medication since losing my sons. I live with PTSD. I live with complex grief that reshapes itself but never leaves. I have lost my children, my home, my belongings, my financial stability, and years of my life to the aftermath of this crime. My youngest son Damian lives with me now. We are rebuilding. But the cost of what was taken from us cannot be fully calculated.

Have you and/or members of your family received counseling as a result of this crime?

■ Yes   ☐ No

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Donna Smith

**VICTIM IMPACT STATEMENT**

If yes, please explain:

I have received and continue to receive ongoing psychiatric care, individual therapy, and prescription medication to manage PTSD and complex grief resulting from the deaths of both of my sons. This care began after Trae's death in 2022 and has been continuous. It is not a temporary need. The loss of two children to overdose within ten months of each other requires long-term support, and I expect to need ongoing mental health care for the foreseeable future.

UNITED STATES v. _Purdue Pharma L.P._

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Donna Smith

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ■ No

If yes, please explain:

My sons were not patients of Purdue Pharma directly. However, they received opioid prescriptions in emergency room settings during the period when Purdue Pharma was actively marketing its products to prescribers, including those it had reason to believe were engaging in diversion, and when its products had saturated communities through both legitimate

Do you believe the defendant began or contributed to you and/or your family member's addiction?

■ Yes  ☐ No

If yes, please explain:

Purdue Pharma's deliberate, years-long campaign to normalize opioid prescribing — including marketing to prescribers it knew or had good reason to believe were engaged in diversion, providing prescription savings cards to reduce the cost of those prescriptions, and knowingly failing to report diverting prescribers to the DEA — created the conditions that addicted my sons. Both Trae and Devin were exposed to opioids during a time when those drugs were being handed out casually, including in emergency rooms. They did not choose addiction. They were placed in the path of it by a company that valued profit above every human consequence.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

■ Yes  ☐ No

If yes, please explain:

Purdue Pharma's knowing participation in the diversion of opioids — including its continued marketing to prescribers flagged for illegal activity, its distribution of prescription savings cards to those same prescribers, and its deliberate concealment of this information from the DEA — contributed directly to the flood of opioids that addicted and ultimately killed my sons. Trae Dominique Smith died from fentanyl overdose on March 3, 2022. Devin TaShan Smith died from fentanyl overdose on January 6, 2023. The pathway from Purdue Pharma's conduct to

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Donna Smith

**VICTIM IMPACT STATEMENT**

my sons' deaths runs through the opioid crisis it helped create and sustain.

UNITED STATES *v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Donna Smith

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes ☐ No

If yes, please explain:

Purdue Pharma had both the knowledge and the legal obligation to report prescribers engaged in diversion to the DEA and other regulatory authorities. Its own internal records — including its Abuse and Diversion Detection Program — identified hundreds of prescribers engaged in diverting opioids. Rather than report them, Purdue Pharma continued marketing to them, continued providing them with prescription savings cards to facilitate their illegal prescribing, and continued profiting from the harm. That is not a failure of oversight. It is a deliberate choice. Every person who became addicted to opioids during that period — including my sons — was a foreseeable consequence of that choice.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes ■ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger   ■ Anxiety   ■ Fear   ■ Grief   ■ Guilt   ■ Chronic Fatigue

■ Sleep Loss   ☐ Addiction   ■ Appetite Change   ■ Sickness

■ Trouble Concentrating   ■ Financial Stress   ■ Depression

Please describe any other reactions to the crime committed.

Additional reactions: I have been diagnosed with PTSD as a direct result of losing both of my

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Donna Smith

### VICTIM IMPACT STATEMENT

sons. I experience complex grief that is ongoing and does not resolve. I lost the ability to work for an extended period of time. I lost my housing. I lost nearly all of my material possessions. I lost the financial support both of my sons provided to me regularly. I lost my sense of safety

and stability. I grieve not only who my sons were, but who they would have become — and all the years we should have had together.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Donna Smith

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes    ☐ No,

If yes, please explain:

Purdue Pharma's conduct was systemic, sustained, and carried out at every level of its organization over more than a decade. The communities it harmed — including mine — are still living with the consequences. The opioid crisis it helped ignite has not ended. Fentanyl, which killed both of my sons, saturated communities in part because of the demand and diversion networks that Purdue Pharma's conduct helped build. Until full accountability is achieved and the harm is meaningfully addressed, the threat to communities like mine remains real.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

I want the Court to know that I am not a statistic. My sons were not statistics. Trae Dominique Smith and Devin TaShan Smith were full human beings who were loved, who contributed, who mattered. They were taken from me and from everyone who knew them by an addiction that began in an environment Purdue Pharma deliberately cultivated for profit.
I want the Court to know that the damage does not end with death. I lost my sons. I lost my home. I lost almost everything I owned. I lost years of my working life. I lost the financial support my sons provided. I have spent years in psychiatric care and therapy. I was homeless. I rebuilt from nothing, and I am still rebuilding.
I want the Court to know that no sentence will give me back my sons or the life we should have had. But accountability matters. It matters to me, it matters to the families sitting where I am sitting, and it matters to every community that has been devastated by this crisis. I ask the Court to impose a sentence that reflects the true weight of what was done — not to a corporation, but to real people. To Trae. To Devin. To me.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

UNITED STATES v. _Purdue Pharma L.P._____

COURT DOCKET NUMBER: 2:20-cr-01028-MCA_____

VICTIM NAME: Donna Smith_____

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Household belongings and furniture lost during eviction (unable to transport due to severe depression following son's death): approximately $5,000. This includes a queen size bed (mattress, two box springs, frame, headboard), two dressers, a full-size bed (box spring, frame, headboard) and dresser belonging to my son Damian, a couch, recliner, computer desk and chair, china cabinet, stove, refrigerator, washer, dryer, clothing, and decorative and personal items. Documentation available upon request.

Mental health care costs (therapy, psychiatry, and medication paid out of pocket or through employer-sponsored insurance while employed, prior to becoming unable to work): approximately $5,000.

Ongoing mental health care costs are expected to continue indefinitely.

Total estimated unreimbursed losses: approximately $10,000, not including ongoing future costs or the loss of regular financial contributions from both sons.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

**115**

*UNITED STATES v.* <u>Purdue Pharma L.P.</u>

**COURT DOCKET NUMBER:** <u>2:20-cr-01028-MCA</u>

VICTIM NAME: <u>Emanuel Vincent D'Antoni</u>

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

**UNITED STATES v.** _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA _____

VICTIM NAME: Emanuel Vincent D'Antoni _____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

### How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

My name is Sharon Richmond, and I am here as the mother of my son, Vincent, whose life was stolen by this epidemic. Vincent was not a case number. He was not a headline. He was my only child. He was loved beyond measure, and he should be alive today.

Instead, I stand here carrying the unbearable pain of a mother whose son became addicted to oxycodone, was pulled further into heroin, and ultimately died from fatal fentanyl poisoning. That is the brutal chain of destruction this crisis leaves behind. It begins with lies, with greed, with the reckless marketing of highly addictive opioids, and it ends with families like mine shattered forever.

It is well documented that this overdose crisis did not happen by chance. Beginning in 1996, Purdue Pharma aggressively marketed opioids while minimizing the grave risks of addiction. They helped create a culture where these drugs became normalized, where pain was treated with dangerous and deceptive promises, and where addiction was not honestly confronted but hidden behind corporate talking points. The result was catastrophic. Their actions opened the floodgates to suffering, dependency, and death across this country.

My son's story is one of those lives lost in the wreckage they helped create.

Vincent was a beautiful soul. He mattered. He had promise, purpose, and a future that should have stretched far beyond the years he was given. He should be here living his life, building his future, sharing his gifts, and growing older. Instead, I visit a grave. I carry memories where there should have been milestones. I live with an empty seat at holidays, an ache in every family moment, and the constant knowledge that my child's life was cut short in a crisis that was fueled by corporate greed.

There are no words strong enough to explain what it means to lose a child. There is no sentence, no settlement, and no corporate apology that can restore what was taken from me. The loss is not something I move on from. It is something I wake up with every day. It is in the silence, in the heartbreak, in the life Vincent never got to finish living. I was robbed of my son, and he was robbed of everything he was meant to become.

What makes this even more painful is knowing this was preventable. This was not an unavoidable tragedy. This was not bad luck. This was the result of decisions made by people who chose profit over truth, sales over safety, and corporate success over human life. While families were trusting the medical system and trying to care for the people they loved, Purdue Pharma was helping to build the very path that led so many into addiction, heroin, and fentanyl death.

