145

From:       Cathy Archer Maher
To:         Victimassistance Fraud (CRM)
Cc:         Cathy Archer Maher
Subject:    [EXTERNAL] Henry Stuart Archer (Victim Impact Statement) PUBLIC
Date:       Thursday, April 16, 2026 4:49:06 PM

Hello Victim Assistance:

My brother, Henry Stuart Archer died of an OxyContin Overdose in April 2009 in Whistler, BC.  A victim impact statement can't begin to convey the heartache of knowing how he struggled/suffered & the fact that he died alone.

Stu (Stuart) fit the standard profile of death in this Opioid Crisis.  He had a severe workplace injury (Right Hand) & was given Oxycontin in the course of managing his condition.  Also bear in mind that the injury was in his dominant hand & that he worked with his hands in a highly demanding job every single day.

It has been well documented that the Sacklers were not really held to account for their role in this crisis.  The marketing of Oxycontin also involved questionable behaviour on the part of Purdue Pharma & the prescribing medical professionals.  So many people were responsible ...

As I write, BC is marking the 10th anniversary of the Opioid Crisis.  I worry about all the other victims (newborns born addicted, children with both parents dead, parents losing their children, lost partners & dear friends etc. etc.).  So much pain for everyone to bear.

Please know that we have lost so many but they will never be forgotten.  Make sure this never happens again!

Miss you Stu!


Thanks for listening,
Cathy Archer Maher

**150**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Daniel Joseph Provost

**Please select one of the following as it relates to your statement that follows:**

[ ] I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

[✔] I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

[ ] Yes

[✔] No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

**UNITED STATES v.** _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA _____

VICTIM NAME: Daniel Joseph Provost

_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

My only child, Dan Provost, passed away at age 23, from a heroin overdose on June 24, 2014. While he experimented with marijuana in high school, his real drug addiction took hold when he received a script for an opioid following wisdom teeth extraction when he was 18. Thirty (30) pills. What should have been a normal right of passage for a teenager, turned out to be the introduction of hard drugs into my son's life. Eventually, as opioids became more difficult for him to obtain, he turned to heroin to satisfy his drug addiction.

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes ☐ No

If yes, please explain:

My husband and I attend monthly GRASP (Grief Recovery After Substance Passing) meeting for support.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Daniel Joseph Provost

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes    ■ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

■ Yes    ☐ No

If yes, please explain:

As stated above, the prescription for opioids following wisdom teeth extraction contributed DIRECTLY to my son's addiction. There is no question in my mind that he never would have turned to opioids or herion otherwise.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

■ Yes    ☐ No

If yes, please explain:

As set forth above

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Daniel Joseph Provost

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☑ Yes ☐ No

If yes, please explain:

I believe that the defendant failed to provide sufficient warnings about the probability of addiction to opioids. Not the certainty, but likely probability of addiction.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes ☑ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☑ Anger ☐ Anxiety ☐ Fear ☑ Grief ☐ Guilt ☐ Chronic Fatigue

☑ Sleep Loss ☐ Addiction ☑ Appetite Change ☐ Sickness

☐ Trouble Concentrating ☐ Financial Stress ☑ Depression

Please describe any other reactions to the crime committed.

One does not loose a child and not suffer from most of the reactions above; some were temporary, others have lingered 12 years later.

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Daniel Joseph Provost

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

■ Yes ☐ No,

If yes, please explain:

A company cannot cause mass harm and death, then hide behind bankruptcy, pay money and avoid real accountability. This company is a threat to all we hold precious.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

There is nothing that can be done to bring my son back. But if there is anything that I can do or say to prevent another parent from having to experience this loss, I will do it!

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

I would heartily consent to restitution being made to an addiction recovery center in my area.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Daniel Joseph Provost

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

It cost us $2,422.50 for Dan's funeral and $720.00 for a headstone at the cemetery.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

Other expenses would be too numerous to mention.

**151**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Michael Palmer

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☐ Yes

☑ No

> ➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Michael Palmer

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

My brother, my only sibling, overdosed because of medications produced by this company. It has caused my family considerable pain, suffering and emotional damage. Our lives have never been the same without him.

Have you and/or members of your family received counseling as a result of this crime?

■ Yes  ☐ No

If yes, please explain:

We've all had counseling regarding his death. My daughter, his Godaughter, continues to be in therapy. He took the place of her father and she was devastated by his death.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Michael Palmer**

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☑ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☑ Yes  ☐ No

If yes, please explain:

He was prescribed Oxycodone after an injury and became addicted. He was unable to stop taking it even after the doctor stopped prescribing it. He was hospitalized several times for rehabilitation but the addiction was so strong he was unable to stop. He overdosed after several years of addiction. He was only 43 and left behind an 11 year old daughter who was severely traumatized as she and her mother we're the ones who found his body.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☑ Yes  ☐ No

If yes, please explain:

My brother Michael overdosed on the medication produced by them.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Michael Palmer

**VICTIM IMPACT STATEMENT**

Do you believe the defendant failed to provide necessary care?

