172

April 16, 2026


I am writing in support of my only granddaughter, Kateline, a 20 year old who is majoring in Bio and Neuroscience at the University of Pittsburgh.  When she was 14 years old her father at the age of 52 died from heart failure due to a medical addiction to OxyContin the result of numerous orthopedic and spine surgeries.

The devastating effects to Katelind of his addiction and death include ongoing treatment and recovery of anxiety, depression and an eating disorder.  Her education is a channeling for good.  She is also a certified EMT.  Her desire to be a source of understanding for herself and others will become a force for good in a larger universe.  At the same time, she continues her personal therapy for self-healing and recovery.

Funds from this settlement could give ease to the financial challenge of her education for a greater good and ongoing personal development.

This is my brief story and cry for some justice for this bright and beautiful young woman who has endured more than any young person should have to experience.


Thank you,

Susan Boucher

 (grandmother)

173

*UNITED STATES v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: STACY M. GREATHOUSE

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☒ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be considered to provide an oral statement at the sentencing hearing on April 21, 2026:**

☒ Yes       I am Attaching my
☐ No        V.I. Statement w/ this letter
                                  via Email

➢ Please note the court has advised that anyone who wishes to make an oral statement must elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

UNITED STATES v. _Purdue Pharma L.P._____

COURT DOCKET NUMBER: _2:20-cr-01028-MCA_____

VICTIM NAME: _Stacy Greathouse_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes  ☐ No

If yes, please explain: I will be in treatment for rest of my life bc of pills Purdue made..

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Stacy Greathouse

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☒ Yes  ☐ No

If yes, please explain:

the Charges are Absurd..

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain: Absolutly

Purdue knew by 2006 how addictive oxys were. Yet they covered up the truth, blamed the paients instead.

Did the defendant prescribe or ~~dispense~~ MAKe drugs that resulted in death or bodily injury?

☒ Yes  ☐ No

If yes, please explain:

Purdue pharma is makeR of oxycontin

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Stacy Greathouse

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☒ Yes   ☐ No

If yes, please explain: Purdue & Sakler family deciered dr.'s, gov't agencies Paid to cover up + shut other's up

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes   ☒ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger   ☒ Anxiety   ☒ Fear   ☒ Grief   ☒ Guilt   ☒ Chronic Fatigue

☒ Sleep Loss   ☒ Addiction   ☒ Appetite Change   ☒ Sickness

☒ Trouble Concentrating   ☒ Financial Stress   ☒ Depression

☒ Dope Sickness   ☒ turn into criminal

Please describe any other reactions to the crime committed.

We don't have enough time.. Just know I'm in therapy and will be until I check out.

*UNITED STATES v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Stacy Greathouse

### VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☐ Yes  ☒ No, It's a little late for worry of being threat

If yes, please explain: to the public

What else would you like the Court to know about the defendant or your situation as a result of the crime?

Re Sackler's Community Service in Clinics. detox

on to

vally see

affect on ppl

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain. Yes, Purdue owe's me more than I can prove...

From 2003-2026 I have spent over $200K on Pills alone easily

UNITED STATES v. __Purdue Pharma L.P.__

COURT DOCKET NUMBER: __2:20-cr-01028-MCA__

VICTIM NAME: _Stacy Greathouse_

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

Yes, currently involved in Purdue pharma Bankruptcy PI Settlement fighting to prove my addiction.
United States Bankruptcy court SDNY Case#19-23649 (SHL)

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

174

| | |
|---|---|
| **From:** | Sandra M Martinez |
| **To:** | Victimassistance Fraud (CRM) |
| **Subject:** | [EXTERNAL] Purdue lawsuit- Sandra Martinez |
| **Date:** | Thursday, April 16, 2026 6:28:14 PM |

