AO 245B (Mod. D/NJ 12/06) Sheet 5 - Fine

Defendant: PURDUE PHARMA L.P.
Case Number: 2:20-CR-01028-MCA-1

Judgment - Page 1 of 3

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

    v.

PURDUE PHARMA L.P.

    Defendant.

**CASE NUMBER    2:20-CR-01028-MCA-1**

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, PURDUE PHARMA L.P., was represented by ELI J VONNEGUT, ELISSA BAUR, JOHN DONLEY ADAMS &, MAYA P. FLORENCE, ESQS.

The defendant pleaded guilty to count(s) 1, 2 & 3 of the INFORMATION on 11/24/2020.    Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 18:371 | CONSPIRACY TO DEFRAUD THE UNITED STATES AND TO VIOLATE THE FEDERAL FOOD, DRUG AND COSMETIC ACT | 5/2007-2/2018 | 1 |
| 18:371 | CONSPIRACY TO DEFRAUD THE UNITED STATES-CONSPIRACY TO VIOLATE THE FEDERAL ANTI-KICKBACK STATUTE | 6/2009-2018 | 2 |
| 18:371 | CONSPIRACY TO DEFRAUD THE UNITED STATES-VIOLATE THE FEDERAL ANTI-KICKBACK STATUE | 3/2015-4/2019 | 3 |

As pronounced on April 28, 2026, the defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must pay to the United States a special assessment of $1,200.00 for count(s) 1, 2 & 3, which shall be due immediately.  Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Signed this 29th day of April, 2026.

_____
Hon. Madeline Cox Arleo
U.S. District Judge

AO 245B (Mod. D/NJ 12/06) Sheet 5 - Fine

Judgment - Page 2 of 3

Defendant: PURDUE PHARMA L.P.
Case Number: 2:20-CR-01028-MCA-1

## FINE

The defendant shall pay a fine of $3,544,000,000.

This fine, plus any interest pursuant to 18 U.S.C. § 3612(f)(1), is due immediately and shall be paid in full within 30 days of today.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

06901

AO 245B (Mod. D/NJ 12/06) Sheet 6 - Restitution and Forfeiture

Judgment - Page 3 of 3

Defendant: PURDUE PHARMA L.P.
Case Number: 2:20-CR-01028-MCA-1

## RESTITUTION AND FORFEITURE

## FORFEITURE

The defendant is ordered to forfeit the following property to the United States:

Consent Judgment and Preliminary Order of Forfeiture (Money Judgment) filed Separately on November 24, 2020 (Document #7).

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.