The destruction did not end with Vincent. It ripples through every part of a family and every part of a community. Parents bury children. Children grow up without parents. Siblings are left with trauma. Communities are left trying to heal from pain that should never have been inflicted in the first place. The damage is generational, and the grief is endless.

So when this case is discussed in legal terms, financial terms, or procedural terms, I ask that the Court remember what this is truly about. It is about human lives. It is about sons and daughters who should still be here. It is about families forced to live a lifetime with the consequences of decisions made in boardrooms far removed from the suffering they caused.

My son Vincent paid with his life for the lies and greed that fueled this epidemic. Families like mine have paid in broken hearts, empty homes, and lifelong grief. We deserve more than apologies and corporate maneuvers. We deserve justice that tells the truth about what was done, honors those who were lost, and ensures that the voices of victims are no longer pushed aside.

I speak today for Vincent. I speak because his life mattered. I speak because the dead cannot speak for themselves, and because the families left behind must not be erased from this process. I ask this Court to see not just the case, but the cost. Not just the company, but the children. Not just the settlement, but the suffering.

And I ask, with all the strength a grieving mother can gather, that Vincent's death — and the deaths of so many others — be met with real accountability, real truth, and real justice.

### Have you and/or members of your family received counseling as a result of this crime?

☑ Yes  ☐ No

### If yes, please explain:

After my son Vincent died, I did seek counseling for a brief time. But as helpful as that was in the immediate aftermath, I learned that no amount of counseling could take away the devastation of losing my child. The only place I have found any real peace has been in advocating for change, sharing Vincent's story, and living with purpose so that other families might be spared this same heartbreak. Using my voice has become part of my healing. It is how I carry my son forward. It is how I turn unimaginable grief into meaning, and how I fight to make sure Vincent's death is not in vain. I write articles, wrote m son's story in a children's book with a more hopeful ending, and travel all over Long Island and to Albany to have my voice heard.

UNITED STATES v. _Purdue Pharma L.P._____

COURT DOCKET NUMBER:_2:20-cr-01028-MCA___

VICTIM NAME: _Emanuel Vincent D'Antoni_____

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:

The pharmaceutical companies, led by Purdue Pharma, flooded the public with messaging that made oxycodone seem safer and less addictive than it truly was. The Department of Justice has said Purdue falsely marketed OxyContin as less addictive, less subject to abuse, and less likely to cause dependence than other pain medications. Those lies did not just mislead doctors and patients—they misled families like mine. It was the only time my son Vincent and I ever truly argued, because I was trying with all my heart to show him that they were lying, that this drug was dangerous, and that addiction was real. That moment has stayed with me forever. The heartbreak is not only that these companies helped create the path that stole my son's life, but that their deception reached so deeply into our lives that it came between me and my child in the only argument we ever had

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes  ☐ No

If yes, please explain:

My son Vincent began taking oxycodone that had been prescribed to his father, a man who had struggled with addiction his whole life. That is one of the cruel truths of this epidemic: the danger did not stop with the person named on the bottle. These drugs entered our home, and from there they reached my son. What started as a prescription became the beginning of a deadly path that led to addiction, then heroin, and finally to the fentanyl poisoning that took his life. For me, this is a painful reminder that the overdose crisis was never just about the individual prescription. It was about the reckless flooding of communities with highly addictive drugs, sold under false assurances, leaving families like mine to suffer the consequences for generations.

**UNITED STATES v.** Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Emanuel Vincent D'Antoni

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☒ Yes    ☐ No

If yes, please explain:

They did not give the care that was necessary because real care was never their priority. Their priority was money. Their priority was power. Their priority was selling more drugs, protecting their image, and building their profits, no matter how many lives were shattered in the process. If human life had mattered to them as much as their bottom line, my son and so many others might still be here today. That is what makes this so painful—knowing that the truth was not hidden because they did not know better, but because they chose profit over people.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes    ☒ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger  ☒ Anxiety  ☒ Fear  ☒ Grief  ☐ Guilt  ☐ Chronic Fatigue

☒ Sleep Loss  ☐ Addiction  ☒ Appetite Change  ☐ Sickness

☐ Trouble Concentrating  ☐ Financial Stress  ☐ Depression

Please describe any other reactions to the crime committed.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Emanuel Vincent D'Antoni

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

■ Yes  ☐ No,

If yes, please explain:

What frightens me most is the belief that a company capable of this level of deception and harm will do it again and again unless it is stopped. When power and money matter more than human life, there is no reason to trust that they will suddenly choose compassion over profit. They will keep pushing, keep protecting themselves, and keep leaving families to pay the price unless the justice system sends a clear message that this cannot happen again. Real accountability is the only thing that stands between corporate greed and the next generation of victims.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

If any good can come from this suffering, then these monies must be used to save lives and give families the support we did not have. I want to see mandatory prevention education in schools, along with mental health education and healthy coping skills, so children learn early how to handle pain, stress, trauma, and emotional struggles in safe and healthy ways. I want families to have access to open communication programs and workshops that help parents and caregivers talk honestly with their children and recognize the warning signs before it is too late. I want these funds invested in youth clubhouses, recovery centers, and peer support programs that offer connection, belonging, and real help to those who are struggling. And I strongly believe peer workers must be paid fairly and well, so they are not burned out and so more people are encouraged to join this important field. These dollars were paid because lives were lost. They should be used not for appearances, but for prevention, healing, recovery, and real change.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Emanuel Vincent D'Antoni

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

No amount of money will ever make this right. The life of my only child, Vincent, can never be measured in dollars. There is no sum large enough to account for the loss of his life, the future he was denied, or the lifelong grief I now carry as his mother. Money cannot bring him back. It cannot replace his laughter, his presence, his dreams, or the life he should still be living. My son was not a price to be paid. He was a human being, deeply loved, and the value of his life is beyond measure.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

# 116

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Tonja Catron**

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➤ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

*UNITED STATES v.* Purdue Pharma L.P.
_____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: **Tonja Catron**
_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

This crime has had a profound and lasting impact on my health, my life, and my family.

As a person in long-term recovery, I experienced firsthand the harm caused by opioid addiction fueled by Purdue Pharma's actions. My health, stability, and overall well-being were deeply affected, and recovery has required years of ongoing physical, emotional, and mental healing.

I have lost people I love deeply, including my sister and best friend, Farrah Mitchell Holter, as well as Collin Phillips, age 21, and Dylan Stanley, a 30-year-old mother and close friend. These losses have caused lasting grief that impacts my daily life.

Through my work as a substance use disorder counselor and harm reduction outreach worker, I have also lost 41 clients to overdose. Carrying this level of loss has had a significant emotional and mental impact.

My family and community continue to experience the effects of this crisis through ongoing

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes  ☐ No

If yes, please explain:

Yes. As a result of the harm caused by this crisis, I have engaged in counseling and recovery support services over the years. My own substance use disorder required treatment and ongoing support, and I continue to prioritize my mental health in long-term recovery.

In addition to my personal recovery, the repeated loss of loved ones and clients to overdose has created ongoing grief and trauma that has required continued emotional support and coping strategies.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Tonja Catron

### VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

No. I was not a direct patient of the defendant, and neither I nor my family had direct contact with Purdue Pharma to express concerns.

However, there was no meaningful or accessible way for individuals like me, my family, or my community to raise concerns directly with the defendant. The harm caused by their actions

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:

Yes. I believe the defendant significantly contributed to the addiction that affected me and so many others in my community.

Through misleading marketing and the widespread promotion of opioid medications as safe and low-risk, Purdue Pharma helped create an environment where addiction could take hold and spread rapidly. That environment directly impacted my life.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes  ☐ No

If yes, please explain:

Yes. While the defendant did not prescribe medications directly to me or my family, I believe their actions in manufacturing, marketing, and distributing opioid medications contributed to widespread addiction, which resulted in death and bodily injury within my life and community.

I have lost multiple loved ones to overdose, including Farrah Mitchell Holter, Collin Phillips, and Dylan Stanley, as well as 41 clients through my work. These deaths are part of the broader harm caused by the opioid crisis that the defendant helped create and fuel.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Tonja Catron

### VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes    ☐ No

If yes, please explain:

Yes. I believe the defendant failed to provide necessary care by prioritizing profit over patient safety.

Purdue Pharma did not take adequate responsibility for the risks associated with their products and failed to ensure that patients, providers, and communities were fully informed about the

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes    ■ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger    ■ Anxiety    ■ Fear    ■ Grief    ■ Guilt    ■ Chronic Fatigue

■ Sleep Loss    ■ Addiction    ■ Appetite Change    ☐ Sickness

■ Trouble Concentrating    ■ Financial Stress    ■ Depression

Please describe any other reactions to the crime committed.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Tonja Catron

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes   ☐ No,

If yes, please explain:

yes. I believe the defendant's actions have created an ongoing threat to my community.