☒ Yes    ☐ No

If yes, please explain:
They continued to produce this medication knowing it could result in overdose.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes    ☒ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger    ☒ Anxiety    ☒ Fear    ☒ Grief    ☒ Guilt    ☐ Chronic Fatigue

☒ Sleep Loss    ☐ Addiction    ☐ Appetite Change    ☐ Sickness

☐ Trouble Concentrating    ☐ Financial Stress    ☒ Depression

Please describe any other reactions to the crime committed.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Michael Palmer**

### VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes   ☐ No,

If yes, please explain:
They continue to make these medications knowing the dangers.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Michael Palmer

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

152

*UNITED STATES v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Rachael Scarpa

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☒ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☒ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Rachael Scarpa

**VICTIM IMPACT STATEMENT**

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Yes, very much so. My son was born addicted to oxycodone that I was prescribed to dueing pregnancy. I suffered severe depression from suffering a miscarrige in 2012 due to stopping oxycodone that I was prescribed cold turkey. Was hospitalized 3 day from hammoraging from the miscarrige and needed 3 blood transfusions. Turned my life and my childrens lives upside down. Suffer Constant anxety, deppession, to this day. I have never been the same and lost prescious moments with my 2 sons. Caused major tension with my family and friends.

Have you and/or members of your family received counseling as a result of this crime?

☑ Yes ☐ No

If yes, please explain:

Drug counseling due to moving onto heroine after disontinuing oxycodone.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Rachael Scarpa

### VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes ☐ No

If yes, please explain:

not sure what this means.

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☑ Yes ☐ No

If yes, please explain:

If I was never introduced to Oxycodon a lot of heartach, by a Doctor (Dr Ruhai Li) a lot of heartache and suffering would have been avoided.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☑ Yes ☐ No

If yes, please explain:

Quit cold turkey due to pregnancy in 2012, caused miscarrige which resulted in hemorage and major blood loss. 3 day hospital stay & blood trans and loss of child.
My son was born 2014 addicted spent 10 days in NIcu after Dr prescribed during pregnancy. I was to scared to stop imm. after miscarridge.

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Rachael Scarpa

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☑ Yes  ☐ No

If yes, please explain: uneducated on the detrimental effects and side effects of Oxycodone.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes  ☑ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☑ Anger  ☑ Anxiety  ☐ Fear  ☑ Grief  ☑ Guilt  ☑ Chronic Fatigue

☑ Sleep Loss  ☐ Addiction  ☑ Appetite Change  ☑ Sickness

☑ Trouble Concentrating  ☑ Financial Stress  ☑ Depression

Please describe any other reactions to the crime committed.

depression, impulsion, embarrassment, headachs Isolation, Major money loss

UNITED STATES v. **Purdue Pharma L.P.**

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: _Rachael Scalpi_

**VICTIM IMPACT STATEMENT**

Do you feel the defendant is or will be a threat to you, your family, or the community?

☑ Yes  ☐ No,

If yes, please explain:

Not to me personally but to the community due to crimes and drug use.

hd over 300+ service was very active in community before was prescribed.

to being a key witness for DEA against Dr. Fuhai Li. What else would you like the Court to know about the defendant or your situation as a result of the crime? I went from being a Girl Scout Gold Award recipient to being a key witness for DEA against Dr. Fuhai Li. he was found guilty, currently serving 25+ year sentence. My son Wyatt I believe suffers certain conditions due to oxycodon prescribed during pregnancy

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

I could not go back to work, needed to care for son.

Suffered severe withdrawal symptoms, still suffer with anxiety, depression.

Drug use after discontinuing prescribed oxycodone made life so difficult, and greatly affected my family. Have been clean 4+ years.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Rachael Scarpa

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Spent majority of money after prescription was discontinued being Dr. Li was sentenced to jail and lost licence.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

no

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

yes, United States v. Li
Docket. 3:16-cr-00194, Middle district of PA

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

**153**

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: S███████T██████████

Please select one of the following as it relates to your statement that follows:

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

I would like to be **considered** to provide an oral statement at the sentencing hearing on April 21, 2026:

☐ Yes

☑ No

➢ Please note the court has advised that anyone who wishes to make an oral statement **must** elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

**UNITED STATES** *v.* _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: S████ T████████
_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