Purdue Pharma L.P
Court 2:20 cr-01028

The opiod crisis has affected by family in the most egregious way. No amount of fine could fix the devistation apon our family by the drugs/opiods and doctors used to treat my daughter's illness. No care into the addiction it was creating. No probation, no restitution, only a fine paid into bankruptcy Sacklers insulated. All agencies pushed to the margins while lawyers and government profit off our childrens death while families of the dead chidren pick up the pieces of their broken homes. Sackler flooded America with their deadly drugs knowing the addiction it was creating, they made money on the blood of my daughter. My daughter Qarinna (sounds like Carinna) was given pain pills Norcos and Vicodin to helpwith pain while Loma Linda hospital/doctors practice medicine. Morphine drips, and fentanyl / lidocaine patches were given reguarly with no regard to not only the addiction being created but also the breakdown of her liver and kidneys. After a few years under the doctors care, many emergency ER visits and thousands meds given my beautiful daughter was an addict. Doctors not knowing the course of action decided to give her two grave surgery choices neither one of them with a 100% repair her body. Because she didn't want to let them cut her into pieces removing some of her organs, she was cut off from their treatment via these deadly opiods. She was left to find pain manegment on her own. She went to ER after ER to many medical clinics and ended up being given substances from people on the street because of the addiction the doctors opiods created. Two detox stays proved they couldn't help her addiction because they couldn't aide her illness of gastrophorisi and pyloroc spasms. June 28, 2020 she was given a leathal dose of fentanyl, norco, heroine, and more, and was placed near a train track which took her life. She was a Jane doe because her ID was stolen from her persons when she was struck. For 3 months her body lie the corenors fridge because she had no criminal charges so she wasn't in the system. She leaves behind two young daughters who not only watched their mom be so sick with on the opiods and illness, but now have to grow up without her. We as Qarinnas parents have to continue raising these two young girls without their mom, with death benefits because she was a young mom who didn't get a chance to pay into social security enough to leave behind death benefits. We have to look into their eyes and be their strength when we feel so broken. We also have to protect them from the very help that comes through the form of doctors and their deadly opiods. And now the mixed drugs on the streets that are being made as a alternative to what you buy in the store for pain management, its all so much. I urge Judge Arleo to REJECT this plea deal. Please stand up for all us parents who are one chair empty, a loved one in the ground, a urn on the mantle, please see how Purdue agreed to destroy the lives of many generations that should walking the earth today, our children, the future of the world, future lawyers, judges, engineers, or parents themselves, they were robbed of a future! My two grandchildren deserve justice for their beautiful mom, my daughter. Our family has add a mass financial struggle and emotional struggle since losing my

daughter, its a complet nightmare!
Sandra Martinez

Qarinna Martinez

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Qarinna Leal Richardson

Please select one of the following as it relates to your statement that follows:

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:

☑ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Qarinna Leal Richardson

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

The burial of my daughter about $8,970, a home loan of $151,000 to amend my home to accomidate the two girls rooms since we were down a room, adoption for the two grandbabies $29,000, loss of job and wages because of the new role of motherhood again $$$. The debt continues as they dont have any benefits due to no death benefits from their

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

no

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

no

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

Couseling the my two young grandchildren for adoption, medical bills with oralsurgeries for the two girls, braces, medical needs, private adoption fees, and all atoorney fees to adopt them.

**176**

**United States v. Purdue Pharma**
**Case:** 2:20-cr-01028-MCA

**Victim Name:** Dawn Sheehan
**Address:** ██████████████████████████
**Phone:** ████████████

**I want my statement to be PUBLIC (made publicly available on the court docket)**

**I would like to be considered to provide an oral statement at the sentencing hearing on April 21, 2026**

**How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.**
Purdue Pharma did not just sell pills. They sold addiction, devastation, and death—and my family paid the price.

Because these opioids were pushed into doctors' offices and prescribed as if they were safe, both my son and my brother were given medications that became the beginning of the end for them. What started as prescribed pain treatment turned into addiction. That addiction stole their lives.

I buried my brother.

Then I buried my son.

There are no words strong enough for the agony of placing two people you love into the ground because a corporation chose profit over human life.

My son should be here.
My brother should be here.

Instead, I live every day with the unbearable reality that they are gone—not because of some unavoidable tragedy, but because Purdue Pharma knowingly fueled an epidemic that destroyed families like mine.

They did not just take two lives.
They shattered an entire family.

There is an emptiness at every holiday table.
There is pain in every birthday that passes.
There is grief in every milestone they should have lived to see.

I carry the trauma of watching the people I loved become consumed by addiction—watching them fight a battle they never knowingly signed up for. I carry the horror of knowing the medications they trusted were the very thing that led them to their deaths.

No settlement, no apology, no amount of money will ever give me back my son.
Nothing will ever give me back my brother.

My family has been forced to live a life sentence of grief because Purdue Pharma made a decision that their profits mattered more than our loved ones.

To the world, this may be part of the opioid epidemic.