While the company itself may not pose a direct, immediate threat in the traditional sense, the impact of its actions continues to put people at risk. The addiction, overdose, and instability that resulted from this crisis are still affecting individuals, families, and communities every day.

In my work and personal life, I continue to see the lasting consequences — including ongoing

What else would you like the Court to know about the defendant or your situation as a result of the crime?

I want the Court to understand that the harm caused by the defendant is not abstract or limited to the past. It is ongoing, personal, and deeply rooted in communities like mine.

This crisis did not just affect individuals who used opioids — it impacted families, children, and entire communities. It created cycles of loss, trauma, and instability that continue today. I am one of many who have had to rebuild a life after addiction, while also carrying the grief of losing loved ones and the people I have served.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Yes. I would support restitution both personally and in the form of services directed to organizations addressing the ongoing impact of the opioid crisis.

Personally, I have experienced significant harm, including the long-term effects of addiction, ongoing emotional trauma, and the loss of loved ones and clients. Restitution would acknowledge the direct and lasting impact this crisis has had on my life.

At the same time, I believe it is critical that restitution also support community-based organizations working on the front lines. As the Executive Director of The SOAR Initiative, I see every day how essential harm reduction services are in preventing overdose deaths and connecting people to care.

Restitution directed toward efforts such as naloxone distribution, overdose prevention, outreach, and real-time alert systems would have an immediate and meaningful impact by saving lives and supporting communities still affected by this crisis.

UNITED STATES *v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Tonja Catron

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

As a result of the harm caused by this crisis, I have experienced the following financial losses, for which I have not been repaid:

Lost Wages (Approximate):
Due to periods of active addiction and early recovery, I experienced interruptions in

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

n/a

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

n/a

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

117

*UNITED STATES v.* <u>Purdue Pharma L.P.</u>

**COURT DOCKET NUMBER:** <u>2:20-cr-01028-MCA</u>

VICTIM NAME: <u>James Michael Christie and John Michael Christie</u>

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

*UNITED STATES v.* _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: James Michael Christie and John Michael Christie
_____

**VICTIM IMPACT STATEMENT**

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

My husband was a naval officer who became addicted to Percocet following surgery and died as a result at age 62. Our son became an addict and died from fentanyl poisoning at age 33, leaving me alone.

Have you and/or members of your family received counseling as a result of this crime?

■ Yes ☐ No

If yes, please explain:

Ive been receiving counseling for depression and anxiety since before my husbands death.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: James Michael Christie and John Michael Christie

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:

Percocet was prescribed in abundant quantities to my husband causing his addiction.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☐ Yes  ☒ No

If yes, please explain:

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: James Michael Christie and John Michael Christie

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes   ☐ No

If yes, please explain:

The defendant knew his company was producing drugs that were being overprescribed and leading to the addiction of numerous people and failed to do anything about it.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes   ■ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger   ■ Anxiety   ■ Fear   ■ Grief   ■ Guilt   ■ Chronic Fatigue

■ Sleep Loss   ☐ Addiction   ■ Appetite Change   ■ Sickness

■ Trouble Concentrating   ■ Financial Stress   ■ Depression

Please describe any other reactions to the crime committed.

Loneliness, hopelessness

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: James Michael Christie and John Michael Christie

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes   ☐ No,

If yes, please explain:

A person who has already caused this much damage to the public and continued obviously has no conscious.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

My heart is forever broken.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

*UNITED STATES v.* <u>Purdue Pharma L.P.</u>

**COURT DOCKET NUMBER:** <u>2:20-cr-01028-MCA</u>

VICTIM NAME: <u>James Michael Christie and John Michael Christie</u>

### VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

I've lost the companionship of my husband and son, and any future we would have had together, including grandchildren. How can I put a monetary value on that?

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

I cannot begin to attach a monetary value to what I have lost.

**118**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Mila Almeida

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

**UNITED STATES v.** Purdue Pharma L.P. _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA _____

VICTIM NAME: Mila Almeida _____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

My sister was a mother of two, and she did not want to die. She made the decision to purchase drugs that unknown to her, happened to be laced with fentanyl I am from New York and she passed away in Nassau County. I met with prosecutors begging them to help me find justice, begging them to find the dealer who was leasing drugs with fentanyl… The most they could do was give one dealer two years. We need to hold these dealers accountable. They need to face manslaughter charges we need this legislation and we need those elected officials in power to help make a change. I was 26 years old when I lost my sister and I never expected at that age. I would have to plan her funeral and care for her youngest child, who was 15 years old at the time of the passing. Countless families across America are being impacted by fentanyl laced, drug related deaths. This needs to stop immediately and unfortunately it hasn't. We really, really, really need the government's help.

Have you and/or members of your family received counseling as a result of this crime?

■ Yes ☐ No

If yes, please explain:

I attended therapy shortly after her death to help me process my sister's traumatic and unexpected passing. My father found my sister deceased, and I fear he will never be the same.

UNITED STATES v. _Purdue Pharma L.P._

**COURT DOCKET NUMBER:** _2:20-cr-01028-MCA_

VICTIM NAME: _Mila Almeida_

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☐ Yes  ☒ No

If yes, please explain:

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☐ Yes  ☒ No

If yes, please explain:

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Mila Almeida

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☒ Yes    ☐ No

If yes, please explain:

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes    ☒ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger    ☒ Anxiety    ☒ Fear    ☒ Grief    ☒ Guilt    ☒ Chronic Fatigue

☒ Sleep Loss    ☐ Addiction    ☒ Appetite Change    ☐ Sickness

☒ Trouble Concentrating    ☒ Financial Stress    ☒ Depression

Please describe any other reactions to the crime committed.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Mila Almeida

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes  ☐ No,

If yes, please explain:

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Mila Almeida

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

119

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Catherine Emily Shepard**

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be _considered_ to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement _must_ elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Catherine Emily Shepard

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

My daughter Catherine was prescribed oxy for dental pain and became addicted to opioids after that. Her addiction got more severe & she was POISONED TO DEATH BY FENTANYL! WE, her FAMILY, are lost & broken without her!! No amount of money can replace a human life!!!! But the Perdue Company SHOULD be held accountable for creating a drug KNOWING the outcome of those medications was very addictive!!

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes ☐ No

If yes, please explain:

I have had to have therapy to be able to cope with my grief!!

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Catherine Emily Shepard

**VICTIM IMPACT STATEMENT**

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes   ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes   ☐ No

If yes, please explain:

As I stated previously, this Perdue Company made & distributed a drug they KNEW had addictive side effects in it!!

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes   ☐ No

If yes, please explain:

UNITED STATES *v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Catherine Emily Shepard

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☑ Yes    ☐ No

If yes, please explain:

After THOUSANDS of people became addicted to Pharma's medication and it became in high demand, instead of seeing that as a NATION WIDE PROBLEM, they IGNORED those issues for PROFIT!!

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes    ☑ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☑ Anger    ☑ Anxiety    ☑ Fear    ☑ Grief    ☑ Guilt    ☑ Chronic Fatigue

☑ Sleep Loss    ☐ Addiction    ☑ Appetite Change    ☑ Sickness

☑ Trouble Concentrating    ☑ Financial Stress    ☑ Depression

Please describe any other reactions to the crime committed.

I now have to live the rest of my life without my child in it!!

UNITED STATES v. **Purdue Pharma L.P.**

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: **Catherine Emily Shepard**

### VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes   ☐ No,

If yes, please explain:

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Like I said, no amount of money will replace my child's life!!! But Pharma should be held liable to pay a HUGE SUM of compensation for all grief & suffering, not just to ME (my family) but for every family who has lost a loved one to opioid addiction!!

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Catherine Emily Shepard

**VICTIM IMPACT STATEMENT**

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

I lost 2 weeks of wages from work, due to my daughter's passing. I was forced to go back to work after that, instead of being able to grieve for my child properly, because I had bills to pay!!

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

Pain & suffering from the death of my child due to opioids, for over 7 years now. Therapy was paid for by MaineCare but there should be some type of reimbursement for the hours I spent there, trying to process my grief.