S████ was born addicted to oxycodone and went through withdrawals after birth and also had a very hard time as a newborn, she then developed learning disabilities and also undergoing more testing because there is a possibility that she can have other disabilities to S████ also is bullied in school due to her disability she goes through a lot and has been through a lot because of one medication oxycodone that destroyed our life, myself the mother Deborah Simmons I was placed on Suboxone because I became an addict to the oxycodone during the time of my pregnancy with S████ had to reach out and get help and now I have to go to a doctor every month and also counseling S████ also has to go to counseling every month also my teeth are destroyed and it's going to cost me about $10,000 to get my whole mouth reconstructed this is only the beginning of our story I wish I was able to come to court and tell our whole story but I'm unable to do that because I cannot travel with S████ due to her disability but thank you for taking the time out to listen at just a little piece of the story our life has been upside down due to this medication it is not fair to neither me nor S████ what we have been through I hope you take this and consideration because something should be done about this we should have some sort of Justice money may not fix everything but it will help fix some of the problems that this medication caused in our life I hope and praying that one day something can be done about this medication because I know there's many other people that has probably been through the same thing that I and S████ are going through right now again thank you for listening at what I had to say.

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes   ☐ No

If yes, please explain:

Yes I go the mother Debra Simmons once a month I was also placed on the Suboxone and have to go once a month for that also S████ is also in counseling.

*UNITED STATES v.* **Purdue Pharma L.P.**

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: S█████ T██████

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes    ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes    ☐ No

If yes, please explain:

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes    ☐ No

If yes, please explain:

S█████ T██████ was born addicted to the opiate Oxycodone, that caused learning disabilities and withdrawals after birth.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: S████ T█████

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☑ Yes    ☐ No

If yes, please explain:

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes    ☑ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☑ Anger  ☑ Anxiety  ☑ Fear  ☑ Grief  ☐ Guilt  ☐ Chronic Fatigue

☐ Sleep Loss  ☑ Addiction  ☐ Appetite Change  ☐ Sickness

☑ Trouble Concentrating  ☑ Financial Stress  ☑ Depression

Please describe any other reactions to the crime committed.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: S████ T█████

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☐ Yes   ☒ No,

If yes, please explain:

What else would you like the Court to know about the defendant or your situation as a result of the crime?

This has changed our life forever. S████ will forever be disabled. She will not be like other kids. That was taken from her. I have to see a doctor once a month for this and S████ sees a doctor every three months.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

UNITED STATES v. **Purdue Pharma L.P.**

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: S████ T████

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

**$250.00 a month used in gas for doctor visits for S████ and Deborah.**

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

**Doctor visits monthly $250.00**
**Gas  for visits monthly $250.00**
**Lost income due to inability to work $20,000**

157

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Michael Swartz

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☐ Yes

☑ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

*UNITED STATES v.* _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: Michael Swartz
_____

### VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes   ☐ No

If yes, please explain:

Private therapy counseling and church counseling.  All self paid.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Michael Swartz

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:

Purdue Pharma pushed this drug to the doctors and the doctors pushed it to the patients-knowingly how addictive it was.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes  ☐ No

If yes, please explain:

Mike died.

UNITED STATES v. _Purdue Pharma L.P._____

COURT DOCKET NUMBER: _2:20-cr-01028-MCA_____

VICTIM NAME: _Michael Swartz_____

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes    ☐ No

If yes, please explain:

They did not tell the patients how addicting it was and offer ways to get off of it.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes    ■ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger    ■ Anxiety    ■ Fear    ■ Grief    ☐ Guilt    ☐ Chronic Fatigue

■ Sleep Loss    ☐ Addiction    ☐ Appetite Change    ☐ Sickness

☐ Trouble Concentrating    ■ Financial Stress    ■ Depression

Please describe any other reactions to the crime committed.

His daughter suffers from severe mental illness I believe related to the death and growing up without her father.

UNITED STATES *v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Michael Swartz

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes    ☐ No,

If yes, please explain:

They continue to market the product!

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Michael Swartz

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

Rehab centers for not only Michael but for his daughter M████. Childcare costs. Private therapy and counseling. Interventionist. Loss of income.

# Community mourns death of PDR's Michael Swartz

Carmel Valley mourns the loss of Michael Swartz, a bright and energetic real estate broker, loving friend, son, father and husband. Michael was the owner and proprietor of Premier Discount Real Estate, Inc., a dream he fulfilled to serve the real estate needs of San Diego and Orange County; a dream his wife, Julie, will continue to keep alive.

Michael passed away peacefully in his sleep June 29. He fought a courageous battle against a prescription medication addiction. During this struggle, he headed up a Christian 12-step program called "The Most Excellent Way" held Wednesday nights at El Camino Community church in Encinitas. His family hopes his legacy will live on through these meetings to help others with similar afflictions. Michael is survived by his parents Robert and Polly Swartz of



**Michael Swartz**

Solana Beach, sister Kathie Thoma of Carlsbad, wife Julie and children ▊▊▊▊ 5, and ▊▊▊▊ 3.