To me, it is my son's empty chair.
My brother's missing voice.
My family's permanent heartbreak.

Purdue Pharma helped create the addiction that killed the people I loved most.

And I will carry that pain for the rest of my life.

**Have you and/or members of your family received counseling as a result of this crime?**
Yes. I have received counseling as a result of this crime and have been in counseling since 2017 following my brother's death.

The trauma and grief caused by losing my brother—and later my son—to opioid addiction and overdose have had a profound impact on my emotional and mental health. The devastation of these losses has required ongoing counseling to help me cope with the overwhelming grief, trauma, and lasting emotional effects caused by their deaths.

**If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?**
Yes. Both my brother and my son were prescribed opioids legally.

**Do you believe the defendant began or contributed to you and/or your family member's addiction?**
Yes, I absolutely believe Purdue Pharma contributed to the deaths of my brother and my son.

By aggressively marketing opioid medications while downplaying their addictive nature, Purdue Pharma helped create the pathway that led both of them into addiction. They trusted medications that were presented as safe and medically appropriate, never knowing those prescriptions would become the beginning of a battle that would ultimately cost them their lives.

My brother and my son did not start with street drugs—they started with prescription opioids. Those prescriptions opened the door to addiction, and that addiction ended in overdose and death.

I believe that if Purdue Pharma had been honest about the true risks of these medications, if they had not prioritized profits over people, my brother and my son might still be alive today.

Their deaths were not isolated tragedies. They were part of the devastating human cost of a crisis Purdue Pharma helped create.

**Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?**
Yes. While Purdue Pharma did not personally prescribe or physically dispense the medications, I believe the company's deceptive marketing and misrepresentation of the risks of opioid medications directly contributed to the prescribing and widespread distribution of the drugs that led to my son's and brother's addictions and ultimately their deaths.

By promoting these medications as safe and minimizing their addictive potential, Purdue Pharma influenced the medical community's prescribing practices and helped place dangerous opioids into the hands of countless patients, including my loved ones.

So while they may not have physically handed my son and brother the pills, their actions were a substantial contributing factor in the chain of events that resulted in their deaths.

**Do you believe the defendant failed to provide necessary care?**
Yes. Purdue should have not pushed opioids without warning that they were highly addictive.

**Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?**
No

**Have you experienced any of the following reactions to the crime:**
Anger, Anxiety, Fear, Grief, Guilt, Chronic Fatigue, Sleep Loss, Appetite Change, Sickness, Trouble Concentrating, Financial Stress, Depression

**Please describe any other reactions to the crime committed.**
I went into a deep depressive and was put on antidepressant medication after the death of my brother and have had to take them ever since. There was my life before the loss of my brother and son and a completely different life after. I will never be the same, nor will my family.

**Do you feel the defendant is or will be a threat to you, your family, or the community?**
Yes. I believe the defendant has been and continues to be a threat to families and communities.

Purdue Pharma's actions contributed to one of the most devastating public health crises in our nation's history. Their decisions fueled addiction, overdose, and death in communities across this country, including my own family. The damage caused by their conduct extends far beyond my personal loss and continues to impact families who are still battling the consequences of the opioid epidemic.

Even if the direct actions at issue occurred in the past, the ripple effects of those actions continue to threaten communities every day through addiction, overdose, broken families, and generational trauma.

**What else would you like the Court to know about the defendant or your situation as a result of the crime?**
I want the Court to understand that Purdue Pharma's actions did not create abstract harm—they destroyed real people, real families, and real futures.

My son and my brother were not statistics. They were loved, valued human beings with lives ahead of them, and they are gone because a corporation chose to prioritize profit over honesty, ethics, and human life.

The defendant's conduct set into motion a chain of events that forever changed my family. We have endured unimaginable grief, trauma, and loss. We were forced to watch two people we loved fight addiction that began with medications they were told were safe. Then we buried them.

No sentence or financial penalty can undo what has been done. Nothing can restore the birthdays missed, the family milestones they will never reach, or the futures stolen from them.

I want the Court to know that the consequences of this crime are lifelong. My family lives every day with the pain of what was taken from us. The devastation caused by Purdue Pharma extends far beyond overdose statistics—it lives in empty chairs, broken families, and parents and siblings forced to grieve people they should never have had to bury.

This was not a mistake. It was not an accident. It was the result of deliberate decisions made despite knowing the risks.