# 120

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: *Elery J. Maya Jr.*

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☒ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☒ Yes

☐ No

> ➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

**UNITED STATES v.** Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: _Elery J. Mayo_

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

As I sit and think about All The destruction these pills have caused me, my wife, my family, my business. Its Almost to much to process - I first started being perscribed these over 15 years ago - when there pastors of faces happy to distraught looking - Being told they are not addicting and will be Life changing in that your pain will go away! that has been so far from the truth - Its almost embarising to look at my self - evaluate how different i am - now - my mind I sat times seems empty - and hard to read and understand and process information - I've lost friends, lost clients, the lost money is actually to much to even tally - It Turned me into having sexual Dysfunction, is exactly How my Dr. put it - im discuted with myself at times for my Use Proper Disregard for others and only cated about my own selfish Desires - Its almost to hard to even put these things down on paper -

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes  ☐ No

If yes, please explain:
I tried a few times - But each time they wanted to put me on another Drug - Trade one for another - my wife went many times to get help how to deal with an addict -

The loss of these ~~amount of~~ relationships - business and family - my own sisters don't talk to me much any more. I am so thankful my wife has stood beside me. Without her, I can say I wouldn't be here nor even write this - The embarrassment of the real truth is almost to much to bear - I have tried counseling - methadone, suboxone, sadly I find my 15 years later parts or little have passed by - would it be nice to be able to go to a place where I could do another detox. The biggest problem is the withdrawl - which I have gone through to many times to count - get older than a surgery or life situation and back on - they almost as intended to keep you a slave to them - Hopeless at times to think why - why - why - Why cant I now at 65 be able to put these behind me - I truly believe they have changed my brain in a way that my Dr. says will never go away. I do wish that the money I've lost because of a direct correlation. the amout of money lost-spent is crazy - I am thankful that I'm alive - and sadly glad my Dr asked take them away, cause I believe I would be still of so many who went to the street - Really is sad that the Sackler family does not have to sit and listen to the millions who have been impacted by there greed! Lives, lost, lives changed, lives that will never be the same - I could - probably write a book, of all the terrible stories, terrible decisions he made due to especially want run out which seems to be every single month. the direct impact these pills do to people is mind boggeling - all for money - and there longer of mary - I have from anyone answered the question of how much money should I be able to recover - I will language It certainly would help being able to And hope to stay on this roller coaster - how sad is it to be at and addicted to something so destructive. Its changed me in a way that I'm not sure but I'm beautiful it ever got back to who I was before opiods - Thank you stay strong

I feel like a failure!

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: _Elroy J mayo_

### VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes ☐ No

If yes, please explain:
not sure what that means

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes ☐ No

If yes, please explain:
they made a product that Robbed - stole, and lied to
Just how Bad and addictive the product Really is

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes ☐ No

If yes, please explain:
opiods — pain meds

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: _Elroy I. Mayo_

### VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☒ Yes ☐ No

If yes, please explain:
_I've never been told, there was any options._

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes ☒ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger ☒ Anxiety ☐ Fear ☒ Grief ☒ Guilt ☐ Chronic Fatigue

☒ Sleep Loss ☒ Addiction ☒ Appetite Change ☒ Sickness

☒ Trouble Concentrating ☒ Financial Stress ☒ Depression

Please describe any other reactions to the crime committed.
_A Hopeless Feeling of not being able to get away from them - A Feeling of not being a good Dad a Good Husband - only caring about the pills -_

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: *Elery J. Mayo*

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes   ☐ No,

If yes, please explain:

Of course, look at how many people are Dead - Live on The street, or Live hiding there shame -

What else would you like the Court to know about the defendant or your situation as a result of the crime?

It is sad That it has taken 6 years - and how many are not here, as a Direct Result from the Poision, They made & knowing exactly what they Did -- they should all be in Jail!

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

*UNITED STATES v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Henry S. Mayo

### VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you
have not been or do not expect to be repaid. Please attach receipts or other records that
document your losses whenever possible. Please differentiate any monies already repaid by
a defendant.

As stated previosly the amount of money I have
lost, The clients I've lost as a direct result of my
intoxicated mind set. I had at one point 1 Billionaire
2 millonaires and 3-4 others that made alot of money

Have you been assessed any additional taxes, penalties, or interest by the federal government as a
result of this case? If yes, please explain.

no

Have you or anyone on your behalf initiated civil action against any party as a result of this
offense? If yes, please state the case name, docket number and court of jurisdiction.

No

If you have suffered any other expenses as a result of this crime, please list them below.
Include such items as counseling, medical bills, lost income and necessary child care,
transportation, and other expenses related to participation in the investigation or prosecution
of the offense or attendance at proceedings related to the offense. Please be specific and
attach copies of receipts if possible.

The counceling I did at The place was covered by my Ins.

# 121

| From: | ████████████████ |
|---|---|
| **To:** | Victimassistance Fraud (CRM) |
| **Subject:** | [EXTERNAL] Perdue case |
| **Date:** | Monday, April 13, 2026 9:27:23 PM |

My name is Rachel but more importantly my only son's name was Collin Trabocco. He got addicted to OxyContin and pain pills after a major surgery. Two years after the surgery the doctor was still prescribing pain medication, even though he was healed, knowing the risks.

My son Collin left behind a son who has to grow up without a dad. Perdue gives money to every county in every state… but I don't know of any state that has a fund for the children who are the collateral damage from this opioid epidemic. Do not sign off lightly on Purdue. These children deserve something… Collin was a loving father, Uncle, nephew, cousin, brother and friend… he was loved and we will not forget that Perdue knew the risks and didn't care!!

Please don't sign off on bankruptcy and let them walk away.

Thank you

Rachel Adams

████████████████

Sent from my iPhone

**From:** Rachel Adams
**To:** Victimassistance Fraud (CRM)
**Subject:** Re: [EXTERNAL] Perdue case
**Date:** Tuesday, April 14, 2026 11:47:22 AM

Good morning, I would love my letter to be public and I would be willing to speak and share my story.

My son Collin Trabocco died of fentanyl poisoning June 7, 2020. He bought fake pills off the street. The police did not care. They did not want his cell phone which had information in it. He left behind a son sisters myself, (his mother) and many family and friends. He had a good job. He was funny. He was kind he was compassionate, his employers loved him.

Collin got addicted to pain medication after a surgery in 2017 and two years after the surgery they were still prescribing pain medication! Even though Perdue knew the dangers of addiction they allowed this medication to be prescribed over and over. In the time it took me to write this email to you. We've lost another person to this opioid epidemic. I beg of you, do not let Purdue Pharma get away with the murder of all these innocent people. And please take into consideration the collateral damage… The children left behind to be raised by Grandparents or by a single parent because of deaths. I continue to work in this field in the hopes that I can reach someone else's child and guide them on the recovery journey so that they can live.

Thank you



PRIVILEGED AND CONFIDENTIAL COMMUNICATION

This confidential message/attachment contains information intended for a specific individual(s) and purpose. Any inappropriate use, distribution, or copying is strictly prohibited. If received in error, notify the sender and immediately delete the message.

From: ████████████████████████████████
Sent: Monday, April 13, 2026 9:27 PM
To: Victimassistance Fraud (CRM) <Victimassistance.Fraud@CRM.USDOJ.GOV>
Subject: [EXTERNAL] Perdue case

My name is Rachel but more importantly my only son's name was Collin Trabocco. He got addicted to OxyContin and pain pills after a major surgery. Two years after the surgery the doctor was still prescribing pain medication, even though he was healed, knowing the risks. My son Collin left behind a son who has to grow up without a dad. Perdue gives money to every county in every state… but I don't know of any state that has a fund for the children who are the collateral damage from this opioid epidemic. Do not sign off lightly on Purdue. These children deserve something… Collin was a loving father, Uncle, nephew, cousin, brother and friend… he was loved and we will not forget that Perdue knew the risks and didn't care!!
Please don't sign off on bankruptcy and let them walk away.
Thank you
Rachel Adams
Collin's mom Forever 33
████████████

Sent from my iPhone

# 122

Alexis Pleus



Judge Madeline Cox Arleo
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

U.S. Department of Justice
Criminal Division, Fraud Section
10th & Constitution Avenue, NW
Bond Building, 4th Floor
Washington, DC 20530

Via email: victimassistance.fraud@usdoj.gov

April 15, 2026

To the Court and the United States Attorney's Office:

As I typed out your address wondering what I will say and how I will express my feelings, I was immediately struck by the name of the building you occupy, the Martin Luther King Building and thought of one of my favorite quotes of his, "Injustice anywhere is a threat to justice everywhere." And isn't that exactly what we're talking about here? A threat to justice.

I implore you to reject this plea agreement. This injustice is of the greatest scale and magnitude possible. And cosigning it would be a threat to justice everywhere.

Purdue Pharma knowingly lied to, defrauded and harmed the American people causing harms that will last for generations. In fact, they have caused such mass destruction, that we have entire generations interrupted. My two living sons at 30 and 33 years old have already lost 15 classmates from their combined high school classes from our tiny rural high school with a graduating class size of 50 students. Yes, you heard that right, 15% of their graduating class members are dead and gone. That doesn't count the number of kids of the same age range who have been in and out of incarceration or the endless cycle of failed treatment systems.