See SWARTZ, page 32

## SWARTZ

continued from page 1

Michael was born in Pasadena, Calif., on April 5, 1962, and moved to Solana Beach with his family in 1970. As a teen, Michael was an avid surfer and brought a passion to everything he did. He graduated from Torrey Pines High School and later Sacramento State University where he was a member of Sigma Alpha Epsilon fraternity. Michael met his wife, Julie, after college and they made their family home in Carmel Valley. In 1995, they opened PDR which quickly grew to great success. Michael was a regular at Frog's gym where members are often seen wearing PDR T-shirts he generously passed out. He also loved the spotlight and enjoyed modeling and acting as a hobby.

A memorial service in celebration of Michael's life was held on Monday, July 2, at Michael's home church, Horizon Christian Fellowship in Fairbanks Ranch. The church was filled with hundreds who wept as Pastor Bob

Botsford and others came forward to tell of Michael's life and tragic end. The family thanks the entire community for their generosity, meals and prayers.

A special thank you goes out to Canyon Hills Community Church, Horizon Christian Fellowship and Ranch View Baptist Church. A memorial fund has been established in Michael's name at Horizon Christian Fellowship in Fairbanks.

**158**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Cassandra Lynne (Taylor) Schoener

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☐ Yes

☑ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

*UNITED STATES v.* Purdue Pharma L.P. _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA _____

VICTIM NAME: Cassandra Lynne (Taylor) Schoener _____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

On August 1, 2021, I lost my sister to a fentanyl overdose. Cassie was more than just my sister, she was my very first best friend, she was a mother, a daughter, a niece, a grand daughter, an Auntie. Losing her has left this gaping hole in many hearts, especially her two daughters and her son. I never imagined I would be forced to go on through life without the one person who actually understood me, we understood each other. We endured a lot of trauma stemming from childhood into our adult lives. Both of us struggled with addictions to opiates. I was 14 years old the very first time I was prescribe Oxycodone 5s for a broken arm. One script led to two, two to three. All I had to do was call for more and at the pharmacy they'd be for just a $1 copay. 14 years old. That was the beginning of my downfall, the death of my sister has been the end.

Have you and/or members of your family received counseling as a result of this crime?

☑ Yes ☐ No

If yes, please explain:

I received counseling in Albany, NY while in an inpatient rehab facility- Women's Residential Program, Livingston Ave. While there, I attended outpatient services where I took a grief and loss class as well as had one on one counseling in house and out. Treatment continued when I returned home at Behavioral Health Services. My nieces and nephew have been in counseling since the loss of their mom as well.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Cassandra Lynne (Taylor) Schoener

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes    ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes    ☐ No

If yes, please explain:

Again, I was 14 years old. A minor, and had access to opioid prescriptions like they were candy. In my opinion, the opioid epidemic was planned and executed. Someone needs to be held responsible.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes    ☐ No

If yes, please explain:

Fentsnyl killed my sister, opioid distributed freely began my addiction.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Cassandra Lynne (Taylor) Schoener

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☑ Yes  ☐ No

If yes, please explain:

I would own it if I am wrong, but I do not believe there were much awareness or warnings back in 2004-2005.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes  ☑ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☑ Anger  ☑ Anxiety  ☑ Fear  ☑ Grief  ☐ Guilt  ☐ Chronic Fatigue

☑ Sleep Loss  ☑ Addiction  ☑ Appetite Change  ☑ Sickness

☑ Trouble Concentrating  ☑ Financial Stress  ☑ Depression

Please describe any other reactions to the crime committed.

A broken heart from all the loved ones lost.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Cassandra Lynne (Taylor) Schoener

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☐ Yes  ☒ No,

If yes, please explain:

They can't be anymore of threat than they have been in aiding the rise of an epidemic that took the lives of many.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If this were the other way around and I was the defendant, I would be held accountable. That's all.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Their money is no good to me. What I lost can not be replaced by money.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Cassandra Lynne (Taylor) Schoener

### VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

**161**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Graham Noah Lease

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be considered to provide an oral statement at the sentencing hearing on April 21, 2026:**

☐ Yes

☑ No

➤ Please note the court has advised that anyone who wishes to make an oral statement must elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

*UNITED STATES v.* _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA _____

VICTIM NAME: Graham Noah Lease _____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Our family has been devastated by my son's loss.. I myself have had 3 suicide attempts and I have been in therapy since finding my son lifeless.  We struggle.

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes ☐ No

If yes, please explain:

Currently I am in therapy and Graham's brothers have been thru counseling also .