And families like mine are left to carry the consequences forever.

**If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.**
If monetary restitution is not possible, I would request that restitution be made in the form of a donation to my nonprofit organization, Hope on Deck (hopeondeck.org).

Hope on Deck is a volunteer-run nonprofit founded by individuals who, like me, have lost loved ones to addiction and have turned that grief into action to help others. Our organization exists to support those struggling with substance use disorder, individuals in recovery, and families affected by addiction.

Last year alone, we reached over 20,000 people in our community through free resources, support services, overdose prevention education, Narcan distribution and training, treatment referrals, sober living assistance, grief support, and essential basic-needs assistance through our resource center.

A donation to Hope on Deck would ensure that some measure of good comes from the devastation my family has endured. While no amount of restitution can undo the loss of my son and brother, directing support toward an organization actively working to save lives and prevent other families from suffering similar loss would be meaningful and impactful.

**Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.**
As a result of my son's death, I have incurred ongoing financial losses related to helping support his surviving child.

The day after my son passed away, we learned that his girlfriend was pregnant with his daughter. Because my son was no longer here to provide financial and parental support, I have taken on financial responsibility in assisting with the care and support of my granddaughter, as her mother is unable to fully make ends meet as a single parent.

These expenses include ongoing contributions toward necessities for my granddaughter, including but not limited to food, clothing, childcare needs, household necessities, and other support that my son would have otherwise helped provide had his life not been taken.

These financial obligations are a direct result of my son's death and continue to impact me and my family.

**Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.**
No

**Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.**
No

**If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care,**

**transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.**
As a result of this crime, I have incurred substantial additional expenses, including:

* **Counseling Costs:** I have paid in excess of **$2,000.00** in counseling co-pays related to the grief, trauma, and emotional distress caused by the deaths of my son and brother.
* **Lost Income/Wages:** Due to severe grief, depression, and the emotional impact of these losses, I have missed multiple months of work. My estimated lost wages total approximately **$8,000.00**.

These expenses were directly caused by the emotional, psychological, and financial impact of losing my loved ones as a result of the opioid epidemic fueled by the defendant's conduct.

**181**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Matthew Sandblom

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

Purdue Pharma L.P.

*UNITED STATES v.* _____

2:20-cr-01028-MCA

**COURT DOCKET NUMBER:** _____

VICTIM NAME: Matthew Sandblom
_____

**VICTIM IMPACT STATEMENT**

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

As the mother, losing a son to an opioid addiction was life shattering. The pain never stops, though it changes. My family lost a son, brother, grandchild, and friend. Matthew's son lost his father.

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes ☐ No

If yes, please explain:

To be able live everyday without crying, I needed professional help. Trying to make sense of this crime landed me on depression medication.

UNITED STATES v. ___Purdue Pharma L.P.___

COURT DOCKET NUMBER: ___2:20-cr-01028-MCA___

VICTIM NAME: ___Matthew Sandblom___

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes  ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☒ Yes  ☐ No

If yes, please explain:

They lacked in providing addictive information.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☐ Yes  ☒ No

If yes, please explain:

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Matthew Sandblom

## VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☑ Yes ☐ No

If yes, please explain:

Providing knowledge of the addictive consequences.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes ☑ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☑ Anger ☑ Anxiety ☑ Fear ☑ Grief ☑ Guilt ☑ Chronic Fatigue

☑ Sleep Loss ☑ Addiction ☑ Appetite Change ☑ Sickness

☑ Trouble Concentrating ☑ Financial Stress ☑ Depression

Please describe any other reactions to the crime committed.

Loss of life at 27 years old.  Matthew's son now has to live without his father and that has its own grieving process.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Matthew Sandblom

## VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

■ Yes ☐ No,

If yes, please explain:

Failing to provide consequential evidence is a threat to the community and my family.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

I think restitution should go to the families. It would make a huge impact on the financial loss each of us have faced. And it would give Purdue Pharma the opportunity to see how many families were affected by their gross negligence. Why should the families have to pay to bury their loved one? Also for the work in continuing support to knowledge the opioid epidemic in the community.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Matthew Sandblom

### VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

The financial loss was overwhelming for my family. We had to plan a funeral this included a visitation for $5,084, a cremation for $1,900, a urn $600, a burial plot for about $8,000. Plus the outstanding bills sent to Matthew. Having to bury Matthew was a huge financial burden to

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

The financial lost included co-pays for counseling. I had funeral and burial cost. Plus driving to support other families going from their loss of a loved one.