And all the family members attached to them - countless families impacted by pain, trauma, children left behind, grandparents raising grandchildren, loss of wages, loss of health, loss of

4

years, loss of quality time, children winding up in foster homes, depression, anxiety, grief, suicide, the list of impacts is literally endless.

I lost my own first born son, Jeff Dugon on August 5, 2014, 11 years after he became addicted to his prescribed pain medications due to a high school football injury. His story is too common to even be significant, and that should tell us everything we need to know.

As average as his story is, it does not change the unique pain and ways his loss has impacted our family and shaped our future. Two brothers lacking their older brother's guidance. Our charismatic son, the life of the party, the story teller, the one who rallied the others to come together for holidays and family gatherings, the one of great cheer. Grandchildren being born never knowing who that third brother is in the picture with their dad. The ambiguous, "Uncle Jeff" they'll never know. Every holiday and every birthday is shaped around a gaping hole in our family. For eternity.

And it is the same for millions of families.

We have to remember that Purdue knew. They were warned. They already plead guilty to crimes. They already paid fines. And what did they do? They continued to push the pills, pay the marketers, pay consultants to strategize a plan to counter the narrative of grieving moms. These are the worst possible actors. No regrets. No apologies. No remorse. No change of course. All in the name of enriching themselves.

I chose to turn my grief into action. I founded Truth Pharm, an organization that has become known nationwide for our power in advocacy, ability to raise awareness, educate, reduce stigma and provide direct services to those still struggling. We have also created the Trail of Truth National - a national memorial for all substance use related deaths. Thousands of tombstones are displayed - all attributable to Purdue Pharma, the architects of this epidemic, as it is well documented.



4

I support the endless string of families who still come to us after losing their loved ones. I feel the deep, sharp, fresh grief of losing my son with every new family who steps before me with fresh loss. I have lost my son thousands of times by now doing this work over the past 10 years.

We filed a claim in the Purdue Bankruptcy, but the requirement is to provide medical records that do not exist. The orthopedic office my son visited 23 years ago has been closed for the past 10 years. Those records cannot be obtained. The court changed the rules of the bankruptcy from the original plan to this one to eliminate victims' ability to submit an affidavit in lieu of records. Each time we're asked to search for birth certificates and death certificates - two things a parent should never hold simultaneously in their hands. We are dragged through our grief, while the goal seems to be to cut families off from any restitution or any justice.

"Justice too long delayed is justice denied," another Martin Luther King Jr quote on justice.

With every new court case and hearing, we have hope - perhaps we will get justice this time. And each and every time we have been told and shown that the American people do not matter. That corporations can murder hundreds of thousands of people with impunity.

Meanwhile, funds from other lawsuits flood our states and are being wasted by state and county governments all across the country, if they are spent at all. Our blood money. We were bypassed for support, and many of us didn't care, as long as those funds were spent effectively to turn this epidemic around, but that hasn't been the case at all. It's simply funding pumped into all the same systems that failed our kids in the first place.

Our family was well resourced with good insurance, yet my son's shortest stay in jail was longer than his longest stay in treatment - because that's all insurance would pay for.

Our kids get locked up for becoming addicted to the drugs these bad actors pushed, and then they're punished for it. And all these crooks need to do is pay pennies on the dollar in fines for a get out of jail free card.

Take a stand.

We've hosted and attended rallies since 2015 - calling for justice. You have an opportunity to do your part.

Ending these proceedings without justice for the families and those who do not get to finish their lives would secure such a loss of balance to the scales of justice, that America will never recover. To the millions who have lost their lives to overdose, there are countless people remaining who loved them - those people will see the lack of justice and the American "justice system" will be remembered this way.

While some just want these proceedings to end, I'll remind you of one more Martin Luther King Jr. quote, "True peace is not merely the absence of tension; it is the presence of justice."

4

Give us justice, deny this plea.



Alexis Pleus
Jeff's mom

*UNITED STATES v.* __Purdue Pharma L.P.__

**COURT DOCKET NUMBER:** __2:20-cr-01028-MCA__

VICTIM NAME: __Alexis Pleus__

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➤ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Alexis Pleus

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

We have been deeply impacted. Please read my attached statement.

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes  ☐ No

If yes, please explain:

I have had to see a counselor multiple times. My son has as well.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Alexis Pleus**

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☒ Yes  ☐ No

If yes, please explain:

We've attended multiple rallies and I've testified before Congress to express my feelings about the Sacklers and Purdue Pharma's actions.

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:

My son was prescribed oxycontin and other painkillers following a knee surgery that led to his addiction and death. No one warned us they were addictive. My other son struggled with pill addiction as well - pills that were sold at school due to over prescribing of opioids.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes  ☐ No

If yes, please explain:

My oldest son died.
My middle son spent 9 months in a juvenile detention center.
My grandson was smothered to death due to someone's opioid induced deep sleep.

UNITED STATES *v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Alexis Pleus

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes    ☐ No

If yes, please explain:

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes    ■ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger  ■ Anxiety  ■ Fear  ■ Grief  ■ Guilt  ■ Chronic Fatigue

■ Sleep Loss  ☐ Addiction  ■ Appetite Change  ■ Sickness

■ Trouble Concentrating  ■ Financial Stress  ■ Depression

Please describe any other reactions to the crime committed.

Endless agonizing grief.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Alexis Pleus**

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes  ☐ No,

If yes, please explain:

Purdue and the Sacklers have targeted other activists. They have also paid for marketing campaigns to "counter the narrative of grieving moms."

What else would you like the Court to know about the defendant or your situation as a result of the crime?

Please read my statement attached.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

I am very interested in this. We are not getting an settlement from the bankruptcy because the courts are screwing the families out of any opportunity for restitution. Furthermore, I gave up my career and good paying job as a structural engineer to work on the frontlines of this epidemic and have done so every day for 11 years. Our organization, Truth Pharm, is desperate for funding to care for this still living and our Trail of Truth National memorial project could use funds to provide a grieving space for families who have lost loved ones.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Alexis Pleus

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

I spent my retirement fund and savings to start a nonprofit orgranization to repair the harms Purdue has caused. That's $180k. I have also given up a 6 figure job to run this organization, amounting to approximately $80k in lossed wages for 11 years. That's for starters. A funeral of over $5k.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

No

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

No

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

Many, just no time to document them now, I'm sorry.

123

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Bev Kelley-Miller

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☐ Yes

☑ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

**UNITED STATES v.** Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Megan Rose Kelley

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

My daughter started taking pain medications and then her boyfriend, Allen Moseng died from the pain medications. Two of his friends introduced her to heroin. I had no idea and found out after I paid $7,800 for her to participate in a four-day rapid detox facility in Detroit, Michigan on April 14, 2014. She was so sick from pancreatitis that she had to go to a local hospital and be on an IV.

When she was discharged 3 days later, she was met at the hospital even though a law had been passed that indicated the hospital did not have to report anyone's usage of heroin.

The hospital did report Megan and she was arrested by the Appleton Police and charged with 4 felony counts involving heroin. The end result is that she relapsed and ended up back in jail. When the judge in Outagamie County in Wisconsin sentenced her to wait 9 months before she could go to treatment. I asked if he'd change his mind because my insurance would pay the $5,600 for it. He said no. Megan became a target by the Appleton Police and acquired more charges. Four months after she was released from jail and was waiting for treatment, she relapsed, overdosed and died.

Addiction to pain meds played a huge role in how she became addicted to heroin and failed to get the proper treatment to live.

Have you and/or members of your family received counseling as a result of this crime?

☑ Yes ☐ No

If yes, please explain:

As I explained I ended up in grief counseling for 12 months. I took a lot of certification courses to understand SUD.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Megan Rose Kelley, Forever 22

**VICTIM IMPACT STATEMENT**

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes   ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes   ☐ No

If yes, please explain:

Megan never experimented with any hard drugs before she met her boyfriend. He was injured and then shared his multiple prescriptions with his friends including Megan.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes   ☐ No

If yes, please explain:

Allen Moseng, Forever 21 died as a result of taking Percocet on November 2, 2013. The drugs he used were legally prescribed by a doctor. Allen's death impacted Megan. Seventeen months later, she died from an overdose of heroin. Chemically the legally prescribed drugs contain the same type of Opiate drugs as the illicit drugs.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Megan Rose Kelley, Forever 22

**VICTIM IMPACT STATEMENT**

Do you believe the defendant failed to provide necessary care?