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Graham Noah Lease

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☑ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☑ Yes  ☐ No

If yes, please explain:

My son played baseball starting at a young age.  In his teens he was given oxycodone for injuries due to sports.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☑ Yes  ☐ No

If yes, please explain:

After he was given these drugs his behavior changed and he started an addiction that was uncontrollably.  Sadly we lost in 2019, a drug dealer gave him straight fentanyl.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Graham Noah Lease

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☒ Yes  ☐ No

If yes, please explain:

They didn't monitor his medicine.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes  ☒ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger  ☒ Anxiety  ☒ Fear  ☒ Grief  ☒ Guilt  ☒ Chronic Fatigue

☒ Sleep Loss  ☒ Addiction  ☒ Appetite Change  ☒ Sickness

☒ Trouble Concentrating  ☒ Financial Stress  ☒ Depression

Please describe any other reactions to the crime committed.

All of the above are reactions to my son's death which could have been prevented.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Graham Noah Lease

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes  ☐ No,

If yes, please explain:

Yes yes yes . They destroyed ours and so many other families.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

I just cry for our kids and future generations my grandchildren and their children.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Any reasonable amount would help at this point but no amount could ever replace my son's life.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Graham Noah Lease

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Hospital visits, diagnosis of MS.. Therapy apps, not to mention the funeral cost etc.  from NC to Texas.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

Yes all of the above.

**163**

**From:** Denny Lester
**To:** Victimassistance Fraud (CRM)
**Subject:** [EXTERNAL] Victim statement
**Date:** Tuesday, April 14, 2026 8:36:27 PM

First of all I'd like to thank the court for allowing the voice of the victims to be heard and now I'd like to tell the court a little about me. Growing up in a small community where everyone knew everyone I'd like to think that I was well thought of and it seemed like everyone liked me. I was 21 years old when I got married and I was a owner operator of a trucking company hauling coal and logs.At 25 we decided to start a Family and nine months later along came a beautiful baby girl named Demi everything was going wonderful couldn't ask for a better life. But then one day I was in a car accident where I was injured and hurt my lower back so I went to the doctor and they prescribed me pain medication started out as hydrocodine but that still wasn't enough to deal with the pain so the doctor prescribed me something stronger which was perkacets and that seemed to help a little better but I was still in a lot of pain so then I was prescribed oxytocin now that that was the ticket that I needed or at least I thought. But what the doctor didn't tell me was that it was highly addictive and it was going to ruin my life. After being on oxytocin for some time I finally decided that I was going to have back surgery and get off of the medication (oxytocin) boy was I wrong about that. Anyhow after surgery I tried to quit taking the pain medication on my own I became so sick that I actually thought I was going to die. The doctor wouldn't write me anymore pain medication after surgery So I went to a rehab for thirty days, that didn't work . So me being so sick I went to the local drug dealers buying oxytocin off of them everything seemed to be back to normal or I thought until I started running out of money because you know the local drug dealer don't give no discounts. Now that I'm running out of money I'm starting to have family problems oh and by the way my wife was on them to which later took her life so you could imagine buying oxytocin for two people it gets pretty expensive. So after the money ran out I started selling my trucks and I had five at one time that I hauled coal and logs on and I also had a construction company too so as you can see I was bringing in pretty good money but that still wasn't enough for our drug habit. After all my business was gone and I had no way to buy more oxytocin I started stealing even though this was not the way I was raised when you're as sick as I was you will do anything to get more oxytocin that's how sick it actually makes you. I went from stealing off of my family members to anybody that had anything that I could get a dollar out of and to sit here and tell this to the courts is humiliating. I had stole so much off my community it was unreal and they knew who was doing it so they started calling the law and when they caught me I was sentenced to prison I mean I have a criminal record as thick as a phone book all because I was addicted to a pill that I never could quit taking. Rehabs, twelve steps programs, methadone, suboxone, thirty day programs even A.R.S.A.T. Programs in prison I have literally tried them all til this day I'm on suboxone  and from now on until the rest of my life I won't quit taking the because I don't want to relive the hell that I've been through . I have left out a lot that has happened in my life while I was on OxyContin because I understand that my story may not be told . But to the Sackler family to say that you made my life a living hell would be such an understatement you have no ideal of what you have done not only my life but so many other it is unbelievable and to the courts I understand that some of the money should go to the states for rehabilitation facilities but the state is not the victims. It's going to feel like a big slap in the face as to what we are going to get in a small ammout settlement that is all that I have to say for now thank you once again for letting our voices be heard on this matter maybe the sackler family will think twice before making a drug so addictive that it ruins people lives or in so many cases takes their lives