**182**

*UNITED STATES v.* <u>Purdue Pharma L.P.</u>

**COURT DOCKET NUMBER:** <u>2:20-cr-01028-MCA</u>

VICTIM NAME: <u>Trail of Truth National Memorial</u>

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

UNITED STATES v. Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Trail of Truth National Memorial

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

This claim represents a claim for 5,000 family members who have submitted their loved ones to be memorialized in the Trail of Truth National memorial.

Have you and/or members of your family received counseling as a result of this crime?

■ Yes  ☐ No

If yes, please explain:

I have data I can share.

UNITED STATES v. **Purdue Pharma L.P.**

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: **Trail of Truth National Memorial**

### VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

■ Yes ☐ No

If yes, please explain:

I have data I can share.

Do you believe the defendant began or contributed to you and/or your family member's addiction?

■ Yes ☐ No

If yes, please explain:

I have data I can share.

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

■ Yes ☐ No

If yes, please explain:

I have data I can share.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Trail of Truth National Memorial

### VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

■ Yes  ☐ No

If yes, please explain:

I have data I can share.

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

■ Yes  ☐ No

If yes, please explain:

I have data I can share.

Have you experienced any of the following reactions to the crime:

■ Anger  ■ Anxiety  ■ Fear  ■ Grief  ■ Guilt  ■ Chronic Fatigue

■ Sleep Loss  ■ Addiction  ■ Appetite Change  ■ Sickness

■ Trouble Concentrating  ■ Financial Stress  ■ Depression

Please describe any other reactions to the crime committed.

Sadness, devastation, many people have spent time incarcerated. There are many children left behind.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Trail of Truth National Memorial

**VICTIM IMPACT STATEMENT**

Do you feel the defendant is or will be a threat to you, your family, or the community?

☒ Yes  ☐ No,

If yes, please explain:

They will always be a threat unless real justice is served.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

For every victim you hear from, there are thousands that you don't hear from. They still exist.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

We are interested. We support families in their grieving process and give them a way to memorialize their loved ones. We need support for this project. Families deserve to have this. We are a nonprofit organization (Truth Pharm) hosting this labor intensive national memorial on a shoe-string budget. With more funds, we could do much better for the families. And they deserve that.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Trail of Truth National Memorial

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Our National Memorial requires a budget of $500k annually to be done properly.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

no

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

no

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

Yes, we've already spent approximately $500k on past memorials.

**184**

*UNITED STATES v.* Purdue Pharma L.P.

COURT DOCKET NUMBER: 2:20-cr-01028-MCA

VICTIM NAME: Christopher Yoder (deceased), submitted by Diane ("Dede") Yoder (Mother)

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☑ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

*UNITED STATES v.* Purdue Pharma L.P.
_____

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA
_____

VICTIM NAME: Christopher Yoder (deceased), submitted by Diane ("Dede") Yoder (Mother)
_____

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

I have lost my only son and that has affected my past, present and future in very profound ways!  Presently I feel very much alone in the world since I am estranged from Chris's father and have been for many years and I have very few relatives left that I interact with.  I find that most peoples lives are intertwined with their families, especially their children and grand children and that fills up their day to day lives in a very enriching way.  Children and families are usually the main topic of conversations, even in the business world.  I remain silent when people are talking about their families because I don't want to be a downer on the conversation.  I used to love to talk about my son but now it only brings sadness.  I live vicariously through my son's friends who are now 30 years old and starting to get married and have children.  Oh how I would have loved to see my son do that.

My son died when he was 21 years old and never got to see what he could become.  Actually, his life was cut short several years before that because he became addicted to opioids and

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes  ☐ No

If yes, please explain:

I went to grief counselor for many months after my son died and then joined a grief group in ████, CT.  There were 6 other mothers in this group and we had ALL lost sons to drug overdoses and our sons were all very much the same in that they had sports injuries that led to operations and were prescribed opioids!!  We stayed in the official group for two years but have still been getting together about 4 times a year for dinner and conversations.  We shared the worst experience imaginable and will always share a common bond.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Christopher Yoder (Deceased) Submitted by Diane ("Dede") Yoder (Mother)

## VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

☐ Yes    ☒ No

If yes, please explain:

Do you believe the defendant began or contributed to you and/or your family member's addiction?