■ Yes ☐ No

If yes, please explain:
No doctor warned Allen or any of his friends that they would become addicted.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes ■ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger ☐ Anxiety ☐ Fear ■ Grief ☐ Guilt ☐ Chronic Fatigue

■ Sleep Loss ☐ Addiction ☐ Appetite Change ☐ Sickness

■ Trouble Concentrating ■ Financial Stress ☐ Depression

Please describe any other reactions to the crime committed.

Purdue Pharma and the Sackler family knew the risks and just kept making and selling the prescription drugs.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Megan Rose Kelley, Forever 22

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☐ Yes  ☑ No,

If yes, please explain:

Although the threat is that they won't believe they are responsible and sell off assets so they can't pay for their role in the deaths of so many people.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

I don't believe that the Court should allow Perdue Pharma and the Sacklers. I have been excluded from any o the judgments and Megan's death resulted from the medications that Perdue Pharma created and promoted. It is well documented that the Sacklers and Purdue Pharma were the architects of the overdose epidemic. We all deserve justice.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

I created a nonprofit named in honor of my daughter, Megan Rose Kelley called The Megan Kelley Foundation Raising Awareness about Addiction and Bringing a Message of Hope. I go into schools and inpatient treatment centers.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Megan Rose Kelley, Forever 22

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

My insurance would not pay for the procedure in Detroit, MI which involved the four-day rapid detox. It was an out-of-pocket expense that cost $7,800. It took 6 hours to drive to Detroit. Then the day she go

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

I was forced to put it on a credit card and paid the interest. It's more than 7 years old so I am unsure if the credit card company still has the records. My daughter died exac

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

I wasn't aware that any option to bring a civil action against the Sackers and Perdue Pharma.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

The biggest amount I was unable to recover was the $7,800 for the rapid detox procedure in Detroit, MI cost. There was the cost of gas and a motel room from April 14-April 17.

# 124



My Dad, Denny Clark Lester, otherwise known as "Screech" by most who knew him, was born on June 23, 1953, in a small clinic in Panther, WV. The first and only child out of twelve to be born in a medical facility. He was breech, thus requiring a physician to assist with the delivery. That physician was Dr. Clark, and the reason for my Dad's middle name.

My Dad grew up and lived all his life in Southern WV. He was a son, a brother, a father, a grandfather, a friend, a veteran, a coal miner, a DIY'er, a jokester, a perfectionist, and an endlessly talented Artist. He loved to tease and make people laugh, and he had this amazing ability to imitate sounds. He could pick a person, a character, or an animal sound, and perfectly imitate them. He earned the nickname of "Screech" by imitating a screech owl as a young boy. That name stuck with him throughout life.



My Dad was smart, kind, funny, generous, talented, creative, and caring. He had a heart of gold, and he truly wanted the best for everyone he cared about. He was always one of the first to lend a hand to someone who needed help. He was an artist, regardless of pencil, charcoal, brush, or DIY construction. He pursued pieces or projects until he reached, as close as possible to perfection. I watched and wished I could be as talented as he was. I continue to dream of being an artist, and I strive to achieve that perfection in everything I do.



My Dad was a father of two, a son and a daughter. He was a grandfather to one granddaughter, my daughter Sydney, who quickly stole his heart. He spoiled Sydney and wanted to give her the world. If she pointed to something, he felt she had to have it. They brought each other many smiles and so much joy.

My Dad was prescribed Purdue Pharma's drug OxyContin by his doctor at the VA Hospital for back pain. It was pushed to him as some sort of non-addictive wonder drug that would take away his pain and solve all his problems. He quickly expressed concerns of it's strength and felt he didn't need to take it every day. His doctor encouraged him to take it as prescribed and explained that this was needed to help prevent the pain. However, when the pain relief didn't last as long as the doctors stated it would, he found himself needing to take more. It wasn't long before his prescription wouldn't last the entire month, and he found himself searching to buy OxyContin from the street. He contacted his doctor and confessed that he had bought it from the street, and he was troubled by it. He expressed concerns about being addicted to OxyContin. However, instead of recognizing he was in trouble, they explained that he wasn't addicted; it was just his body telling him he needed a higher dose. They increased his dose, again, and again. His medical records noted this as "Pseudoaddiction" and the reason for doubling his dosage.

My Dad died on August 1, 2004, at 51 years of age, because of his addiction to OxyContin.

My Dad died only three years after first being prescribed OxyContin. His journey with this drug began at 10mg per day and ended with him being prescribed over 400mg per day. In those three years, he suffered three overdoses, yet they continued to prescribe OxyContin. I requested his medical records from hospital stays, took the hard copies in, and practically begged them to stop prescribing this drug to him; they continued to prescribe OxyContin. They prescribed enough so that he didn't need to buy from the street. They convinced him that he wasn't an addict because he had a valid prescription. He suffered three overdoses, and they continued to prescribe OxyContin.

Had Purdue and OxyContin not stolen his life from him, he would've had the chance to know his now four beautiful granddaughters, ███████████████████ and a great-grandson on the way, ██████ I can only imagine the happiness this would've brought all of them.



Had Purdue and OxyContin not stolen his life from him, he would've had decades to experience the joy and love of his children and grandchildren.

Had Purdue and OxyContin not stolen his life from him, he would've been there to hold them as babies, spoil them as toddlers, celebrate at birthday parties, take pictures and video at school dances, cheer for them at ballgames and swim meets, support and encourage them to be the best they can be, and stand proudly at graduations.

Purdue and OxyContin robbed him of his health.

Purdue and OxyContin robbed him of the privilege to meet the rest of his grandchildren and great-grandchildren.

Purdue and OxyContin robbed him of the privilege to share in the lives and celebrations of he loved.

Purdue and OxyContin robbed him of the joy of being a proud grandfather.

Purdue and OxyContin robbed my children and my nieces of getting to know him and feel the love he would've had for them.

Purdue and OxyContin robbed my brother and I from having a life with our dad.

Purdue and OxyContin stole my father from me. They stole my ease and calmness about life and replaced it with grief, sadness, anxiety, and regret.

My brother Seth and I were instantly and forever changed on August 1, 2004. Not a day has passed in these last nearly 22 years that I haven't thought of him and the what ifs. I miss him every day. I have watched my girls and nieces grow and grieved the fact that he wasn't here to see them. All of the milestones and achievements he missed that I know he would've loved to see. The struggles and difficult times when I know he would've been there to help us.

The world changed for me in that moment. The way I view it, the way I feel it, the way I live in it. Purdue and OxyContin took my father's life from him, and they forever changed mine.



132

UNITED STATES *v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Charlene Dwodu

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be considered to provide an oral statement at the sentencing hearing on April 21, 2026:**

☐ Yes

☑ No

➤ Please note the court has advised that anyone who wishes to make an oral statement must elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

UNITED STATES v. _Purdue Pharma L.C._

COURT DOCKET NUMBER: _2:20-cr-01028-MCA_

VICTIM NAME: _Charlene M. Daodu_

### VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Due to me becomming addicted to opiods my children and I got seperated for about 6 years. I use to be a Sunday School teacher that ended up going to Prison as a result of my addictions. My son was born with a severe case of NAS, that at 16 he still has problems. He is in Special classes. Had multiple surgeries the first couple years. I stacked up multiple medical and legal fees. I also gave birth to a still born baby that passed away. My whole life has changed And today i'm still trying to find myself.

Have you and/or members of your family received counseling as a result of this crime?

☑ Yes ☐ No

If yes, please explain: Yes, I've been getting Canseling on and off for a couple years. My children also went to Canseling at SunCoast mental health. We were seperated 6 years that I cant get back.

UNITED STATES v. _Purdue Pharma L.C,_

COURT DOCKET NUMBER _2:20-cr-01028-MCA_

VICTIM NAME: _Charlene Daody_

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

[X] Yes   [ ] No

If yes, please explain: I did express concerns to Any Dr. especially when I became pregnate

Do you believe the defendant began or contributed to you and/or your family member's addiction?

[X] Yes   [ ] No

If yes, please explain: Yes absolutely because I wasn't addicted before being prescribed those highly addictive meds without being properly informed how my life was going to Change forever

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

[X] Yes   [ ] No

If yes, please explain: I over dosed was unconscious. I almost faced arm amputation due to becomming an IV user we had multiple heart attacks and pacemaker due to so much heart damage i'm left with. Not to mention at 48 i'm going through testing for dementia. I'm left with severe memory loss, forgetfullness, short term memory

UNITED STATES v. Purdue Pharma L.C.