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

Denny Lester

VICTIM NAME: _____

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be considered to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➤ Please note the court has advised that anyone who wishes to make an oral statement must elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

**UNITED STATES v.** Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

**VICTIM NAME:** Denny Lester

### VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes ☐ No

If yes, please explain:

UNITED STATES v. **Purdue Pharma L.P.**

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Denny Lester

### VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes  ☐ No

If yes, please explain:

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Denny Lester

### VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes ☐ No

If yes, please explain:

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

■ Yes ☐ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger ■ Anxiety ■ Fear ■ Grief ■ Guilt ■ Chronic Fatigue

■ Sleep Loss ■ Addiction ■ Appetite Change ■ Sickness

■ Trouble Concentrating ■ Financial Stress ■ Depression

Please describe any other reactions to the crime committed.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Denny Lester

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

■ Yes ☐ No,

If yes, please explain:

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

UNITED STATES v. __Purdue Pharma L.P.__

COURT DOCKET NUMBER: __2:20-cr-01028-MCA__

VICTIM NAME: __Denny Lester__

### VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

**164**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Jason Hinton

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

UNITED STATES v. _____

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Jason Hinton

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Before he died, it was so hard to watch him struggle with the painkillers. He didnt seem like himself he was fighting this addiction that we didnt see coming. Even then, I tried to keep us afloat, but once he passed, everything fell apart. I had no income, and for two years, I couldnt work because I had to care for our kids. We were barely scraping by struggling to pay the bills, to buy food, to keep the lights on. The financial stress was crushing, and at the same time, I was completely broken inside. I had to stay strong for the kids, but every day was a fight no money, no peace, just constant fear about what would happen next. My husband lost his life due to the strong medication he was taking that your company distributed, he was the only source of income for us, with his death I suffered emotionally financially and mentally as well affected my two minors kids. I almost lost my house due to financial hardship I faced with the death of my husband. My kids were destroyed emotionally. They suffered through all these years for losing their dad.I couldn't work for two years so I can take care of my two girls. The girls being in places to help with grief, they saw their dad dead in front of their eyes. It Was so sad to me and my kids so awful. We suffered a lot. no one can't imagine the way we've been through after his death.

Have you and/or members of your family received counseling as a result of this crime?

☑ Yes    ☐ No

If yes, please explain:

Yes, we have. After my husband passed away, both my kids and I started seeing a psychiatrist to help us deal with the loss. We also joined a family grief support group, where we met with others who had lost loved ones. Having that support helped us so much, and it gave us a safe place to talk and heal together.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Jason Hinton

### VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☑ Yes ☐ No

If yes, please explain:

Yes, we did express our concerns. We told the defendant how worried we were about him, over prescribing these strong pain medications. We saw how it was hurting my husband, but our concerns were ignored. We never imagined it would go this far, and now we are dealing with the aftermath every single day.

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☑ Yes ☐ No

If yes, please explain:

I do believe the defendant contributed to our familys addiction. My husband never touched anything like that before. The defendant over marketed hard core medication. Leading the doctor to start giving him these medications, and starting the addiction cycle.The prescriptions kept coming, and when they ran out, he couldn't get them, and thats when everything spiraled. It all started with those pills, and we did not know how to stop it.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☑ Yes ☐ No

If yes, please explain:

Yes, the defendant's aggressive marketing and over-prescription culture directly contributed to my husband's death. The company promoted these drugs with little regard for patient safety, failing to provide proper warnings, and making the prescription process far too easy. Their lack of care about these risks and the accessibility of the medication played a major role. Once his prescription ran out, he was in desperate need, and thats when his health broke down completely. The addiction, fueled by those prescriptions, led him to take actions that ultimately cost him his life.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Jason Hinton

### VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes  ☐ No

If yes, please explain:

Yes, the defendant failed to provide the necessary care by neglecting to inform both doctors and patients about the significant risks. They prioritized profit over safety, pushing prescriptions without ensuring the patients fully understood the dangers. This disregard for informed consent and responsible prescribing was a critical factor in my husbands death.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

■ Yes  ☐ No

If yes, please explain:

Yes, the defendant billed our insurance for injections that were never the correct treatment. My husband was supposed to have a surgery, but instead, he kept receiving these unnecessary injections. This was never the care he needed, but we were still billed for it.

Have you experienced any of the following reactions to the crime:

■ Anger  ■ Anxiety  ■ Fear  ■ Grief  ■ Guilt  ☐ Chronic Fatigue

■ Sleep Loss  ☐ Addiction  ■ Appetite Change  ■ Sickness

■ Trouble Concentrating  ■ Financial Stress  ■ Depression

Please describe any other reactions to the crime committed.