☐ Yes    ☒ No

If yes, please explain:

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

☐ Yes    ☒ No

If yes, please explain:

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Christopher Yoder (deceased), submitted by Diane ("Dede") Yoder (Mother)

### VICTIM IMPACT STATEMENT

Do you believe the defendant failed to provide necessary care?

☒ Yes   ☐ No

If yes, please explain:

Not only did the defendant not provide necessary care, but they lied about how addictive their drug was. They said it was "safe" and only 1% addictive and they paid or incentivized doctors to prescribe Oxy in higher doses and to more patients, not just those with terminal illnesses. Andrew Kolodny, the co-director of Opioid Policy Research Collaborative at Brandeis

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

☐ Yes   ☒ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

☒ Anger   ☒ Anxiety   ☐ Fear   ☒ Grief   ☐ Guilt   ☐ Chronic Fatigue

☒ Sleep Loss   ☐ Addiction   ☐ Appetite Change   ☐ Sickness

☐ Trouble Concentrating   ☒ Financial Stress   ☒ Depression

Please describe any other reactions to the crime committed.

It is a difficult realization to discover that your son's death was the result of a marketing scheme and it was done right before your own eyes, with your consent! He was living a perfectly happy, normal life and then because he needed several knee operations and was given 30 day prescriptions to opioids after each one, it lead to this addiction. I had no idea about how addictive these were. I thought since his doctor prescribed them, they must be OK.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Christopher Yoder (deceased), submitted by Diane ("Dede") Yoder (Mother)

**VICTIM IMPACT STATEMENT**

Do you feel the defendant is or will be a threat to you, your family, or the community?

☐ Yes   ■ No,

If yes, please explain:

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Christopher Yoder (deceased), submitted by Diane ("Dede") Yoder (Mother)

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

The first rehab, ███████████████ PA was $50,000 for 30 days.  They recommended that he stay for 3 months but there was no way I could afford that. Each rehab after that was at least $25,000 a month and I tried to find places that had 3 month programs because 1 month was not effective.  Insurance usually only helped with the detox portion of rehab if at all.  I

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

Once again, I would say lost income because of spending most of my retirement savings on Chris's recovery.

185

Please accept this final, comprehensive victim impact statement for the sentencing hearing on April 21, 2026. This document serves as a formal testament to the permanent, life-altering, and severe medical injuries sustained by my three children—J████, H█████, and A████—as a direct result of prenatal exposure to OxyContin, Percocet, and related opioids (including Subutex/Suboxone exposure)

I. Clinical Testament of Extraordinary Permanent Injury

James Astleford: Structural Deformity and Immune Crisis.

Condition: Born with Asymmetric Intrauterine Growth Restriction (IUGR) and severe Neonatal Abstinence Syndrome (NAS).

Severity: J████ A█████████: Suffers from a permanent physical deformity where his left arm is stunted and underdeveloped. At six months old, he endured Staphylococcal Scalded Skin Syndrome (SSSS), a life-threatening event where his skin sloughed off his body. This was a direct result of a "nuclear" physiological failure and immune compromise caused by prenatal opioid exposure.

H█████ A█████████: Permanent Neurological Impairment.

Condition: Diagnosed with Permanent Neurological Tic Disorder (consistent with moderate Tourette's symptoms).

Severity: These manifest as involuntary and forceful vocal tics (pushing air through the nose) and physical tics (repetitive eye-clenching and blinking). These are permanent neurological "misfires" caused by the drug's impact on his developing central nervous system in utero.

A█████ A█████████: Systemic Vasculitis and Life-Threatening Intracranial Hypertension.

Condition: Diagnosed with Kawasaki Disease at four months old, leading to chronic Intracranial Hypertension.

Severity: Ariana's condition is the direct clinical manifestation of opioid-induced immune priming. This systemic vasculitis triggered the severe hypertension that evolved into her current chronic state: her body overproduces fluid in the brain and spine. This is a life-altering and life-threatening condition that she must manage for the rest of her life. She is required to take daily medication to regulate this fluid; without it, the buildup puts her at immediate risk of seizure, stroke, or a fatal neurological event.

The mechanical pressure has already caused significant vision loss in her left eye and has forced the pupil into a permanent, "cockeyed" position to the left of the eye socket.