COURT DOCKET NUMBER 2:20-cr-01028-MCA

VICTIM NAME: Charlene Daodu

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☑ Yes   ☐ No

If yes, please explain: I believe they Failed to propery educate Dr's so that Patients can bei propery educated. At least made aware. And given the choice.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes   ☐ No

If yes, please explain: Not Sure

Have you experienced any of the following reactions to the crime:

☑ Anger   ☑ Anxiety   ☐ Fear   ☑ Grief   ☑ Guilt   ☑ Chronic Fatigue

☑ Sleep Loss   ☑ Addiction   ☐ Appetite Change   ☑ Sickness

☑ Trouble Concentrating   ☑ Financial Stress   ☑ Depression

Please describe any other reactions to the crime committed. I am always feeling regret and surry for getting addicted. I'm at Fear of ever having to take opiods for any reason, I Still have night mares and left with short term memory

UNITED STATES v. Purdue Pharma L.C.

COURT DOCKET NUMBER: 2:20-cr-01028 MCA

VICTIM NAME: Charlene Daodu

### VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☑ Yes   ☐ No.

If yes, please explain: I Feel they will be a threat iF they are able to do it again.

What else would you like the Court to know about the defendant or your situation as a result of the crime? I became an addict. Safely in my Dr office. went From Sunday school teacher to Prision. Had a Son born with NAS due to opiod usage. Had a stillborn daughter due to opiod. Got divorced lost custody of my Kids. loss my home, my vehicle my freedom B. Went From home owner to home less. Loss so much

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain. Yes I'm interested in being Compensated. Although many things were Priceless. I could definetly use and appreciate some form of Compensation As I am disable now and still struggling to put pieces back together

UNITED STATES v. *Purdue, Pharma Cr C.*

COURT DOCKET NUMBER: *2:20-Cr-0102 MCA*

VICTIM NAME: *Charlene Dawdu*

**VICTIM IMPACT STATEMENT**

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant. *I lost monies over years of getting incarcerated due to opiod use and recieving many Court and legal Fees, medical Fees From numerous hospitilizations, And loosing my place to live*

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction. *Not Civil, but Class action, United States v. Purdue Pharma*

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible. *I have several years of medical bills to being hospitalized many times, Paramedic bills. I lost my transportation*

United states v. Purdue Pharma L.C.
2:20-cr-01028 MCA

Charlene Dooku

Honorable Judge,

Around 2009-2010, I started being prescribed opiods do to chronic back and hip pain. Noone warned me of the roller coaster ride I was getting on. At first I didn't realized I became addicted to my pain meds until I ran out I day early, I became pregnate and was put in a DCF case because I was on opiads. My OBGYN tried to work with my pain management Dr. to get me off, Pain Dr. refused to try to get me off, DCF couldnt figure out how to handle my case because I was medically prescribed them, I decided to take myself off of the medication. I got hospitalized and was told I couldn't get off while I was pregnate because I could cause a miscarriage. Yet DCF still kept

me in an open case and case plan. My son was born with NAS neonatal abstinence syndrome. He stayed in the hospital the First 5 months. By this point I was taking more than I was supposed to. I started going through withdrawls. Became desperate my life started going down. I eventually become an IV drug user. I was in and out the hospital. I, eventually got divorced, couldn't complete my DCF case, Lost my kids, my home, my vehicle, my freedom. I had never been in trouble in my life, but started getting incarcerated, I use to be a Sunday School teacher. I literally went from the pool pit to Prison. At one point my life made sense. I became homeless on the street from being a home owner. Eventually become pregnate again I had an 9lb 11oz still born daughter I delived a full term dead daughter that Passed away that opiod usage caused

after loosing my Children to my ex husband having my baby passed. I went through ronic depression, severe anxiety and PTSD. ter several failed rehab attempts, I went o Prison, Got Clean and sober. I got released d maintained my Sobriety, then I had a heart attack and a pace maker. I was on pain meds in hospital and for 2weeks after discharged. I had no idea after being Sober for 9 years. That short surgery, and hospital stay, woke that monster up again. I started feeling a familiar feeling, sick and agitated. I eventually put it together after completing my medication. I discovered I was back Withdrawing, I would of never imagened 9 years Clear, and 2 weeks of having to take pain meds. I was back with that feeling that id never thought I'd feel again in life. I relapsed. I am aware today that I have to be Careful for the rest of my life. I eventually

If you prefer, visit Accept.CreditOneBank.com or call 1-800-536-2600

got stable housing, started receiving disability and got all of my children back. This caused so much pain with my mom and children. I was out of their life for about 6 years. I can never get that back again. I still battle with guilt. My children had to attend Canseling, so did I. I felt like I lost my place as a mother. I still find it hard at times to stop apologizing to my family. Although they forgave me, and today I have overcome so much, I still cant forgive myself. My addiction destroyed me. Had my ex-husband understood addiction we may have worked it out. I use to have such a closeness with God, now I still battle my relationship spiritually with GOD. I lost me, I have still not fully found myself

Feel the Sackler Family failed to be honest, failed to inform or educate People on what is really about to happen with their life, This opiod situation is life changing. My life will never be the same and this is all because I had Chronic pain.

I definately feel Sackler's/Purdue should be responsible for compensating me at the very least. Theres no amount can replace my losses, because they are priceless, for the rest of my life I will always have to be careful and aware. So that I'm never in this situation again. Prevention is better than Cure.

Thank you so much for your time

Sincerly

Charlene Dowdu

133

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Sarah Smith**

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☐ Yes

☑ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

*UNITED STATES v.* <u>Purdue Pharma L.P.</u>

**COURT DOCKET NUMBER:** <u>2:20-cr-01028-MCA</u>

VICTIM NAME: <u>Sarah Smith</u>

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Daughters was killed with fentanyl

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes ☐ No

If yes, please explain:

I attend grief counseling

UNITED STATES v. **Purdue Pharma L.P.**

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: **Sarah Smith**

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:
Easy access.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☐ Yes  ☐ No

If yes, please explain:

UNITED STATES v. _Purdue Pharma L.P._

COURT DOCKET NUMBER: _2:20-cr-01028-MCA_

VICTIM NAME: _Sarah Smith_

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes   ☐ No

If yes, please explain:

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes   ■ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger   ■ Anxiety   ■ Fear   ■ Grief   ■ Guilt   ■ Chronic Fatigue

■ Sleep Loss   ☐ Addiction   ☐ Appetite Change   ☐ Sickness

■ Trouble Concentrating   ■ Financial Stress   ■ Depression

Please describe any other reactions to the crime committed.

UNITED STATES v. _Purdue Pharma L.P._

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Sarah Smith

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☑ Yes ☐ No,

If yes, please explain:

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Sarah Smith

### VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

# 136

UNITED STATES v. __Purdue Pharma L.P.__

COURT DOCKET NUMBER:__2:20-cr-01028-MCA__

VICTIM NAME: __Nikko White__

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be _considered_ to provide an oral statement at the sentencing hearing on April 21, 2026:**

☐ Yes

☑ No

> ➢ Please note the court has advised that anyone who wishes to make an oral statement __must__ elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

UNITED STATES *v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Nikko White

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

My brother died from a fentanyl overdose.

Have you and/or members of your family received counseling as a result of this crime?

☑ Yes ☐ No

If yes, please explain:

I have had to get help with the grief.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Nikko White**

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:
It being so easily found.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes  ☐ No

If yes, please explain:
My brother died from an fentanyl overdose.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Nikko White

**VICTIM IMPACT STATEMENT**

Do you believe the defendant failed to provide necessary care?

☑ Yes    ☐ No

If yes, please explain:
Should had made it illegal.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes    ☑ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☑ Anger    ☑ Anxiety    ☐ Fear    ☑ Grief    ☐ Guilt    ☐ Chronic Fatigue

☑ Sleep Loss    ☐ Addiction    ☑ Appetite Change    ☐ Sickness

☐ Trouble Concentrating    ☐ Financial Stress    ☐ Depression

Please describe any other reactions to the crime committed.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Nikko White**

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes ☐ No,

If yes, please explain:
It needs to go away.

What else would you like the Court to know about the defendant or your situation as a result of the crime?
This needs to end the epedemic of these many prescription drugs.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Yes

UNITED STATES *v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Nikko White

**VICTIM IMPACT STATEMENT**

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

The money for the funeral my travels back to California. Cremation.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

138

*UNITED STATES v.* Purdue Pharma L.P.
_____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: Brandon Roberts, Matthew Roberts, Jennifer Magnelli, Peyton Magnelli
_____

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☐ Yes

☑ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

*UNITED STATES v.* _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA _____

VICTIM NAME: Brandon Roberts, Matthew Roberts, Jennifer Magnelli, Peyton Magnelli
_____

**VICTIM IMPACT STATEMENT**

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

**How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.**

My name is Kristie Hanson, and I am the mother of a son whose life was taken by addiction to opiates, and the parent and grandparent of others who continue to suffer from it. I am writing this statement to describe the devastating impact that opiod addiction - fueled by the actions of Purdue Pharma (hereinafter, "Purdue") - has had on my family.