In addition to these reactions, I've also felt a deep sense of isolation. I withdrew from friends and family, and even simple daily tasks have felt impossible at times. Everything in our life just feels off balance since then.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Jason Hinton

### VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

■ Yes ☐ No,

If yes, please explain:

Yes, the defendant poses a serious threat to my family and the broader community, because as a pharmaceutical company, they should be safeguarding public health. Instead, their reckless marketing and over-distribution put countless lives at risk. If left unchecked, they will continue to endanger more families like mine.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

I want the court to understand just how much we have struggled since this happened. Beyond losing my husband, every part of our lives was turned upside down financially, emotionally, and physically. We are still trying to make sense of it, and every day is a battle just to keep going. I hope that by sharing this, the court sees how deeply this has hurt us and how much we need to rebuild our lives.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Yes, I would like the court to order restitution directly to my family. So much was taken from my kids, and every day I am still trying to care for them, to give them stability and security. I dont think this is fair, and I am still doing everything I can to keep them safe and to rebuild what was lost.

*UNITED STATES v.* Purdue Pharma L.P.
_____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: Jason Hinton
_____

### VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Our financial losses include having to refinance our home after it was fully paid, losing the main source of income we relied on, and having to sell personal assets like my wedding ring and my husbands truck just to get by after his death.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

After having to refinance the home, I now face extra monthly costs, including additional taxes and various fees, which I didnt have before, adding a real financial burden on top of the mortgage itself.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

I have filed two claims against Purdue Pharma L.P. in the Chapter 11 case (case number 19-23649), which is jointly administered.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

I've suffered several additional expenses, including lost income, increased mortgage payments, the sale of valuable household items, medical insurance loss for me and my family, and the loss of jewelry, including my wedding ring.

**166**

Victim Impact Statement

Submitted by: Allison Beattie

On November 13th, 2020, I was staying at my oldest son Johnny's house. We were talking about life, and the subject of death came up. I said to him that if I died tomorrow, I would die happy because I wouldn't outlive anyone that I loved. I had no idea what was coming.

Normally, I stayed at Johnny's and went to Onamia on Sundays. But the next day, my grandson K███ was coming over, so I decided to go home Saturday.

That Saturday night, I went to bed happy and content. I was a year and a half clean and sober. I had my job back. Life was starting to get better, and I went to sleep feeling at peace.

The woman who went to bed happy and sober that night died that night.

At 3:43 a.m., my ex-husband called me. I rejected the call, thinking it was a mistake. At 3:46 a.m., my daughter Abby opened my door to hand me the phone, saying, "Dad needs to talk to you."

I will never forget the desperation in his voice. I can still hear it now.

"Allison… Allison… Ryan is gone."

I asked, "Where is he? What do you mean?"

He said, "He died."

I don't remember much after that except the feeling of being completely gutted. I called my mom, but she didn't believe me at first.

Johnny, who I had been with the night before, had also been poisoned with fentanyl that night. He was in the hospital after being revived with Narcan. He didn't even know his little brother had died yet.

I almost lost two of my sons that night.

The woman who went with my son that night also died.

Everything after that became a blur. I had to make funeral arrangements. I had to say goodbye to my baby. No parent should ever have to do that.

Ryan was my heart. He was kind, athletic, talented, and had his entire life ahead of him. He was an Aquarius, and I have never met anyone who didn't love him. He was truly special.

My last words to him were during a disagreement. He had blocked me on Facebook. I walked into his room and said, "Hey Puff, when are you going to unblock me?" He said, "Oh yeah, I will, Mom." I hugged him and told him I loved him.

Those were my last words.

My daughter Abby never got that chance. Their last interaction was an argument. That pain stays with her. Losing her brother has caused her immense trauma, including PTSD and depression.

Ryan's brother Nick was also devastated. They were incredibly close.

The devastation this has caused our entire family is beyond words. It doesn't get easier. You just learn how to live around the pain.

Being with Ryan after he passed away was something no parent should ever experience. I was there when he was born, and I was there when he died. Leaving him at the funeral home was one of the hardest things I have ever had to do.

We held a celebration of life for Ryan. It was beautiful, but nothing can replace him.

Ryan was my easy child. He weighed 9 pounds at birth and had to stay in the NICU for three days. I remember those moments like they were yesterday.

Since his death, everything has changed.

There are no words to truly describe this pain. Ryan is my first thought when I wake up and my last thought before I go to sleep. I feel this loss every single day.

My recovery community was worried I would relapse, but I refused. Using again would dishonor my son. I live my life now by asking what Ryan would want for me.

Losing a child isolates you. The world keeps moving, but yours stops.