II. FDA Regulatory Violations (Sections 5.3 & 5.4)
We formally cite Purdue Pharma's failure to provide warnings as mandated by FDA Labeling Sections 5.3 and 5.4 for OxyContin, Percocet, and related opioids (including Subutex/Suboxone exposure):

Section 5.3 (Fatal Respiratory Depression): The FDA explicitly states that opioids cause life-threatening respiratory depression. This manifested as acute respiratory failure in all three children at birth.

Section 5.4 (Neonatal Opioid Withdrawal Syndrome - NOWS): The FDA mandates warning that prolonged use during pregnancy can result in NOWS. We assert that the IUGR, Scorched Skin Syndrome, Neurological Tics, and Systemic Vasculitis (Kawasaki) all stem from the physiological stress and immune dysregulation specifically warned against—yet downplayed—by Purdue Pharma.

III. Impact and Conclusion
The medical severity of these conditions has caused a permanent, terminal shift in my children's quality of life. J▇▇▇, H▇▇▇, and A▇▇▇ carry the physical and neurological weight of Purdue Pharma's actions every single day. This statement is submitted so the court fully understands the extraordinary nature of the damage caused. We ask that this testament be read into the official record to ensure the voices of these children are heard during sentencing.

Thank you for your time and for ensuring this statement is brought before the court.

Sincerely,

Amber Fawne Astleford

**186**

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Kathleen Strain

**Please select one of the following as it relates to your statement that follows:**

☐ I want my statement to be PRIVATE (only accessible to the court, the government, and the defendant)

☑ I want my statement to be PUBLIC (made publicly available on the court docket)

**I would like to be <u>considered</u> to provide an oral statement at the sentencing hearing on April 21, 2026:**

☐ Yes

☐ No

➢ Please note the court has advised that anyone who wishes to make an oral statement <u>must</u> elect to have their statement made public. In addition, the court has determined that it will allow a limited number of individuals to speak at the sentencing hearing. If you are selected to provide an oral statement, you will be informed in advance.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Kathleen Strain

## VICTIM IMPACT STATEMENT

*Completing this form is optional and the questions serve as a guide for potential issues that you and/or your family may have encountered as a result of the offense. Please feel free to draft a letter or submit a Victim Impact statement another way instead of using this form.*

How have you and members of your family been affected by this crime? Feel free to discuss how the crime has affected you and/or your family's health and lifestyle.

(statement is also attached to email) I am a mother and a grandmother and a member of a family that has buried more than one loved one because of the opioid crisis. I also have loved ones who are fighting every day for recovery.

For nearly three decades, I have helped raise children left behind by this crisis—kids who should have been raised by their parents. My nephew Tommy was one of those children. Many of my family members—including Tommy—were prescribed OxyContin.

Tommy came to live with me as a young boy after his father died from an opioid overdose. I raised him. I loved him. I watched him grow up.

At 27 years old, Tommy died the same way his father did.

His death was preventable. It was the result of failures—human failures—not fate.

This is the opioid crisis. It is not just "about drugs." It is about misinformation, stigma, and system failures—made worse by corporate choices that changed how this country viewed pain, addiction, and treatment. ⊞

Have you and/or members of your family received counseling as a result of this crime?

☒ Yes ☐ No

If yes, please explain:

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Kathleen Strain

### VICTIM IMPACT STATEMENT

If you and/or a family member were a patient of the defendant, did you and/or the family member express any concerns to the defendant in relation to the charged conduct?

■ Yes ☐ No

If yes, please explain:

Filed State litigation in Berks County PA

Do you believe the defendant began or contributed to you and/or your family member's addiction?

■ Yes ☐ No

If yes, please explain:

Did the defendant prescribe or dispense drugs that resulted in death or bodily injury?

■ Yes ☐ No

If yes, please explain:

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Kathleen Strain

**VICTIM IMPACT STATEMENT**

Do you believe the defendant failed to provide necessary care?

■ Yes    ☐ No

If yes, please explain:

Did the defendant bill you and/or your family member's health insurance for unnecessary procedures or procedures that were never performed?

■ Yes    ☐ No

If yes, please explain:

Have you experienced any of the following reactions to the crime:

■ Anger    ■ Anxiety    ■ Fear    ■ Grief    ■ Guilt    ■ Chronic Fatigue

■ Sleep Loss    ☐ Addiction    ■ Appetite Change    ■ Sickness

■ Trouble Concentrating    ■ Financial Stress    ■ Depression

Please describe any other reactions to the crime committed.