Before addiction entered our lives, we were a close family with hopes, plans, and a sense of stability. That changed as prescription oipiods became more available and more widely used due to Purdue's illegal, aggressive, and deceptive marketing practices. What began as something presented as safe and manageable quickly turned into years of dependency, struggle, and loss.

I lost my son to this epidemic. There are no words that fully capture the pain of losing a child. It is a grief that never leaves, a constant ache that affects every part of my life. I think about him every day - what he could have been, the life he should have had, and the memories we will never get to make. His absence is felt in every family gathering, every holiday, in every quiet moment.

In addition to losing my son, two of my other children have battled opiod addiction for years. 30+ YEARS! Their struggles have brought fear, heartbreak, devastation, and uncertainty into our lives. There have been countless sleepless nights wondering if they are alive and safe, if they will survive, and if they will ever find their way out of addiction. As a parent, it is overwhelming to feel so powerless while your children suffer.

The impact has also reached my granddaughter. Despite my support and attempts at intervention, she grew up in the shadow of addiction - experiencing instability, emotional pain, and the absence or inconsistency caused by parents struggling with substance use. The impact is also affecting my 6 year-old great-grandson, her son, who is being raised by parents who are addicted to opiates. No child should have to endure that kind of hardship. I breaks my heart to see how this crisis affected her childhood and is now affecting her son's childhood. It all began with prescription Oxy-Contin.

This has not only been an emotional burden, but also a financial and physical one. The stress, the need to arrange my life in order to step in and support family members, raise grandchildren, and the long-term toll of grief and worry have affected every aspect of my life, including my own physical health. Our family has been adversely changed forever.

I believe that Purdue played a significant role in creating and fueling this crisis by promoting and distributing opiods without being fully transparent about their risks. The consequences of those actions are not abstract - they are real, and they are devastating. They are measured in lives lost, families broken, and futures stolen, as beared out by my family's lived experience.

I am sharing my story not only to honor my son, who literally gave his heart to another on April 28, 2022, and support my chidren and their children, but also to ensure that the true human cost of this epidemic is understood. No family should have to endure what we have gone through.

**Have you and/or members of your family received counseling as a result of this crime?**

☑ Yes   ☐ No

If yes, please explain:

My deceased son received counseling and in-patient treatment for his opiate addiction so many times, I lost count - over six times, I beileve. My other son also received counseling and several in-patient treatment stays for his opiate addiction. Over the years, I also received counseling through private counselors, the counseling made available at the in-house treatment centers. In addition, I have been and am currently an active member of Al-Anon and Nar-Anon - recovery programs that help the loved ones of those suffering from addiction.

*UNITED STATES v.* <u>Purdue Pharma L.P.</u>

**COURT DOCKET NUMBER:** <u>2:20-cr-01028-MCA</u>

VICTIM NAME: <u>Brandon Roberts, Matthew Roberts, Jennifer Magnelli, Peyton Magnelli</u>

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:

The opiate addiction in my family began when a teenaged cancer patient shared his generous prescription of OxyContin with my children. The addiction continued due to the lies covering up the true addictive nature of OxyContin and the overprescription and ultimate immense street supply of OxyContin.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☐ Yes  ☒ No

If yes, please explain:

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Brandon Roberts, Matthew Roberts, Jennifer Magnelli, Peyton Magnelli

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes   ☐ No

If yes, please explain:

The defendant used aggressive, deceptive marketing and distribution practices, defrauded the DEA, paid illegal kickbacks to doctors to overprescribe, not caring at all about what their drug was doing to our children and society.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes   ■ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger   ■ Anxiety   ■ Fear   ■ Grief   ■ Guilt   ■ Chronic Fatigue

■ Sleep Loss   ■ Addiction   ■ Appetite Change   ■ Sickness

■ Trouble Concentrating   ■ Financial Stress   ■ Depression

Please describe any other reactions to the crime committed.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Brandon Roberts, Matthew Roberts, Jennifer Magnelli, Peyton Magnelli

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes  ☐ No,

If yes, please explain:

The defendant has shown their colors - they do not care how their greed and dishonesty devastates the lives of others.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Brandon Roberts, Matthew Roberts, Jennifer Magnelli, Peyton Magnelli

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

I can't list them in their entirety, do not readily have receipts or the energy to find and provide the recipts I do/may have. It has been a lifetime of financial losses - multiple treatment for multiple of my children and grandchildren, medical bills, cost of raising three grandkids, cost of moving to bigger house so I could raise grandchildren due to their parents' addiction to opiates, loss of money and possessions to theft caused by addiction, travel expenses to and from treatment, counseling, dr. appointments, etc.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

139

UNITED STATES v. _Purdue Pharma L.P._

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: David Micheal Buntjer

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☐ Yes

☑ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

**UNITED STATES v.** _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: David Micheal Buntjer
_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

I lost my 18 year old son to fentanyl poisoning. He took a little blue pill and died. The opioid epidemic started long before my beautiful son David died, thanks to Purdue Pharma. I wonder how many people wouldn't have needlessly died because of greed. My son should be 22 now, I wonder if he would have had children of his own. Am I supposed to be a grandma right now? I will never know, my son never got the chance. Every day is hard without him.

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes  ☐ No

If yes, please explain:

I believe it contributed to his use of pills, because they are everywhere and that started with Purdue

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: David Micheal Buntjer

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☐ Yes  ☒ No

If yes, please explain:

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☐ Yes  ☒ No

If yes, please explain:

UNITED STATES v. __Purdue Pharma L.P.__

**COURT DOCKET NUMBER:** __2:20-cr-01028-MCA__

VICTIM NAME: __David Micheal Buntjer__

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☐ Yes   ☒ No

If yes, please explain:

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes   ☐ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger   ☒ Anxiety   ☒ Fear   ☒ Grief   ☒ Guilt   ☒ Chronic Fatigue

☒ Sleep Loss   ☐ Addiction   ☐ Appetite Change   ☐ Sickness

☒ Trouble Concentrating   ☐ Financial Stress   ☒ Depression

Please describe any other reactions to the crime committed.

UNITED STATES v. __Purdue Pharma L.P.__

COURT DOCKET NUMBER: __2:20-cr-01028-MCA__

VICTIM NAME: __David Micheal Buntjer__

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☑ Yes  ☐ No,

If yes, please explain:

They should never have the opportunity to destroy more lives again

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: David Micheal Buntjer

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

2 weeks lost income as well as funeral costs.

**142**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Alex Lesieur

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☐ Yes

☑ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

UNITED STATES v. _Purdue Pharma L.P._____

COURT DOCKET NUMBER: _2:20-cr-01028-MCA_____

VICTIM NAME: __Alex Lesieur_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

I lost my son Alex Lesieur age 32 to an opiod addiction on may 17 2018. After a 12 year struggle with opioids that started with rx for pain medication oxy contin and turned him to heroin he lost his battle. Alex lived with me his whole life and my world was turned upside down for his entire addiction. He fought his battle and I helped him fight to no avail. I found home dead in his bedroom on the date stated above. I have been diagnosed with ptsd. Along with being prescribed heavy duty anxiety meds and a crushed soul daily.

Have you and/or members of your family received counseling as a result of this crime?

☑ Yes  ☐ No

If yes, please explain:

I was seeing a therapist for last 8 years and I have a pschiatrist I speak to regularly who prescribed my meds for my trauma anxiety and ptsd.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Alex Lesieur**

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes ☐ No

If yes, please explain:

It pushed him to street drugs

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes ☐ No

If yes, please explain:

Defendants product contributed to his opiod addiction.

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Alex Lesieur

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☒ Yes   ☐ No

If yes, please explain:

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes   ☒ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger   ☒ Anxiety   ☒ Fear   ☒ Grief   ☒ Guilt   ☒ Chronic Fatigue

☒ Sleep Loss   ☐ Addiction   ☐ Appetite Change   ☐ Sickness

☒ Trouble Concentrating   ☐ Financial Stress   ☒ Depression

Please describe any other reactions to the crime committed.
Loosing the will to move on with my life.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Alex Lesieur**

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☐ Yes    ☒ No,

If yes, please explain:

What else would you like the Court to know about the defendant or your situation as a result of the crime?

Lots of crying questioning quilt and no puppies for my life.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

I would like to be compensated for all the pain I continue to endure.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Alex Lesieur

**VICTIM IMPACT STATEMENT**

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

Medical bills.