Respectfully submitted,

Allison Beattie

**167**

# Victim Impact Statement

**United States v. Purdue Pharma L.P. Submitted by:** Kathleen Cochran
Solvang, California

██████████████████

**Date:** April 15, 2026

My name is Kathleen Cochran, and I am the mother of a daughter whose life was forever changed by Oxycodone.

In 2006, my daughter was prescribed Oxycodone following a routine dental procedure to remove her wisdom teeth. At the time, I had no understanding of how addictive these medications were. Like many parents, I trusted that what was being prescribed was safe. Her dentist refilled that prescription twice.

That moment set off years of addiction.

What followed was not a phase or a series of bad decisions. It was a relentless cycle of dependence that took hold of my daughter's life. She began stealing medications from medicine cabinets and eventually turned to buying pills on the street.

As parents, we did everything we could to save her. We sent her to a therapeutic boarding school, where she was abused and further traumatized. We then sent her to more than 20 treatment programs and sober living environments, searching for anything that might help.

In the process, my husband and I depleted our entire retirement savings, over $650,000. We did this willingly, because when it is your child, you do not stop. You do not calculate. You try to save their life.

My daughter is still alive today, and for that I am deeply grateful. But she is still fighting. The addiction that began with a prescription has evolved into something even more dangerous fentanyl.

We trusted that these medications were being responsibly marketed and that the risks were being honestly communicated. That trust was misplaced, and the consequences have been devastating.

No parent should unknowingly set their child on a path like this from a routine medical procedure. No family should have to endure years of fear, financial devastation, and heartbreak because of a product that was presented as safe.

I am asking for accountability for my daughter, and for the countless families whose lives have been altered in the same way.

Thank you.

**169**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Tyler Joseph Shamash

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☐ Yes

☑ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

**UNITED STATES v.** _____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: Tyler Joseph Shamash
_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

My son Tyler became addicted to smoking heroin after being prescribed OxyContin for a work injury. His addiction to opioids led to his smoking heroin and ultimately death at 19 yrs due to fentanyl poisoning. His death has left our family devastated. His older sister and younger brother were particularly hit hard and our family still suffers the affects today.

Have you and/or members of your family received counseling as a result of this crime?

■ Yes    ☐ No

If yes, please explain:

I attended counseling for grief after my son passed away, and my daughter is still going to counseling for PTSD because of his addiction and death

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Tyler Joseph Shamash

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:

My son had been sober and was prescribed OxyContin for a workmans comp injury which led to his addiction starting all over and ultimately his death from fentanyl poisoning. The whole fentanyl epidemic is a direct result of the actions of the defendant. So many people became addicted to their drugs, and when the government started cracking down, people couldnt get

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☒ Yes  ☐ No

If yes, please explain:

My son died from fentanyl poisoning, but his addiction was a result of taking prescription opioids

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Tyler Joseph Shamash

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes  ☐ No

If yes, please explain:

The defendant deceived the public and doctors into over prescribing. I believe the whole fentanyl epidemic is a direct result of their actions.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes  ■ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger  ■ Anxiety  ☐ Fear  ■ Grief  ■ Guilt  ■ Chronic Fatigue

■ Sleep Loss  ☐ Addiction  ☐ Appetite Change  ☐ Sickness

■ Trouble Concentrating  ■ Financial Stress  ■ Depression

Please describe any other reactions to the crime committed.

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Tyler Joseph Shamash

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☐ Yes   ☒ No,

If yes, please explain:

What else would you like the Court to know about the defendant or your situation as a result of the crime?

Our lives have been forever altered because of the actions of the defendant

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Yes. To the Drug Awareness Foundation which we started in honor of my son

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Tyler Joseph Shamash

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Funeral and burial at a Jewish cemetery plot ) $30,000 and funeral $10,000 Loss of income -estimate $20,000 (my husband couldnt concentrate to return to work for a month after Tylers death. It took a year for him to be as productive as he was before Tyler's death

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

171

| | |
|---|---|
| **From:** | Jor |
| **To:** | Victimassistance Fraud (CRM) |
| **Subject:** | [EXTERNAL] Purdue |
| **Date:** | Wednesday, April 15, 2026 1:50:14 PM |

Purdue did nothing wrong, your frivolous law suits and prohibition has taken away access to safe and reliable painkillers and also killed millions of Americans in the process.

These bs lawsuits are the reason myself and every other chronic pain patient has the hardest time getting true pain medication and even once you do it's not enough and you have to constantly jump through hoops to keep getting your meds. I am treated like a criminal thanks to the propaganda and hysteria against Purdue and the sacklers for creating the most effective painkiller of all time.

They should be praised and awarded.

Prohibition that you all have caused with these lawsuits have ruined medical treatment here in America. Pain patients are just left to suffer or use dangerous street products because no Dr will prescribe even when it's obviously necessary but because they fear of dea persecution