*UNITED STATES v.*  Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Kathleen Strain

### VICTIM IMPACT STATEMENT

Do you feel the defendant is or will be a threat to you, your family, or the community?

☐ Yes   ☑ No,

If yes, please explain:
I think the damage has already been done and they cant do anything worse.

What else would you like the Court to know about the defendant or your situation as a result of the crime?

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

My grandchildren should be compensated for having to live the life that they live - the damage that has beencaused to them.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Kathleen Strain

## VICTIM IMPACT STATEMENT

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts or other records that document your losses whenever possible. Please differentiate any monies already repaid by a defendant.

Caring for and raising children leftbehind - all of the expenses that come with that. Travel transportation and lost time from work to care for my family members who became addicted to OXYCONTIN, Full cash treatment and medications and copays.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

Have you or anyone on your behalf initiated civil action against any party as a result of this offense? If yes, please state the case name, docket number and court of jurisdiction.

Yes - Filed litigation for the product - Oxycontin in Berks county PA - pre bankruptcy.
I also was able to submit a brief with the Supreme Court and I was one of 26 who testified in Judge Drains Court room.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income and necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach copies of receipts if possible.

Caring for and raising children leftbehind - all of the expenses that come with that. Travel transportation and lost time from work to care for my family members who became addicted to OXY. I even lost a job because of the time I had to keep taking off.

*UNITED STATES v.* Purdue Pharma L.P.

**COURT DOCKET NUMBER:** 2:20-cr-01028-MCA

VICTIM NAME: Kathleen Strain

**VICTIM IMPACT STATEMENT**

Signature: _____

Printed Name: Kathleen Strain

Date: 4/13/2026

**CONFIDENTIAL**

United States v. Purdue Pharma, LP

Case Number: 2:20-cr-01028-MCA

The address and telephone contact information provided below will only be provided to the presentence probation officer and the United States Attorney's Office, unless a court order signed by the Judge authorizes the release of this page to the Court and attorney for the defendant.

Printed Name: Kathleen Strain

Signature: _____

Address: 10 W High St

Topton PA 19562

Phone: (hm) 484-274-4867 (wk) _____

_____    _____

**Victim Impact Statement**
**United States v. Purdue Pharma**

**2:20-cr-01028-MCA**

Kathy Strain

April 13, 2026

---

I am a mother and a grandmother and a member of a family that has buried more than one loved one because of the opioid crisis. I also have loved ones who are fighting every day for recovery.

For nearly three decades, I have helped raise children left behind by this crisis—kids who should have been raised by their parents. My nephew Tommy was one of those children.

Many of my family members—including Tommy—were prescribed OxyContin.

Tommy came to live with me as a young boy after his father died from an opioid overdose. I raised him. I loved him. I watched him grow up.

At 27 years old, Tommy died the same way his father did.

His death was preventable. It was the result of failures—human failures—not fate.

This is the opioid crisis. It is not just "about drugs." It is about misinformation, stigma, and system failures—made worse by corporate choices that changed how this country viewed pain, addiction, and treatment.

I could tell countless stories like Tommy's. I have met thousands of families living the same nightmare—raising grandchildren, burying children, and learning how to breathe around grief that never leaves.

These are not isolated tragedies. They are connected—to prescribing practices, to corporate influence, and to decisions that put profit ahead of people.

When harm on this scale is preventable—and driven by decisions made with knowledge of the risks—accountability has to mean more than paperwork and press releases.

That is why criminal charges matter.

Without them, the message is simple: a company can help fuel addiction and death, and then pay money to make it go away.

Financial penalties do not match the damage.

They do not speak for the parents who buried their children, the children who grew up without parents, or the communities still carrying the consequences every day.

Criminal accountability is not just about punishment. It is about naming what happened for what it was: wrongful.

If this plea proceeds without meaningful accountability, it tells every corporation watching that devastating human consequences can be treated as a cost of doing business.

That is not justice.

This moment matters—not just for families like mine, but for the integrity of our justice system.

I urge the Court to fully consider the voices of victims and families, and to remember that behind every statistic is a human being—and a loss that cannot be undone.

We are not here just to be heard.

We are here to ask for accountability that matches the truth—and the damage—done to our families and our communities.

Respectfully submitted,

Kathy Strain

